**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 11 CASE |
| FLEXIBLE FUNDING LTD. LIABILITY CO. | ) CASE NO. 21-42215 |
| DEBTOR. | ) |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO FEDERAL
RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1**

There is no corporation that directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Dated: September 19, 2021.            FLEXIBLE FUNDING LTD. LIABILITY CO.

By: /s/ Steve Capper
Steve Capper, Managing Member

By: /s/Paul DeLuca
Paul DeLuca, Managing Member

L:\JPROSTOK\Flexible Funding (C11) #6264\Pleadings\Statement of Corporate Ownership - Flexible.docx