Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:  817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| INSTAPAY FLEXIBLE, LLC, | ) | Case No. 21-42214-11 |
| | ) | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., | ) | |
| | ) | Case No. 21-42215-11 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the matters set forth below has been set for

**September 20, 2021, at 2:15 p.m**. **Central Time** before the Honorable Edward L. Morris,

United States Bankruptcy Judge, United States Courthouse, 501 West 10th Street, Courtroom

204, Second Floor, Fort Worth, Texas:

(1) Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection ("Cash Collateral Motion")[Docket Nos. 5]; and

(2) Debtors' Motion for Entry of Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Cases for Procedural Purposes Only [Docket Nos. 4]

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

      Dial-In: 1.650.479.3207

      Meeting ID: 473 581 124

Dated: September 20, 2021.      Respectfully submitted,

      /s/ Lynda L. Lankford
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:   817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

L:\JPROSTOK\Flexible Funding (C11) #6264\Pleadings\NOH- Emergency Hearing on First Day Matters 9.20.21.docx