**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Flexible Funding Ltd. Liability Co.**                              CASE NO   **21-42215-mxm11**

                                                                                              CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/22/2021                              Signature   /s/ Steve Capper
                                                           **Steve Capper**
                                                           **Managing Member**


Date  9/22/2021                              Signature   Paul DeLuca
                                                           **Paul DeLuca**
                                                           **Managing Member**

```
A Bigger Bottom Line
4470 W. Sunset Blvd
Unit 90599
Los Angeles, CA 90027


Aaron Strain
315 Slate Lane
Apt 9210
Mount Pleasant, SC 29464


AP Shale Logistics Managementco, LLC
Attn: Scott Prince
5600 Clearfork Main St.
Suite 420
Fort Worth, TX 76109


AT&T




Bison Investors LLC, c/o Levinson, Arsho
15303 Ventura Blvd.
Suite 1650
Sherman Oaks, CA 91403


Boston Properties
Property 1
PO Box 742841
Los Angeles, CA 90074-2841


Capper Investment Company, LLC,
c/o Norman Capper
1101 Fifth Avenue #350
San Rafael, CA 94901


Carle Mackie Power & Ross LLP
100 B Street
Suite 400
Santa Rosa, CA 95401


Charisse Castagnoli
6905 Peppervine Cv.
Austin, TX 78750
```

Cheng Chin Liao
13526 Cielo Ranch Road
San Diego, CA 92130


Cheng Te Liao
940 Camino Verde Cir
Walnut Creek, CA 94597


Chi Wei Liao
940 Camino Verde Cir
Walnut Creek, CA 94597


CHRISTOPHER CARNES
1485 Ogden Peak Circle
Ogden, UT 84404


Cindy Reacer
2481 Silver Spur Drive
Santa Rosa, CA 95407


Cloudstaff HK Limited



Cogent Communications
PO Box 791087
Baltimore, MD 21279-1087


Corporation Service Company
801 Stevenson Drive
Springfield, IL 62703


Demetra Liggins
McGuire Woods, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX 77002

```
Dirvonas Associates
PO Box 665
Edwards, CO 81632




Dirvonas Interactive
PO Box 665
Edwards, CO 81632




Duesenberg Investment Company, LLC
c/o Topa Property Group, Inc.
1800 Avenue of the Stars
Suite 650
Los Angeles, CA 90067

Eileen Hall
PO Box 4388
Eagle, CO 81631



Embarcadero Financial Group
Attn: David Rockman
1 Embarcadero Center
#1540
San Francisco, CA 94111

EXPERIAN
Department 1971
Los Angeles, CA 90088



Fastmetrics
PO Box 77267
San Francisco, CA 94107



FEDERAL EXPRESS
PO Box 7221
Pasadena, CA 91109-7321



Focus Management Group
6585 N Avondale Ave
Chicago, IL 60631
```

```
Fox Rothschild LLP
2000 Market Street
20th Floor
Philadelphia, PA 19103


Gabriel King
1028 Kawana Springs Road
Apt 102
Santa Rosa, CA 95404


Gregory C
6207 Riverchase Village Drive
Kingwood, TX 77345



Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105



INTUIT




Irma King
1028 Kawana Springs Road
Apt 102
Santa Rosa, CA 95404


James Burke
422 Fulton Street
Camarillo, CA 93010



Jan Marcus Capper
1350 Butterfield Road
San Anselmo, CA 94960



Jerry & Rosemary Fong
7700 Marker Road
San Diego, CA 92130
```

Justin Reacer
2481 Silver Spur Drive
Santa Rosa, CA 95407


Karina Contreras
1233 Kawana Terrace
Apt 8202
Santa Rosa, CA 95404


Kevin Narayan
11 Bellhaven Court
Daly City, CA 74015


Levinson, Arshonsky & Kurtz, LP
15303 Ventura Blvd.,
Suite 1650
Sherman Oaks, CA 91403


Linda Nguyen
505 Timber Way Drive
Lewisville, TX 75067


Maher Accountancy
1101 Fifth Avenue
Suite 200
San Rafael, CA 94901


Marcum LLP
6685 Beta Drive
Mayfield Village, OH 44143


Medalist Partners, L.P.
777 Third Avenue
Suite 1402
New York, NY 10017


Meritus Capital, Inc

```
Michael McHaney
2539 New Heather Way
Chico, CA 95973



Omninet CV Townsgate, LLC
9420 Wilshire Blvd.
#400
Beverly Hills, CA 90212


One Embarcadero Center Venture
c/o Boston Properties, Inc.
Attn: General Counsel Prudential Center
800 Boylston Street, Suite 1900
Boston, MA 2199

PAHL & McCAY
225 West Santa Clara St
Ste 1500
San Jose, CA 95113-1700


Paul DeLuca
4900 Gage Ave.
Apt 347
Fort Worth, TX 76109


Prime Financial Recruiting
4713 Kyle Drive
Balch Springs, TX 75180



Roberto Garcia
1513 Corte Lejos
Camarillo, CA 93010



Ropes & Gray LLP
PO Box 70280
Philadelphia, PA 19176-0280



Scott Dirvonas
108 Creamery Trail
Edwards, CO 81632
```

Scott Dirvonas, c/o Dirvonas Interactive
PO Box 665
Edwards, CO 81632


Shared Management Resources, Ltd.
28026 Gates Mills Blvd.
Pepper Pike, OH 44124


Steve Capper
1350 Butterfield Road
San Anselmo, CA 94960


Steve Sala
3358 East La Vie Lane
Cottonwood Heights, UT 84093


Steven Elias
One Embarcadero Center Ste 1510
San Francisco, CA 94111-3627


Sweet Memory
545 Sansome Street
Suite E
San Francisco, CA 94111


Tax Guard, Inc.
11800 Ridge Parkway
Suite 400
Broomfield, CO 80021


Terrence A. Greiner P.C.
25 South Cayuga Dr.
Williamsville, NY 14221


The Frances Capper Marital Trust FBO
Frances Capper, c/o Norman Capper
1101 Fifth Avenue #350
San Rafael, CA 94901

The Steve & Jyoti Elias Trust
One Embarcadero Center Ste 1510
San Francisco, CA 94111-3627


Thompson, Welch, Soroko & Gilbert LLP
3950 Civic Center Drive
Suite 300
San Rafael, CA 94903


Umpqua Bank
PO Box 1580
Roseburg, OR 97470


United Commercial Collections
4455 Genesee St.
# 116
Buffalo, NY 14225


Verizon Wireless
PO Box 96088
Bellevue, WA 98009


Voco Vilya, Inc.
6905 Peppervine Cove
Austin, TX 78750


Ward & Smith
82 Patton Avenue, Suite 300 (28801)
Asheville, NC  28802-2020


WOLLBORG - MICHELSON PERSONNEL - 1099
315 Montgomery Street
Suite 1029
San Francisco, CA 94104