Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:   817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., *et al.*,[1] | ) ) ) | Case No. 21-42215-11-mxm |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FINAL HEARING**

**PLEASE TAKE NOTICE** that a final hearing on the *Debtors' Motion for Entry of an Order (i) Authorizing the Debtors to Pay Prepetition Employee Compensation and Other Employee Benefit Expenses and (ii) Granting Nunc Pro Tunc Relief* (the "Wage Motion") [Docket No. 17]; has been set for **October 12, 2021, at 10:30 a.m**. **Central Time** before the Honorable Mark X. Mullin, United States Bankruptcy Judge, United States Courthouse, 501 West 10th Street, Courtroom 128, First Floor, Fort Worth, Texas:

**For WebEx Video Participation/Attendance**:

   Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance**:

   Dial-In: 1.650.479.3207

   Meeting ID: 474 603 746

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Flexible Funding Ltd. Liability Co. (4495) and Instapay Flexible, Inc. (7648).

Dated: September 27, 2021.

Respectfully submitted,

/s/ Lynda L. Lankford
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the office of the United States Trustee for the Northern District of Texas, the secured lenders, the holders of the twenty (20) largest unsecured claims against the Debtors, and parties filing a notice of appearance, via ECF electronic Notice, if available, on September 27, 2021, and via United States Mail, first class postage prepaid on September 27, 2021.

/s/ Lynda L. Lankford
Lynda L. Lankford

L:\JPROSTOK\Flexible Funding (C11) #6264\Pleadings\NOH- FINAL Hearing on Pay Motion (Oct. 12) 9.27.21.docx