**Service List**
**Flexible Funding Ltd. Liability Co.**
**21-42215-mxm11**
**#6264**

Flexible Funding Ltd. Liability Co.
5600 Clearfork Main St.
Suite 420
Fort Worth, TX 76109

Elizabeth Young, Trial Attorney
Office of the U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75202

Laurie Spindler
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Umpqua Bank
Attn: Kevin Foley
11720 El Camino Real Suite 100
San Diego, CA 92130

First Horizon Bank
165 Madison Ave. 10th Floor
Memphis, TN n38103

CIT Bank
f/k/a Mutual of Omaha Bank
3580 Camel Mountain Road, Suite 160
San Diego, CA 92130

Umpqua Bank
c/o Loan Support Services
PO Box 1580
Roseburg, OR 97470

Bison Investors, LLC
1775 Wehrle Drive, Ste. 300
Williamsville, NY 14221

Medalist Partners LP
777 Third Avenue
Suite 1402
New York, NY 10017

Capper Investment Company, LLC, c/o Norman Capper
1101 Fifth Avenue, 350
San Rafael, CA 94901lao

Jan Marcus Capper
1350 Butterfield Road
San Anselmo, CA 94960

Charisse Castagnoli
6905 Peppervine Cv.
Austin, TX 78750

Cheng Chin Liao
13526 Cielo Ranch Road
San Diego, CA 92130

Cheng Te Liao
940 Camino Verde Cir
Walnut Creek, CA 94597

The Frances Capper Marital Trust FBO Frances Capper, c/o Norman Capper
1101 Fifth Avenue #350
San Rafael, CA 94901

Jerry & Rosemary Fong
7700 Marker Road
San Diego, CA 92130s

Steve Elias
One Embarcadero Center Ste 1510
San Francisco, CA 94111-3627

Scott Dirvonas, c/o Dirvonas Interactive, LLC
PO Box 665
Edwards, CO 81632

Scott Dirvonas, c/o Dirvonas Interactive, LLC
210 Edwards Village Blvd #D201
Edwards, CO 81632

Bison Investors LLC, c/o Levinson, Arshonsky & Kurtz, LP
15303 Ventura Blvd.,
Suite 1650
Sherman Oaks, CA 91403

A Bigger Bottom Line
4470 W. Sunset Blvd
Unit 90599
Los Angeles CA 90027

Boston Properties
Property 1
PO Box 742841
Los Angeles CA 90074-2841

Carle Mackie Power & Ross LLP
100 B Street
Suite 400
Santa Rosa, CA 95401

Cogent Communications
PO Box 791087
Baltimore, MD 21279-1087

Corporation Service Company
801 Stevenson Drive
Springfield, IL 62703

Divonas Interactive
PO Box 665
Edwards, CO 81632

Experian
Department 1971
Los Angeles, CA 90088

Fastmetrics
PO Box 77267
San Francisco, CA 94107

Federal Express
PO Box 7221
Pasadena, CA 1109-7321

Fox Rothchild
2000 Market Street
20th Floor
Philadelphia, PA 19103

Maher Accountancy
1101 Fifth Avenue
Suite 200
San Rafael, CA 94901

Marcum, LLP
6685 Beta Drive+
Mayfield Village, OH 44143

Omninet CV Townsgate
9420 Wilshire Blvd.
#400
Beverly Hills    CA    90212

PAHL & McCAY
225 West Santa Clara St
Ste 1500
San Jose, CA 95113-1700

Prime Financial Recruiting
225 West Santa Clara St
Balch Springs, TX 75180

Shared Management Resources, Ltd.
28026 Gates Mills Blvd.
Pepper Pike, OH 44124

Sweet Memory
545 Sansome Street
Suite E
San Francisco, CA 94111

Tax Guard, Inc.
11800 Ridge Parkway
Suite 400
Broomfield, CO 80021

Terrence A. Greiner P.C.
25 South Cayuga Dr
Williamsville, NY 14221.

