



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 6, 2021**

*[signature]*
**United States Bankruptcy Judge**

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., | § | |
| *et al.,* | § | Case No. 21-42215-11-mxm |
| | § | |
| Debtors. | § | |
| | § | (Jointly Administered) |

**ORDER GRANTING EXPEDITED CONSIDERATION OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF INSTAPAY FLEXIBLE LLC'S ASSETS; (B) APPROVING THE FORM AND MANNER OF THE SALE NOTICE; (C) SCHEDULING AN AUCTION AND SALE HEARING; (D) SCHEDULING CERTAIN DEADLINES; (E) APPROVING PROCEDURES FOR DETERMINING CURE AMOUNTS; AND (F) GRANTING RELATED RELIEF**

CAME ON FOR CONSIDERATION the *Debtors' Motion for Expedited Consideration of Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of InstaPay Flexible LLC's Assets; (B) Approving the Form and*

*Manner of the Sale Notice; (C) Scheduling an Auction and Sale Hearing; (D) Scheduling Certain Deadlines; (E) Approving Procedures for Determining Cure Amounts; and (F) Granting Related Relief* [Docket No. 60] (the "**Motion**") filed by Flexible Funding Ltd. Liability Co. and InstaPay Flexible LLC (the "**Debtors**"). Pursuant to the Motion, the Debtors request an emergency hearing on the following motion:

> Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of InstaPay Flexible LLC's Assets; (B) Approving the Form and Manner of the Sale Notice; (C) Scheduling an Auction and Sale Hearing; (D) Scheduling Certain Deadlines; (E) Approving Procedures for Determining Cure Amounts; and (F) Granting Related Relief [Docket No. 57 & 58] (the "**Bidding Procedures Motion**").

Upon consideration of the Motion, the Court finds that the relief requested is warranted and in the best interests of the Debtors, their estates, and their creditors. Therefore,

**IT IS HEREBY ORDERED THAT:**

1.  The motion is GRANTED as set forth herein.

2.  A hearing will be conducted on the Bidding Procedures Motion on **October 12, 2021, at 10:30 a.m. (prevailing Central Time)**, before the Honorable Mark X. Mullin, U.S. Bankruptcy Court. The hearing will be conducted by in person and WebEx videoconference at the following WebEx address:

**https://us-courts.webex.com/meet/mullin**

Those who will **not** be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic-only mode may attend in the WebEx telephonic-only mode using the WebEx dial-in and meeting ID below:

**Dial-In: 1.650.479.3207**
**Meeting ID: 474 603 746**

3.  Counsel for the Debtors is directed to provide telephonic notice of the hearing to all secured creditors who will be affected by the Bidding Procedures Motion and to the

Office of the United States Trustee and to otherwise provide notice of the hearing by the most expedient means to all other affected parties in interest.

**IT IS SO ORDERED.**

### END OF ORDER ###