Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:  817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., *et al.*,[1] | ) ) | Case No. 21-42215-11-mxm |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Debtors' Motion for Entry of (I) an Order (a) Approving Bidding Procedures in Connection with the Sale of Substantially All of Flexible Funding Ltd. Liability Co.'s Assets (b) Approving the Form and Manner of the Sale Notice; (c) Scheduling an Auction and Sale Hearing; (d) scheduling certain deadlines; (e) Approving Procedures for Determining Cure Amounts; and (f) Granting Related Relief; (II) An Order (a) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and Granting Related Relief* (the "Bidding Procedures Motion") [Docket No. 73 & 74][2]; has been set for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Flexible Funding Ltd. Liability Co. (4495) and Instapay Flexible, LLC (7648).

[2] The Bidding Procedures Moton was filed using different ECF codes at the Court's request because the Bidding Procedures Motion seeks more than one form of relief.

**October 14, 2021, at 10:00 a.m**. **Central Time** before the Honorable Mark X. Mullin, United States Bankruptcy Judge, United States Courthouse, 501 West 10th Street, Courtroom 128, First Floor, Fort Worth, Texas:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 474 603 746

Dated: October 8, 2021.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Jeff P. Prostok
　　　　　　　　　　　　　　　　　　　Jeff P. Prostok
　　　　　　　　　　　　　　　　　　　State Bar No. 16352500
　　　　　　　　　　　　　　　　　　　Lynda L. Lankford
　　　　　　　　　　　　　　　　　　　State Bar No. 11935020
　　　　　　　　　　　　　　　　　　　Dylan T.F. Ross
　　　　　　　　　　　　　　　　　　　State Bar No. 24104435
　　　　　　　　　　　　　　　　　　　FORSHEY & PROSTOK LLP
　　　　　　　　　　　　　　　　　　　777 Main St., Suite 1550
　　　　　　　　　　　　　　　　　　　Fort Worth, TX 76102
　　　　　　　　　　　　　　　　　　　Telephone: 817-877-8855
　　　　　　　　　　　　　　　　　　　Facsimile: 817-877-4151
　　　　　　　　　　　　　　　　　　　jprostok@forsheyprostok.com
　　　　　　　　　　　　　　　　　　　llankford@forsheyprostok.com
　　　　　　　　　　　　　　　　　　　dross@forsheyprostok.com

　　　　　　　　　　　　　　　　　　　PROPOSED ATTORNEYS FOR DEBTORS
　　　　　　　　　　　　　　　　　　　AND DEBTORS IN POSSESSION

**CERTIFICATE OF SERVICE**

　　　I hereby certify that a true and correct copy of the foregoing document was served upon the parties listed on the attached Master Service List via United States Mail, first class postage prepaid, or via ECF electronic Notice, if available, on October 8, 2021. I further certify that I provided telephonic Notice to all secured creditors, the United States Trustee, and all other parties affected by the Bidding Procedures Motion on October 8, 2021

