


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 12, 2021**

*Mark X. Mullin*
**United States Bankruptcy Judge**

___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., *et al.*,[1] | ) ) ) | Case No. 21-42215-11-mxm |
| Debtors. | ) | (Jointly Administered) |

## ORDER REGARDING REQUEST FOR EMERGENCY CONSIDERATION OF CERTAIN "FIRST DAY" MATTERS

The Request for Emergency Consideration of Debtors' *Emergency Motion for Entry of an Order Authorizing Debtors to Pay Prepetition Commission Obligations to Referral Companies as Critical Vendors* [Docket no. **] filed by Instapay Flexible, LLC, ("Instapay") and Flexible Funding Ltd. Liability Co., ("Flexible," and together with Instapay, the "Debtors") is **GRANTED.**

An emergency hearing on the will be held on **October 14, 2021, at 10:00 a.m. Central Time** before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern

___

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Flexible Funding Ltd. Liability Co. (4495) and Instapay Flexible, LLC (7648).

District of Texas, Fort Worth Division, United States Courthouse, Courtroom 128, First Floor, 501 W. 10th St., Fort Worth, Texas 76102

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 474 603 746

Counsel for the Debtors are directed to provide telephonic notice of the hearing to all secured creditors who will be affected be the Cash Collateral Motion and to the Office of the United States Trustee and to otherwise provide notice of the hearing by the most expedient means to all other affected parties in interest

**IT IS SO ORDERED.**

**### End of Order ###**