Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:   817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., *et al.*,[1] | ) ) ) | Case No. 21-42215-11-mxm |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Debtors' Amended Motion for Entry of an Order (a) Establishing Bidding Procedures to sell the Acquired Assets comprising all or substantially all of InstaPay's assets; (b) scheduling an Auction to sell the Acquired Assets; (c) scheduling the Sale Hearing; (d) scheduling deadlines for InstaPay's receipt of a marked asset purchase agreement; (e) approving the notice of the Sale, the Bidding Procedures, the Auction and the Sale Hearing; (f) establishing procedures for determining Cure Amounts in connection with the assumption and assignment of the Assigned Contracts; and (g) granting other related relief;* (the "Bidding Procedures Motion") [Docket No. 107]; has been set for **October 18, 2021, at 1:30 p.m**. **Central Time** before the Honorable Mark X. Mullin, United States Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Flexible Funding Ltd. Liability Co. (4495) and Instapay Flexible, LLC (7648).

1

Judge, United States Courthouse, 501 West 10th Street, Courtroom 128, First Floor, Fort Worth, Texas.

**For WebEx Video Participation/Attendance**:

    Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance**:

    Dial-In: 1.650.479.3207

    Meeting ID: 474 603 746

Dated: October 15, 2021.

Respectfully submitted,

/s/Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served upon the parties listed on the attached Master Service List via United States Mail, first class postage prepaid, or via ECF electronic Notice, if available, on October 15, 2021. I further certify that email service of this Notice was provided on October 15, 2021 to counsel for the United States Trustee, Revolution Capital (USA) Inc., Umpqua Bank, CIT Bank, Medalist Partners, nFusion Capital, Encore Financing, eCapital Freight Factoring Corp., and Granite Solutions.

    /s/ Lynda L. Lankford
    Lynda L. Lankford

L:\JPROSTOK\Flexible Funding (C11) #6264\Pleadings\Instapay Sale\NOH- Hearing on INSTAPAY Bid Proc Amended Motion 10.15.21.docx

**Service List**
**Flexible Funding Ltd. Liability Co.**
21-42215-mxm11
#6264

Flexible Funding Ltd. Liability Co.
5600 Clearfork Main St.
Suite 420
Fort Worth, TX 76109

Elizabeth Young, Trial Attorney
Office of the U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75202

Laurie Spindler
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Umpqua Bank
Attn: Kevin Foley
11720 El Camino Real Suite 100
San Diego, CA 92130

First Horizon Bank
165 Madison Ave. 10th Floor
Memphis, TN n38103

CIT Bank
f/k/a Mutual of Omaha Bank
3580 Camel Mountain Road, Suite 160
San Diego, CA 92130

Umpqua Bank
c/o Loan Support Services
PO Box 1580
Roseburg, OR 97470

Bison Investors, LLC
1775 Wehrle Drive, Ste. 300
Williamsville, NY 14221

Medalist Partners LP
777 Third Avenue
Suite 1402
New York, NY 10017

The Frances Capper Marital Trust FBO
Frances Capper & Capper Investment
Company, LLC, c/o Norman Capper
1101 Fifth Avenue, 350
San Rafael, CA 94901lao

Jan Marcus Capper & Steve Capper
1350 Butterfield Road
San Anselmo, CA 94960

Charisse Castagnoli
6905 Peppervine Cv.
Austin, TX 78750

Cheng Chin Liao
13526 Cielo Ranch Road
San Diego, CA 92130

Cheng Te Liao & Chi Wei Liao
940 Camino Verde Cir
Walnut Creek, CA 94597

Scott Dirvonas, c/o Dirvonas Interactive, LLC
PO Box 665
Edwards, CO 81632

Jerry & Rosemary Fong
7700 Marker Road
San Diego, CA 92130s

Bison Investors LLC, c/o Levinson, Arshonsky & Kurtz, LP
15303 Ventura Blvd.,
Suite 1650
Sherman Oaks, CA 91403

Cogent Communications
PO Box 791087
Baltimore, MD 21279-1087

Scott Dirvonas, c/o Dirvonas Interactive, LLC
210 Edwards Village Blvd #D201
Edwards, CO 81632

Carle Mackie Power & Ross LLP
100 B Street
Suite 400
Santa Rosa, CA 95401

Experian
Department 1971
Los Angeles, CA 90088

Boston Properties
Property 1
PO Box 742841
Los Angeles CA 90074-2841

Federal Express
PO Box 7221
Pasadena, CA 1109-7321

Fox Rothchild
2000 Market Street
20th Floor
Philadelphia, PA 19103

Corporation Service Company
801 Stevenson Drive
Springfield, IL 62703

Marcum, LLP
6685 Beta Drive+
Mayfield Village, OH 44143

Omninet CV Townsgate
9420 Wilshire Blvd.
#400
Beverly Hills    CA    90212

Fastmetrics
PO Box 77267
San Francisco, CA 94107

Prime Financial Recruiting
225 West Santa Clara St
Balch Springs, TX 75180

Shared Management Resources, Ltd.
28026 Gates Mills Blvd.
Pepper Pike, OH 44124

Maher Accountancy
1101 Fifth Avenue
Suite 200
San Rafael, CA 94901

Tax Guard, Inc.
11800 Ridge Parkway
Suite 400
Broomfield, CO 80021

Terrence A. Greiner P.C.
25 South Cayuga Dr
Williamsville, NY 14221.