Thompson, Welch, Soroko & Gilbert LLP
3950 Civic Center Drive
Suite 300
San Rafael, CA 94903

United Commercial Collections
4455 Genesee St.
#116
Buffalo, NY 14225

Verizon Wireless
PO Box 96088
Bellvue, WA 98009

Voco Vilya, Inc.
6905 Peppervine Cove
Austin, TX 78750

WOLLBORG - MICHELSON PERSONNEL
315 Montgomery Street
Suite 1029
San Francisco, CA 94104

Sauce Labs
116 New Montgomery St.
3rd Floor
San Francisco, CA 94104

3115 Manor MU, Ltd
9229 Waterford Centre Blvd.
C-100
Austin, TX 78758

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Rae Internet
271 N Ave STE 1210
New Rochelle, NY 10801-5120

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

RingCentral, Inc.
20 Davis Drive
Belmont, CA 94002

FactorCloud
3490 Piedmont Rd NE
Suite 1350
Atlanta, GA 30305

LinkedIn
1000 W Maude Ave
Sunnyvale, CA 94085

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Webflow
398 11th St
2nd Floor
San Francisco, CA 94103

Ahrefs
180 Sansome St
Fl 2
San Francisco, CA 94104

Moz
1111 3rd Ave
17th Floor
Seattle, WA 98101

CNA Insurance
151 N Franklin St
Floor 9
Chicago, IL 60606

JetBrains
989 East Hillsdale Blvd.
Suite 200
Foster City, CA 94404

Georgia Superior Courts Clerks Cooperative Authority
1875 Century Blvd
Atlanta, GA 30345

| | | |
|---|---|---|
| Intercom.IO<br>55 2nd Street<br>4th Floor<br>San Francisco, CA 94105 | Slack Headquarters<br>500 Howard St<br>San Francisco, CA 94105 | Bureau of Corporations & Charitable Organizations<br>401 North Street<br>Room 206<br>Harrisburg, PA 17120 |
| International Factoring Association<br>6627 Bay Laurel Place<br>Ste C<br>Avila Beach, CA 93424 | Shutterstock, Inc.<br>350 Fifth Avenue<br>21st Floor<br>New York, NY 10118 | GitHub<br>88 Colin P Kelly Jr St<br>San Francisco, CA 94107 |
| CircleCI<br>201 Spear St<br>#1200<br>San Francisco, CA 94105 | Plaid Inc.<br>PO Box 636<br>San Francisco, CA 94104 | Notion HQ<br>930 Alabama St<br>San Francisco, CA 94110 |
| ~~Pluralsight HQ~~<br>~~182 N W Union Ave~~<br>~~Farmington, UT 84025~~ | Adobe Creative Cloud<br>345 Park Avenue<br>San Jose, CA 95110-2704 | Texas Secretary of State<br>1019 Brazos St<br>Austin, TX 78701 |
| Zapier, Inc.<br>548 Market St.<br>#62411<br>San Francisco, CA 94104-5401 | Truckstop.com<br>222 N Plymouth Ave<br>New Plymouth, ID 83655 | Rose Silver Software, LLC<br>6609 Walebridge Ln<br>Austin, TX 78739 |
| Hellosign<br>1800 Owens Street<br>San Francisco, CA 94158 | Atlassian<br>303 Colorado<br>St #1600<br>Austin, TX 78701 | WeWork Corporate HQ<br>115 W. 18th Street<br>New York, NY 10011 |
| Twilio<br>375 Beale St<br>#300<br>San Francisco, CA 94105 | Mailchimp<br>675 Ponce De Leon Ave NE<br>Suite 5000<br>Atlanta, GA 30308 | First Corporate Solutions, Inc.<br>914 S St<br>Sacramento, CA 95811 |
| Raintank, Inc.<br>29 BROADWAY<br>31ST FLOOR<br>New York, NY 10006 | Salesforce<br>2300 N Field St<br>Dallas, TX 75201 | **Chaport**<br>**156a Yakova Eshpaya Street**<br>**office 34**<br>**Yoshkar-Ola, Mari El Republic 424002, Russian Federation** |
| **Skyvia,**<br>**2230/4 Na Žertvách St.**<br>**Prague Czech Republic 180 00** | **UptimeRobot**<br>**Regent House, Office 21, Bisazza Street,**<br>**Sliema SLM1640, Malta** | **Saasant,**<br>**1st FLOOR,1111/5, NOBLE CENTER,**<br>**AVINASHI ROAD, P.N PALAYAM,**<br>**COIMBATORE - 641037,**<br>**TAMIL NADU, INDIA** |
| Ropes & Gray LLP<br>PO Box 70280<br>Philadelphia, PA 19176-0280 | Chi Wei Liao<br>940 Camino Verde Cir<br>Walnut Creek, CA 94597 | Demetra Liggins<br>McGuire Woods, LLP<br>JP Morgan Chase Tower<br>600 Travis Street, Suite 7500<br>Houston, TX 77002 |