　　　　　　　　　　　　　　　　　　　/s/ Dylan T.F. Ross
　　　　　　　　　　　　　　　　　　　Dylan T. F. Ross

| | | |
|---|---|---|
| Service List<br>**Flexible Funding Ltd. Liability Co.**<br>21-42215-mxm11<br>#6264 | Flexible Funding Ltd. Liability Co.<br>5600 Clearfork Main St.<br>Suite 420<br>Fort Worth, TX 76109 | Elizabeth Young, Trial Attorney<br>Office of the U.S. Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75202 |
| Laurie Spindler<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>DALLAS, TX 75207 | Umpqua Bank<br>Attn: Kevin Foley<br>11720 El Camino Real Suite 100<br>San Diego, CA 92130 | First Horizon Bank<br>165 Madison Ave. 10th Floor<br>Memphis, TN n38103 |
| CIT Bank<br>f/k/a Mutual of Omaha Bank<br>3580 Camel Mountain Road, Suite 160<br>San Diego, CA 92130 | Umpqua Bank<br>c/o Loan Support Services<br>PO Box 1580<br>Roseburg, OR 97470 | Bison Investors, LLC<br>1775 Wehrle Drive, Ste. 300<br>Williamsville, NY 14221 |
| Medalist Partners LP<br>777 Third Avenue<br>Suite 1402<br>New York, NY 10017 | The Frances Capper Marital Trust FBO Frances Capper & Capper Investment Company, LLC, c/o Norman Capper<br>1101 Fifth Avenue, 350<br>San Rafael, CA 94901lao | Jan Marcus Capper & Steve Capper<br>1350 Butterfield Road<br>San Anselmo, CA 94960 |
| Charisse Castagnoli<br>6905 Peppervine Cv.<br>Austin, TX 78750 | Cheng Chin Liao<br>13526 Cielo Ranch Road<br>San Diego, CA 92130 | Cheng Te Liao & Chi Wei Liao<br>940 Camino Verde Cir<br>Walnut Creek, CA 94597 |
| Scott Dirvonas, c/o Dirvonas Interactive, LLC<br>PO Box 665<br>Edwards, CO 81632 | Jerry & Rosemary Fong<br>7700 Marker Road<br>San Diego, CA 92130s | Bison Investors LLC, c/o Levinson, Arshonsky & Kurtz, LP<br>15303 Ventura Blvd.,<br>Suite 1650<br>Sherman Oaks, CA 91403 |
| Cogent Communications<br>PO Box 791087<br>Baltimore, MD 21279-1087 | Scott Dirvonas, c/o Dirvonas Interactive, LLC<br>210 Edwards Village Blvd #D201<br>Edwards, CO 81632 | Carle Mackie Power & Ross LLP<br>100 B Street<br>Suite 400<br>Santa Rosa, CA 95401 |
| Experian<br>Department 1971<br>Los Angeles, CA 90088 | Boston Properties<br>Property 1<br>PO Box 742841<br>Los Angeles CA 90074-2841 | Federal Express<br>PO Box 7221<br>Pasadena, CA 1109-7321 |
| Fox Rothchild<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA 19103 | Corporation Service Company<br>801 Stevenson Drive<br>Springfield, IL 62703 | Marcum, LLP<br>6685 Beta Drive+<br>Mayfield Village, OH 44143 |
| Omninet CV Townsgate<br>9420 Wilshire Blvd.<br>#400<br>Beverly Hills    CA    90212 | Fastmetrics<br>PO Box 77267<br>San Francisco, CA 94107 | Prime Financial Recruiting<br>225 West Santa Clara St<br>Balch Springs, TX 75180 |