PAHL & McCAY
225 West Santa Clara St
Ste 1500
San Jose, CA 95113-1700

United Commercial Collections
4455 Genesee St.
#116
Buffalo, NY 14225

Verizon Wireless
PO Box 96088
Bellvue, WA 98009

Sweet Memory
545 Sansome Street
Suite E
San Francisco, CA 94111

WOLLBORG - MICHELSON PERSONNEL
315 Montgomery Street
Suite 1029
San Francisco, CA 94104

Sauce Labs
116 New Montgomery St.
3rd Floor
San Francisco, CA 94104

Thompson, Welch, Soroko & Gilbert LLP
3950 Civic Center Drive
Suite 300
San Rafael, CA 94903

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Rae Internet
271 N Ave STE 1210
New Rochelle, NY 10801-5120

Voco Vilya, Inc.
6905 Peppervine Cove
Austin, TX 78750

RingCentral, Inc.
20 Davis Drive
Belmont, CA 94002

FactorCloud
3490 Piedmont Rd NE
Suite 1350
 Atlanta, GA 30305

3115 Manor MU, Ltd
9229 Waterford Centre Blvd.
C-100
Austin, TX 78758

Moz
1111 3rd Ave
17th Floor
 Seattle, WA 98101

Webflow
398 11th St
2nd Floor
San Francisco, CA 94103

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Georgia Superior Courts Clerks Cooperative Authority
1875 Century Blvd
 Atlanta, GA 30345

CNA Insurance
151 N Franklin St
Floor 9
Chicago, IL 60606

LinkedIn
1000 W Maude Ave
Sunnyvale, CA 94085

Bureau of Corporations & Charitable Organizations
401 North Street
Room 206
Harrisburg, PA 17120

Intercom.IO
55 2nd Street
4th Floor
San Francisco, CA 94105

Ahrefs
180 Sansome St
Fl 2
San Francisco, CA 94104

GitHub
88 Colin P Kelly Jr St
San Francisco, CA 94107

International Factoring Association
6627 Bay Laurel Place
Ste C
Avila Beach, CA 93424

JetBrains
989 East Hillsdale Blvd.
Suite 200
Foster City, CA 94404

Notion HQ
930 Alabama St
San Francisco, CA 94110

CircleCI
201 Spear St
#1200
San Francisco, CA 94105

Slack Headquarters
500 Howard St
San Francisco, CA 94105

Texas Secretary of State
1019 Brazos St
Austin, TX 78701

~~Pluralsight HQ~~
~~182 N W Union Ave~~
~~Farmington, UT 84025~~

Shutterstock, Inc.
350 Fifth Avenue
21st Floor
New York, NY 10118

Rose Silver Software, LLC
6609 Walebridge Ln
Austin, TX 78739

Zapier, Inc.
548 Market St.
#62411
San Francisco, CA 94104-5401

Plaid Inc.
PO Box 636
San Francisco, CA 94104

First Corporate Solutions, Inc.
914 S St
Sacramento, CA 95811

Hellosign
1800 Owens Street
San Francisco, CA 94158

Adobe Creative Cloud
345 Park Avenue
San Jose, CA 95110-2704

**Chaport**
**156a Yakova Eshpaya Street**
**office 34**
**Yoshkar-Ola, Mari El Republic 424002,**
**Russian Federation**

Twilio
375 Beale St
#300
San Francisco, CA 94105

Truckstop.com
222 N Plymouth Ave
New Plymouth, ID 83655

**Saasant,**
**1st FLOOR,1111/5, NOBLE CENTER,**
**AVINASHI ROAD, P.N PALAYAM,**
**COIMBATORE - 641037,**
**TAMIL NADU, INDIA**

Raintank, Inc.
29 BROADWAY
31ST FLOOR
New York, NY 10006

Atlassian
303 Colorado
St #1600
Austin, TX 78701

Demetra Liggins
McGuire Woods, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX 77002

**Skyvia,**
**2230/4 Na Žertvách St.**
**Prague Czech Republic 180 00**

Mailchimp
675 Ponce De Leon Ave NE
Suite 5000
Atlanta, GA 30308

Carrier411 Services, Inc.
1540 INTERNATIONAL PARKWAY
LAKE MARY, FL

Ropes & Gray LLP
PO Box 70280
Philadelphia, PA 19176-0280

Salesforce
2300 N Field St
Dallas, TX 75201

~~UptimeRobot~~
~~Regent House~~
~~Office 21, Bisazza Street~~
~~Sliema SLM1640, Malta~~