A Bigger Bottom Line
4470 W. Sunset Blvd
Unit 90599
Los Angeles, CA 90027

AgileBits
4711 Yonge St
10th Floor
Toronto, Canada

Carrier411 Services, Inc.
1540 INTERNATIONAL PARKWAY
LAKE MARY, FL

Chaport
156a Yakova Eshpaya Street
office 34
Yoshkar-Ola, Mari El Republic 424002, Ru

Greathorn, Inc.
1075 Main St
Suite 210
Waltham, MA 2451

UptimeRobot
Regent House
Office 21, Bisazza Street
Sliema SLM1640, Malta

Wall Street Journal
1211 Avenue of the Americas
New York, NY

Webflow
398 11th St
2nd Floor
San Francisco, CA 94103

WeWork Corporate HQ
115 W. 18th Street
New York, NY 10011

Aaron Strain
315 Slate Lane
Apt 9210
Mount Pleasant, SC 29464

AP Shale Logistics Management Co, LLC
Attn: Scott Prince
5600 Clearfork Main St.
Suite 420
Fort Worth, TX 76109

CHRISTOPHER CARNES
1485 Ogden Peak Circle
Ogden, UT 84404

Cindy Reacer
2481 Silver Spur Drive
Santa Rosa, CA 95407

Dirvonas Associates
PO Box 665
Edwards, CO 81632

Duesenberg Investment Company, LLC
c/o Topa Property Group, Inc.
1800 Avenue of the Stars
Suite 650
Los Angeles, CA 90067

Eileen Hall
PO Box 4388
Eagle, CO 81631

Embarcadero Financial Group
Attn: David Rockman
1 Embarcadero Center
#1540
San Francisco, CA 94111

Focus Management Group
6585 N Avondale Ave
Chicago, IL 60631

Gregory C
6207 Riverchase Village Drive
Kingwood, TX 77345

Gabriel King
1028 Kawana Springs Road
Apt 102
Santa Rosa, CA 95404

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Irma King
1028 Kawana Springs Road
Apt 102
Santa Rosa, CA 95404

James Burke
422 Fulton Street
Camarillo, CA 93010

Justin Reacer
2481 Silver Spur Drive
Santa Rosa, CA 95407

Karina Contreras
1233 Kawana Terrace
Apt 8202
Santa Rosa, CA 95404

Kevin Narayan
11 Bellhaven Court
Daly City, CA 74015

Levinson, Arshonsky & Kurtz, LP
15303 Ventura Blvd.,
Suite 1650
Sherman Oaks, CA 91403

Linda Nguyen
505 Timber Way Drive
Lewisville, TX 75067

Maher Accountancy
1101 Fifth Avenue
Suite 200
San Rafael, CA 94901

Michael McHaney
2539 New Heather Way
Chico, CA 95973

| | | |
|---|---|---|
| One Embarcadero Center Venture<br>c/o Boston Properties, Inc.<br>Attn: General Counsel Prudential Center<br>800 Boylston Street, Suite 1900<br>Boston, MA 2199 | Paul DeLuca<br>4900 Gage Ave.<br>Apt 347<br>Fort Worth, TX 76109 | Prime Financial Recruiting<br>4713 Kyle Drive<br>Balch Springs, TX 75180 |
| Roberto Garcia<br>1513 Corte Lejos<br>Camarillo, CA 93010 | Scott Dirvonas<br>108 Creamery Trail<br>Edwards, CO 81632 | Steve Capper<br>1350 Butterfield Road<br>San Anselmo, CA 94960 |
| Steve Sala<br>3358 East La Vie Lane<br>Cottonwood Heights, UT 84093 | The Steve & Jyoti Elias Trust<br>One Embarcadero Center Ste 1510<br>San Francisco, CA 94111-3627 | Ward & Smith<br>82 Patton Avenue, Suite 300 (28801)<br>Asheville, NC  28802-2020 |