| | | |
|---|---|---|
| Shared Management Resources, Ltd.<br>28026 Gates Mills Blvd.<br>Pepper Pike, OH 44124 | Maher Accountancy<br>1101 Fifth Avenue<br>Suite 200<br>San Rafael, CA 94901 | Tax Guard, Inc.<br>11800 Ridge Parkway<br>Suite 400<br>Broomfield, CO 80021 |
| Terrence A. Greiner P.C.<br>25 South Cayuga Dr<br>Williamsville, NY 14221. | PAHL & McCAY<br>225 West Santa Clara St<br>Ste 1500<br>San Jose, CA 95113-1700 | United Commercial Collections<br>4455 Genesee St.<br>#116<br>Buffalo, NY 14225 |
| Verizon Wireless<br>PO Box 96088<br>Bellvue, WA 98009 | Sweet Memory<br>545 Sansome Street<br>Suite E<br>San Francisco, CA 94111 | WOLLBORG - MICHELSON PERSONNEL<br>315 Montgomery Street<br>Suite 1029<br>San Francisco, CA 94104 |
| Sauce Labs<br>116 New Montgomery St.<br>3rd Floor<br>San Francisco, CA 94104 | Thompson, Welch, Soroko & Gilbert LLP<br>3950 Civic Center Drive<br>Suite 300<br>San Rafael, CA 94903 | Amazon Web Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 |
| Rae Internet<br>271 N Ave STE 1210<br>New Rochelle, NY 10801-5120 | Voco Vilya, Inc.<br>6905 Peppervine Cove<br>Austin, TX 78750 | RingCentral, Inc.<br>20 Davis Drive<br>Belmont, CA 94002 |
| FactorCloud<br>3490 Piedmont Rd NE<br>Suite 1350<br>Atlanta, GA 30305 | 3115 Manor MU, Ltd<br>9229 Waterford Centre Blvd.<br>C-100<br>Austin, TX 78758 | Moz<br>1111 3rd Ave<br>17th Floor<br>Seattle, WA 98101 |
| Webflow<br>398 11th St<br>2nd Floor<br>San Francisco, CA 94103 | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052-6399 | Georgia Superior Courts Clerks Cooperative Authority<br>1875 Century Blvd<br>Atlanta, GA 30345 |
| CNA Insurance<br>151 N Franklin St<br>Floor 9<br>Chicago, IL 60606 | LinkedIn<br>1000 W Maude Ave<br>Sunnyvale, CA 94085 | Bureau of Corporations & Charitable Organizations<br>401 North Street<br>Room 206<br>Harrisburg, PA 17120 |
| Intercom.IO<br>55 2nd Street<br>4th Floor<br>San Francisco, CA 94105 | Ahrefs<br>180 Sansome St<br>Fl 2<br>San Francisco, CA 94104 | GitHub<br>88 Colin P Kelly Jr St<br>San Francisco, CA 94107 |
| International Factoring Association<br>6627 Bay Laurel Place<br>Ste C<br>Avila Beach, CA 93424 | JetBrains<br>989 East Hillsdale Blvd.<br>Suite 200<br>Foster City, CA 94404 | Notion HQ<br>930 Alabama St<br>San Francisco, CA 94110 |

CircleCI
201 Spear St
#1200
San Francisco, CA 94105

Slack Headquarters
500 Howard St
San Francisco, CA 94105

Texas Secretary of State
1019 Brazos St
Austin, TX 78701

~~Pluralsight HQ~~
~~182 N W Union Ave~~
~~Farmington, UT 84025~~

Shutterstock, Inc.
350 Fifth Avenue
21st Floor
New York, NY 10118

Rose Silver Software, LLC
6609 Walebridge Ln
Austin, TX 78739

Zapier, Inc.
548 Market St.
#62411
San Francisco, CA 94104-5401

Plaid Inc.
PO Box 636
San Francisco, CA 94104

First Corporate Solutions, Inc.
914 S St
Sacramento, CA 95811

Hellosign
1800 Owens Street
San Francisco, CA 94158

Adobe Creative Cloud
345 Park Avenue
San Jose, CA 95110-2704

**Chaport**
**156a Yakova Eshpaya Street**
**office 34**
**Yoshkar-Ola, Mari El Republic 424002, Russian Federation**

Twilio
375 Beale St
#300
San Francisco, CA 94105

Truckstop.com
222 N Plymouth Ave
New Plymouth, ID 83655

**Saasant,**
**1st FLOOR,1111/5, NOBLE CENTER,**
**AVINASHI ROAD, P.N PALAYAM,**
**COIMBATORE - 641037,**
**TAMIL NADU, INDIA**

Raintank, Inc.
29 BROADWAY
31ST FLOOR
New York, NY 10006

Atlassian
303 Colorado
St #1600
Austin, TX 78701

Demetra Liggins
McGuire Woods, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX 77002