A Bigger Bottom Line
4470 W. Sunset Blvd
Unit 90599
Los Angeles, CA 90027

**UptimeRobot**
**Regent House, Office 21, Bisazza Street,**
**Sliema SLM1640, Malta**

WeWork Corporate HQ
115 W. 18th Street
New York, NY 10011

Chaport
156a Yakova Eshpaya Street
office 34
Yoshkar-Ola, Mari El Republic 424002, Ru

AgileBits
4711 Yonge St
10th Floor
Toronto, Canada

CHRISTOPHER CARNES
1485 Ogden Peak Circle
Ogden, UT 84404

| | | |
|---|---|---|
| Wall Street Journal<br>1211 Avenue of the Americas<br>New York, NY | Greathorn, Inc.<br>1075 Main St<br>Suite 210<br>Waltham, MA 2451 | Duesenberg Investment Company, LLC<br>c/o Topa Property Group, Inc.<br>1800 Avenue of the Stars<br>Suite 650<br>Los Angeles, CA 90067 |
| Aaron Strain<br>315 Slate Lane<br>Apt 9210<br>Mount Pleasant, SC 29464 | Webflow<br>398 11th St<br>2nd Floor<br>San Francisco, CA 94103 | Focus Management Group<br>6585 N Avondale Ave<br>Chicago, IL 60631 |
| Cindy Reacer<br>2481 Silver Spur Drive<br>Santa Rosa, CA 95407 | AP Shale Logistics Management Co, LLC<br>Attn: Scott Prince<br>5600 Clearfork Main St.<br>Suite 420<br>Fort Worth, TX 76109 | Hanson Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| Eileen Hall<br>PO Box 4388<br>Eagle, CO 81631 | Embarcadero Financial Group<br>Attn: David Rockman<br>1 Embarcadero Center<br>#1540<br>San Francisco, CA 94111 | Justin Reacer<br>2481 Silver Spur Drive<br>Santa Rosa, CA 95407 |
| Gregory C<br>6207 Riverchase Village Drive<br>Kingwood, TX 77345 | Gabriel King & Irma King<br>1028 Kawana Springs Road<br>Apt 102<br>Santa Rosa, CA 95404 | Michael McHaney<br>2539 New Heather Way<br>Chico, CA 95973 |
| Karina Contreras<br>1233 Kawana Terrace<br>Apt 8202<br>Santa Rosa, CA 95404 | James Burke<br>422 Fulton Street<br>Camarillo, CA 93010 | Prime Financial Recruiting<br>4713 Kyle Drive<br>Balch Springs, TX 75180 |
| Linda Nguyen<br>505 Timber Way Drive<br>Lewisville, TX 75067 | Kevin Narayan<br>11 Bellhaven Court<br>Daly City, CA 74015 | Ward & Smith<br>82 Patton Avenue, Suite 300 (28801)<br>Asheville, NC  28802-2020 |
| One Embarcadero Center Venture<br>c/o Boston Properties, Inc.<br>Attn: General Counsel Prudential Center<br>800 Boylston Street, Suite 1900<br>Boston, MA 2199 | Paul DeLuca<br>4900 Gage Ave.<br>Apt 347<br>Fort Worth, TX 76109 | Michael D. Warner<br>Benjamin L. Wallen<br>Pachulski Stang Ziehl & Jones, LLP<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002 |
| Roberto Garcia<br>1513 Corte Lejos<br>Camarillo, CA 93010 | Scott Dirvonas<br>108 Creamery Trail<br>Edwards, CO 81632 | Haynes and Boone, LLP<br>Charles A. Beckham, Jr.<br>Arsalan Muhammad<br>Martha Wyrick<br>1221 McKinney St. Suite 4000<br>Houston, TX 77010 |
| Steve Sala<br>3358 East La Vie Lane<br>Cottonwood Heights, UT 84093 | The Steve & Jyoti Elias Trust & Steve Elias<br>One Embarcadero Center Ste 1510<br>San Francisco, CA 94111-3627 | Brent R. McIlwain, Esq.<br>Holland & Knight, LLP<br>200 Cresent Court, Suite 1600<br>Dallas, TX 75201 |

Michael D. Warner, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002

Charles A. Beckham, Jr.
Arsalan Muhammad
Martha Wyrick
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010

Catherine Schlomann Robertson, Esq.
PAHL & McCAY
225 West Santa Clara St
Ste 1500
San Jose, CA 95113-1700

Joseph P. Corcoran, Esq.
6905 Peppervine Cove
Austin, Texas 78750

Scott D. Lawrence
Catherine A. Curtis
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204

Sean A. Gordon
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326

Scott B. Lepene
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291

Mark A. Platt
Frost Brown Todd LLC
Rosewood Court
2101 Cedar Springs Road, Suit

Rosendo Gonzalez
Gonzalez & Gonzalez Law
A Professional Corporation
530 S. Hewitt St., Ste. 148
Los Angeles, CA 90013

Paul D. Moak
Matthew Wilbert Bourda
Gray Reed
1300 Post Oak Blvd. Suite 2000
Houston, TX 77056

Amber M. Carson
Gray Reed
1601 Elm Street, Suite 4600
Dallas, TX 75201