**Skyvia,**
**2230/4 Na Žertvách St.**
**Prague Czech Republic 180 00**

Mailchimp
675 Ponce De Leon Ave NE
Suite 5000
Atlanta, GA 30308

Carrier411 Services, Inc.
1540 INTERNATIONAL PARKWAY
LAKE MARY, FL

Ropes & Gray LLP
PO Box 70280
Philadelphia, PA 19176-0280

Salesforce
2300 N Field St
Dallas, TX 75201

~~UptimeRobot~~
~~Regent House~~
~~Office 21, Bisazza Street~~
~~Sliema SLM1640, Malta~~

A Bigger Bottom Line
4470 W. Sunset Blvd
Unit 90599
Los Angeles, CA 90027

**UptimeRobot**
**Regent House, Office 21, Bisazza Street,**
**Sliema SLM1640, Malta**

WeWork Corporate HQ
115 W. 18th Street
New York, NY 10011

Chaport
156a Yakova Eshpaya Street
office 34
Yoshkar-Ola, Mari El Republic 424002, Ru

AgileBits
4711 Yonge St
10th Floor
Toronto, Canada

CHRISTOPHER CARNES
1485 Ogden Peak Circle
Ogden, UT 84404

Wall Street Journal
1211 Avenue of the Americas
New York, NY

Greathorn, Inc.
1075 Main St
Suite 210
Waltham, MA 2451

Duesenberg Investment Company, LLC
c/o Topa Property Group, Inc.
1800 Avenue of the Stars
Suite 650
Los Angeles, CA 90067

Aaron Strain
315 Slate Lane
Apt 9210
Mount Pleasant, SC 29464

Webflow
398 11th St
2nd Floor
San Francisco, CA 94103

Focus Management Group
6585 N Avondale Ave
Chicago, IL 60631

Cindy Reacer
2481 Silver Spur Drive
Santa Rosa, CA 95407

AP Shale Logistics Management Co, LLC
Attn: Scott Prince
5600 Clearfork Main St.
Suite 420
Fort Worth, TX 76109

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Eileen Hall
PO Box 4388
Eagle, CO 81631

Embarcadero Financial Group
Attn: David Rockman
1 Embarcadero Center
#1540
San Francisco, CA 94111

Justin Reacer
2481 Silver Spur Drive
Santa Rosa, CA 95407

Gregory C
6207 Riverchase Village Drive
Kingwood, TX 77345

Gabriel King & Irma King
1028 Kawana Springs Road
Apt 102
Santa Rosa, CA 95404

Michael McHaney
2539 New Heather Way
Chico, CA 95973

Karina Contreras
1233 Kawana Terrace
Apt 8202
Santa Rosa, CA 95404

James Burke
422 Fulton Street
Camarillo, CA 93010

Prime Financial Recruiting
4713 Kyle Drive
Balch Springs, TX 75180

Linda Nguyen
505 Timber Way Drive
Lewisville, TX 75067

Kevin Narayan
11 Bellhaven Court
Daly City, CA 74015

Ward & Smith
82 Patton Avenue, Suite 300 (28801)
Asheville, NC  28802-2020

One Embarcadero Center Venture
c/o Boston Properties, Inc.
Attn: General Counsel Prudential Center
800 Boylston Street, Suite 1900
Boston, MA 2199

Paul DeLuca
4900 Gage Ave.
Apt 347
Fort Worth, TX 76109

Michael D. Warner
Benjamin L. Wallen
Pachulski Stang Ziehl & Jones, LLP
440 Louisiana Street, Suite 900
Houston, TX 77002

Roberto Garcia
1513 Corte Lejos
Camarillo, CA 93010

Scott Dirvonas
108 Creamery Trail
Edwards, CO 81632

Haynes and Boone, LLP
Charles A. Beckham, Jr.
Arsalan Muhammad
Martha Wyrick
1221 McKinney St. Suite 4000
Houston, TX 77010

Steve Sala
3358 East La Vie Lane
Cottonwood Heights, UT 84093

The Steve & Jyoti Elias Trust & Steve Elias
One Embarcadero Center Ste 1510
San Francisco, CA 94111-3627