Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASE |
| | ) | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., | ) | CASE NO. 21-42215-mxm-11 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

**<u>GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES</u>**

*These Global Notes (the "Global Notes") regarding the Schedules of Flexible Funding Ltd. Liability Co. (the "Debtor" or "Flexible") comprise an integral part of the Schedules of Assets and Liabilities and should be referred to and considered in connection with any review of them.*

The Debtor's Schedules of assets, liabilities, executory contracts and unexpired leases, and co-debtors (collectively, the "Schedules") have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by personnel of the Debtor with the assistance of its advisors. The Global Notes pertain to all of the Schedules. The Schedules are unaudited.

The financial affairs and business of the Debtor are complex. While the Debtor's management has made reasonable efforts to ensure that the Schedules are accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules. Moreover, because the Schedules contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules are complete and accurate. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Agreements Subject to Confidentiality.** There may be instances within the Schedules where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement its Schedules as is necessary and appropriate.

**Basis of Presentation.** While the Schedules, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Schedules do not purport to represent financial information prepared in accordance with GAAP.

**Causes of Action.** The Debtor, despite its best efforts, may not have identified or set forth all of its causes of action (filed or potential) as assets in its Schedules. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

**Claims Description.** Any failure to designate an amount on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such

amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute any claim reflected on its Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves its rights to object to any scheduled claims.

**Current Value of Assets.** It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets. Accordingly, unless otherwise indicated, net book values, rather than current market valuations, of the Debtor's interests in assets are reflected on the Schedules. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

**Date.** Unless otherwise indicated, the values reflected on the Schedules are as of September 19, 2021 (the "Petition Date").

**Estimates.** The preparation of the Schedules required the Debtor to make certain estimates and assumptions that affect the reported amounts of its assets and liabilities. Actual results could differ from those estimates.

**Insiders.** Persons and entities listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law. The Debtor presumes that persons who are not corporate officers of the Debtor are not "officers" for purposes of determining insider status, regardless of job title.

**Inventory.** Inventory, where applicable, is presented without consideration for any potential liens asserted by domestic common carriers, shippers, truckers, or similar liens.

**Liabilities Generally.** Some of the Debtor's scheduled liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined." As a result, the Debtor's Schedules do not accurately reflect the aggregate amount of the Debtor's liabilities, which may differ materially from those stated in the Schedules.

**Prepetition and Postpetition Liabilities.** The Debtor has sought to allocate liabilities between prepetition and postpetition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**Schedules A/B.** "Accounts Receivable" in Schedule A/B reflects the Debtor's estimated loan portfolio as of the Petition Date. Specifically, the "current value" of $101,764.622.96 represents

3

the aggregate of loan balances, including participation receivables and term loans, net of uncollectible receivables and refunds owed to customers. There is no explicit aging of these accounts. However, the accounts are secured by lien interests in client receivables. At the time of filing, this collateral was valued at $176,397,736, of which $27,537,882 was over 90 days past due. The chart below reflects the calculation of the estimated value of receivables as of the Petition Date.

| Accounts Receivable: | Aug 31 | Sep 30 | Average used for Sept. 19 |
|---|---|---|---|
| Total Loans (Term & ABL) | 110,260,668 | 115,101,133 | 112,680,900 |
| Allowance for Doubtful Accounts | (6,516,385) | (6,691,385) | (6,603,885) |
| Participation Receivables (Engstrom) | 5,624,865 | 5,624,865 | 5,624,865 |
| Unapplied Cash Payment / Suspense | (4,950,281) | (10,403,109) | (7,676,695) |
| Total Refunds Due to Others (no-offset to loans) | (2,260,562) | (2,260,562) | (2,260,562) |
| | 102,158,305 | 101,370,942 | 101,764,623 |

**Schedule D – Creditors Holding Secured Claims.** The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge, among other things, the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. For instance, the inclusion of a counterparty to a lease in Schedule D is not an admission that such lease constitutes a capital lease, and the Debtor reserves all rights to contend that the referenced agreement is, instead, an operating lease. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves the right to dispute the tax assessed value for any of the taxable assets.

The Debtor's senior lenders consist of Umpqua Bank (as lender and agent), Horizon Bank and CIT Bank, which hold senior lien interests in essentially all assets of the Debtor. Bison Investors, LLC and Medalist Partners, L.P. hold subordinated lien interests in all assets of the Debtor.

**Schedule E/F – Creditors Holding Priority Claims**. The Debtor reserves its rights to dispute or challenge whether creditors listed on Schedule E/F, Part 1, are entitled to priority claims.

**Schedule E/F – Creditors Holding Unsecured Nonpriority Claims**. Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts may, however, be reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.

**Schedule G – Executory Contracts and Unexpired Leases**. The business of the Debtor is complex. While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as easements, right of way, subornation, non-disturbance, and attornment agreements, supplemental agreements, amendment/letter agreements, title agreements and confidentially agreements. Such documents may not be set forth on Schedule G. The Debtor reserves all of its rights to dispute or challenge the characterization of the structure or substances of any transaction, or any document or instrument. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. The Debtor, however, reserves the right to assert that such agreements constitute executory contracts. Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor reserves all rights to challenge whether any of the listed contracts, agreements, leases or other documents constitute an executory contract or unexpired lease, including if any are unexpired real property leases. The Debtor reserves all rights to contend that any of the listed leases are capital leases rather than operating leases. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts,

agreements or leases are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease. For any executory contract or unexpired lease that purportedly may have been assigned to the Debtor, but for which there is not documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules.

**Totals.** All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records at the time of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

* * *

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

L:\JPROSTOK\Flexible Funding (C11) #6264\Info for Schedules\Global Notes - Flexible Schedules 11.5.21.docx

**Fill in this information to identify the case**

Debtor name      **Flexible Funding Ltd. Liability Co.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)       **21-42215-mxm11**

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any
pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the
additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset
only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the
terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of
debtor's interest**

2.  **Cash on hand**                                                                                      **$0.00**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3.1. | **City National Bank** | **Checking account** | 9 | 1 | 0 | 7 | $18,334.03 |
| 3.2. | **Umpqua Bank** | **Checking account** | 7 | 2 | 2 | 2 | $0.00 |
| 3.3. | **Wells Fargo Bank** | **Checking account** | 2 | 5 | 2 | 7 | $1,616,072.25 |
| 3.4. | **RBC Bank** | **Checking account** | 1 | 7 | 1 | 7 | $119.57 |
| 3.5. | **RBC Bank** | **Checking account** | 6 | 5 | 5 | 7 | $68.35 |
| 3.6. | **Wells Fargo - Customer** | **Checking account** | 5 | 8 | 5 | 6 | $0.00 |
| 3.7. | **Wells Fargo - Customer** | **Checking account** | 6 | 8 | 6 | 5 | $0.00 |
| 3.8. | **Wells Fargo - Customer** | **Checking account** | 6 | 6 | 6 | 7 | $0.00 |
| 3.9. | **Wells Fargo - Customer** | **Checking account** | 5 | 7 | 0 | 0 | $0.00 |
| 3.10. | **Wells Fargo - Customer** | **Checking account** | 4 | 6 | 8 | 8 | $0.00 |
| 3.11. | **Wells Fargo - Instapay Collection Account** | **Checking account** | 4 | 8 | 5 | 9 | $242,901.56 |

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|
| | Name | | |

**4.  Other cash equivalents**  *(Identify all)*

Name of institution (bank or brokerage firm)

**5.  Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

$1,877,495.76

## Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | Current value of debtor's interest |
|---|---|---|
| 7.1. | Rental Deposit with AP Shale Logistics Management Co, LLC for Dallas/Fort Worth location | $13,320.00 |
| 7.2. | Rental Deposit with Boston Properties Limited Partnership for San Francisco, CA location | $15,556.31 |
| 7.3. | Rental Deposit with Dusenberg Investment Company for LA location | $2,739.00 |
| 7.4. | Retainer with Forshey & Prostok, LLP | $82,151.50 |

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$113,766.81

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11.  Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. | 90 days old or less: | $108,368,507.96 face amount | – $6,603,885.00 doubtful or uncollectible accounts | = ............➔ $101,764,622.96 |
| 11b. | Over 90 days old: | $0.00 face amount | – $0.00 doubtful or uncollectible accounts | = ............➔ $0.00 |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$101,764,622.96

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) | **21-42215-mxm11** |
|---|---|---|---|
| | Name | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership: | |
| 15.1. | **Instapay Flexible, LLC** | **100%** | **Unknown** |
| 15.2. | **Flexible Support Group, LLC** | **50%** | **Unknown** |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| | Describe: | | |
| **17.** | **Total of Part 4** | | |
| | Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |
| **Office Supplies** | | **$500.00** | | **$500.00** |

| **23.  Total of Part 5** | |
|---|---|
| Add lines 19 through 22.  Copy the total to line 84. | **$500.00** |

**24.  Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

| Furniture, Fixtures and Equipment | $41,633.43 | Book Value | $41,633.43 |
|---|---|---|---|

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| Copier (leased) | | | Unknown |
|---|---|---|---|

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$41,633.43

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|
| | Name | | |

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **5600 Clearfork Main St., Ste 420,<br>Fort Worth, TX  76109<br>Office Location:<br>5600 Clearfork Main St., Ste 420,** | Lease | | | Unknown |
| 55.2. **2131 Theo Drive, Suite 2<br>Austin, TX  78723<br>Office Location:<br>2131 Theo Drive, Suite 2, Austin, TX<br>78723** | Lease | | | Unknown |

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|--------|-------------------------------------|------------------------|----------------|
|        | Name | | |

| 55.3. | 1800 Avenue of the Stars, Ste 650,<br>LA, CA  90067<br>Office Location:<br>1800 Ave. of the Stars, Ste 650, LA,<br>CA 90067 | Lease | | | | Unknown |
|-------|---|---|---|---|---|---|
| 55.4. | 800 Boylston Street, Ste 1900,<br>Boston, MA  02199<br>Office Location:<br>800 Boylston Street, Ste 1900,<br>Boston, MA 02199 | Lease | | | | Unknown |
| 55.5. | PO Box 665,<br>Edwards, CO  81632<br>Office Location:<br>PO Box 665, Edwards, CO 81632 | Lease | | | | Unknown |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.                     **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| Trademarks | | | Unknown |
| **61. Internet domain names and websites** | | | |
| https://www.flexiblefund.com | | | Unknown |
| https://www.flexiblefunding.com | | | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| Customer list | | | Unknown |
| **64. Other intangibles, or intellectual property** | | | |
| Convenent not to compete with Steven Elias | $34,729.69 | Book Value | $34,769.69 |
| Capitalized Software Development - M3 | $716,203.00 | Book Value | $716,203.00 |
| **65. Goodwill** | | | |
| Goodwill | $1,127,382.16 | | $1,127,382.16 |
| **66. Total of Part 10.**<br>Add lines 60 through 65.  Copy the total to line 89. | | | **$1,878,354.85** |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) | **21-42215-mxm11** |
|---|---|---|---|
| | Name | | |

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**Worker's Compensation & Employers Liability Policies**

**Insurer:  New Hampshire Ins. Co.**
**Insured:  ADP TotalSource FL XVII, Inc. and Flexible Funding Ltd. Liability Co.**

**Policy # XXXXXXX5500 UT**
    **XXXXXXX1549 OK**
    **XXXXXXX1553 TX**
    **XXXXXXX1529 CO**
    **XXXXXXX1551 SC**
    **XXXXXXX7684 PA**

| **Coverage per Policy: $2,0000.000.00** | **Unknown** |
|---|---|

**Worker's Compensation & Employers Liability Policies**

**Insurer:  AIU Insurance Company**
**Insured:  ADP TotalSource FL XVII, Inc. and Flexible Funding Ltd. Liability Co.**

**Policy # XXXXXXX4936 CA**

| **Coverage per Policy: $2,0000.000.00** | **Unknown** |
|---|---|
| **Group Health Insurance -** | **Unknown** |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Please see attached** | **Unknown** |
|---|---|

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|
| | Name | | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Please see attached | Unknown |
|---|---|

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,877,495.76 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $113,766.81 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $101,764,622.96 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $41,633.43 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9* .............................................. ➜ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,878,354.85 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $105,676,373.81 | + 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................ **$105,676,373.81**

**Flexible Funding Ltd. Liability Co.**
**Case No. 21-42215-mxm-11**
**Schedule B #74 and #75**

<u>**Claims and Causes of Action**</u>:                     <u>**Value**</u>

A. <u>**Judgments**</u>:

    1. Aseptic Technologies, LLC, *et al.*          Unknown
       $782,780.21

    2. Apollo Research Partners, LLC, *et al.*      Unknown
       $411,838.00

    3. Galca & Jose Guillermo Alcantar           Unknown
       $1,185,846.79

B. <u>**Bankruptcy Proofs of Claim**</u>:

    1. In re: Hill Concrete Structures,             Unknown
       Bankr. Case No. 19-10212 (S.D. CA)
       $843,077.42 Unsecured

    2. In re: Greenlight Staffing Group, Inc.,      Unknown
       Bankr. Case No. 19-20536 (S.D. FL)
       $318,577.41 Secured

    3. In re: West Coast Distribution, Inc,          Unknown
       Bankr. Case No. 19-20332 (S.D. CA)
       $737,221.93 Unsecured
                               Unknown
    4. In re: Country Fresh Holding Co.,
       Bankr. Case No. 21-30574 (S.C. TX)
       $321,984.05 Unsecured

C. <u>**Other Claims, Causes of Action, Counterclaims**</u>

    1. Counterclaim asserted and/or               Unknown
       assertable in Mowbray's Tree
       Service v. Flexible Funding Ltd.
       Liability Co., Cause No. CGC-
       21-589522, in the San
       Francisco Superior Court, San
       Francisco County, California

    2. Claims and causes of action                 Unknown
       asserted and/or assertable
       against Graham County Land
       Company, L.L.C., National Civil,

LLC, Randy Jordan, John Pressley, Cecil Patterson and Buck Jackson, including in connection with litigation pending in the U.S. Bankruptcy Court, Western District of North Carolina, Bryson City Division, Adv. Case No. 21-02000

3. Claims and causes of action relating to or arising out of transfers from Graham County Land Company, LLC to entities, including but not limited to Carver Contracting, LLC, National Civil LLC, Tarheel Realty & Development LLC, Jordan Properties – NC, LLC, and Snowbird Mountain Trout Company, LLC.

   Claims and causes of action against accountants, including DLC CPAs, LLC and Anthony P. DeLuca (CPA).

4. Claims and causes of action against con-conspirators, aiders and abettors, or other negligent or responsible actors contributing to GCLC's defalcations.

5. Claims and causes of action against LSQ Funding Group, LC arising out of or relating to Canfield Funding LLC, dba Millennium Funding's factoring and security agreement with Engstrom Inc. and causes of action asserted or assertable against Engstrom.

6. Claims and causes of action against co-conspirators, aiders and abettors, or other negligent or responsible actors contributing to Engstrom and LSQ's defalcations.

out of the Accounts Receivable Financing Agreement between the Debtor and Galca Group LLC, including against Marquez Brothers Foods Southern California, Marquez Brothers Enterprises, Marquez Brothers Nevada and Marquez Brothers Southwest, Inc., including in connection with litigation pending in San Francisco Superior Court

8. Claims asserted or assertable against Umpqua Bank (as Agent and Lender), CIT Bank, Horizon Bank, including without limitation, lender liability claims       Unknown

9. Claims and causes of action asserted or assertable against Tijuana Produce, including in connection with litigation pending in San Francisco Superior Court       Unknown

10. Claims and causes of action asserted or assertable against El Gallo Bakery, El Gallo Grill, and Que Moles, including in connection with litigation pending in California state court.       Unknown

11. Claims and causes of action asserted or assertable against Tilley HVE in connection with litigation pending in California state court.       Unknown

12. Potential claims and causes of action, including collection actions, against borrower customers to the extent provided by loan documents and applicable law       Unknown

13. Claims and causes of actions against Constructure, Inc., including collection actions.

14. Claims and causes of action asserted and/or assertable against Brandlin and Associates, including collection violations.

**Fill in this information to identify the case:**

Debtor name **Flexible Funding Ltd. Liability Co.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **21-42215-mxm11**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name **Bison Investors, LLC** | Describe debtor's property that is subject to a lien | **$2,000,000.00** | $&%$$$%$$'$$ |
|---|---|---|---|

Creditor's mailing address
**1775 Wehrle Drive, Ste. 300**

**Blanket Lien**

Describe the lien

**Loan / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Williamsville NY 14221**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred **05/02/2019**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$95,478,666.86**

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | **21-42215-mxm11** |
| --- | --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- | --- | --- |

**2.2**

| **Creditor's name**<br>**CIT Bank** | **Describe debtor's property that is<br>subject to a lien** | $14,283,704.57 | $14,283,704.57 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**f/k/a Mutual of Omaha Bank**

**All Assets**

**3580 Camel Mountain Road, Suite 160**

**Describe the lien**
**Loan/Agreement**

**San Diego            CA    92130**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account**
**number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in**
**the same property?**
☐ No
☒ Yes.  Have you already specified the
            relative priority?

---

**2.3**

| **Creditor's name**<br>**First Horizon Bank** | **Describe debtor's property that is<br>subject to a lien** | $14,283,704.57 | $14,283,704.57 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**165 Madison Ave. 10th Floor**

**All Assets**

**Describe the lien**
**Loan/Agreement**

**Memphis            TN    38103**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account**
**number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in**
**the same property?**
☐ No
☒ Yes.  Have you already specified the
            relative priority?

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) **21-42215-mxm11** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4**

Creditor's name
**Medalist Partners, L.P.**

Creditor's mailing address
**777 Third Avenue**

**Suite 1402**

_____

**New York          NY   10017**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**Loan / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,700,000.00** | **$15,700,000.00**

**2.5**

Creditor's name
**San Francisco County Tax**

Creditor's mailing address
**1 Drive**

**Canton Goodlett Place**

**Room 190**

**San Francisco       CA   94102**

Creditor's email address, if known

_____

Date debt was incurred   **01/01/2021**

Last 4 digits of account number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

Describe debtor's property that is subject to a lien
**All Business Personal Property**

Describe the lien
**Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Debtor    **Flexible Funding Ltd. Liability Co.**        Case number (if known) **21-42215-mxm11**

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6**

| | |
|---|---|
| **Creditor's name**<br>**Tarrant County** | **Describe debtor's property that is<br>subject to a lien** |

Column A: **Unknown**    Column B: **Unknown**

**Creditor's mailing address**
**101 E Weatherford**

**All Business Personal Property**

**Describe the lien**

**Taxes / Statutory Lien**

**Fort Worth**      **TX**    **76196**

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    **01/01/2021**

**Last 4 digits of account
number**     ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
      relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.7**

| | |
|---|---|
| **Creditor's name**<br>**Umpqua Bank** | **Describe debtor's property that is<br>subject to a lien** |

Column A: **$42,851,113.72**    Column B: **$42,851,113.72**

**Creditor's mailing address**
**PO Box 1580**

**All Assets**

**Describe the lien**

**Agent/Loan Agreement**

**Roseburg**      **OR**    **97470**

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account
number**     ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☐ No
☑ Yes.  Have you already specified the
      relative priority?

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) **21-42215-mxm11** |
|---|---|---|

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8**

| **Creditor's name**<br>Umpqua Bank | **Describe debtor's property that is subject to a lien** | **$6,360,144.00** | **$6,360,144.00** |
|---|---|---|---|

**Creditor's mailing address**
PO Box 1580

**All Assets**

**Describe the lien**

**Swingline Note**

Roseburg          OR    97470

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**            ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the relative priority?

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Flexible Funding Ltd. Liability Co.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-42215-mxm11** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>**Aaron Strain**<br>**315 Slate Lane**<br>**Apt 9210**<br><br>**Mount Pleasant**　　　**SC**　　**29464**<br>**Date or dates debt was incurred**<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Pre-petition wages**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | **$4,038.47** | **$4,038.47** |
| **2.2** | **Priority creditor's name and mailing address**<br>**C Douglas Gregory**<br>**6207 Riverchase Village Drive**<br><br>**Kingwood**　　　**TX**　　**77345**<br>**Date or dates debt was incurred**<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Pre-petition wages**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | **$15,788.47** | **$13,650.00** |

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|--------|--------------------------------------|------------------------|----------------|

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|--|-------------|-----------------|

**2.3**   Priority creditor's name and mailing address
Cheng Te Liao
940 Camino Verde Cir

Walnut Creek            CA      94597

Date or dates debt was incurred

Last 4 digits of account
number     __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Pre-petition wages

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$21,496.16**     Priority amount **$13,650.00**

---

**2.4**   Priority creditor's name and mailing address
Christopher Carnes
1485 Ogden Peak Circle

Ogden                   UT      84404

Date or dates debt was incurred

Last 4 digits of account
number     __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Pre-petition wages

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$2,576.00**     Priority amount **$2,576.00**

---

**2.5**   Priority creditor's name and mailing address
Cindy Reacer
2481 Silver Spur Drive

Santa Rosa              CA      95407

Date or dates debt was incurred

Last 4 digits of account
number     __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Pre-petition wages

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$514.50**     Priority amount **$514.50**

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6**   Priority creditor's name and mailing address

**Eileen Hall**

**PO Box 4388**

**Eagle**     **CO**    **81631**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Pre-petition wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,409.00**    Priority amount: **$2,409.00**

---

**2.7**   Priority creditor's name and mailing address

**Gabriel King**

**1028 Kawana Springs Road**

**Apt 102**

**Santa Rosa**     **CA**    **95404**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Pre-petition wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$378.00**    Priority amount: **$378.00**

---

**2.8**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 21126**

**Philadelphia**     **PA**    **19114-0326**

Date or dates debt was incurred
**2021**

Last 4 digits of account number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$4,687.95**    Priority amount: **$4,687.95**

Debtor  **Flexible Funding Ltd. Liability Co.**          Case number (if known)  **21-42215-mxm11**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

### 2.9  Priority creditor's name and mailing address

**Irma King**

**1028 Kawana Springs Road**

**Apt 102**

**Santa Rosa          CA      95404**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Pre-petition wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$472.50**   Priority amount: **$472.50**

### 2.10  Priority creditor's name and mailing address

**James Burke**

**422 Fulton Street**

**Camarillo          CA      93010**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Pre-petition wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$8,826.91**   Priority amount: **$8,826.91**

### 2.11  Priority creditor's name and mailing address

**Justin Reacer**

**2481 Silver Spur Drive**

**Santa Rosa          CA      95407**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Pre-petition wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$483.00**   Priority amount: **$483.00**

Debtor     **Flexible Funding Ltd. Liability Co.**       Case number (if known)   **21-42215-mxm11**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.12**   **Priority creditor's name and mailing address**

**Karina Contreras**

**1233 Kawana Terrace**

**Apt 8202**

**Santa Rosa**       **CA**    **95404**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Pre-petition wages**

Is the claim subject to offset?

☒ No
☐ Yes

           **$619.50**        **$619.50**

---

**2.13**   **Priority creditor's name and mailing address**

**Kevin Narayan**

**11 Bellhaven Court**

**Daly City**       **CA**    **74015**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Pre-petition wages**

Is the claim subject to offset?

☒ No
☐ Yes

           **$4,732.00**       **$4,732.00**

---

**2.14**   **Priority creditor's name and mailing address**

**Linda Nguyen**

**505 Timber Way Drive**

**Lewisville**       **TX**    **75067**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Pre-petition wages**

Is the claim subject to offset?

☒ No
☐ Yes

           **$5,753.84**       **$5,753.84**

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.15** Priority creditor's name and mailing address

Michael McHaney

2539 New Heather Way

Chico          CA     95973

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Pre-petition wages

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$2,975.00**   Priority amount: **$2,975.00**

**2.16** Priority creditor's name and mailing address

Paul DeLuca

4900 Gage Ave.

Apt 347

Fort Worth          TX     76109

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Pre-petition wages

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$16,153.84**   Priority amount: **$13,650.00**

**2.17** Priority creditor's name and mailing address

Roberto Garcia

1513 Corte Lejos

Camarillo          CA     93010

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Pre-petition wages

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$6,211.56**   Priority amount: **$6,211.56**

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

              **Total claim**        **Priority amount**

**2.18**   Priority creditor's name and mailing address

**Scott Dirvonas**

**108 Creamery Trail**

**Edwards**           **CO**     **81632**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Pre-petition wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,326.94**      **$13,326.94**

---

**2.19**   Priority creditor's name and mailing address

**Steve Capper**

**1350 Butterfield Road**

**San Anselmo**        **CA**     **94960**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Pre-petition wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,153.84**      **$13,650.00**

---

**2.20**   Priority creditor's name and mailing address

**Steve Sala**

**3358 East La Vie Lane**

**Cottonwood Heights**        **UT**     **84093**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Pre-petition wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,153.84**      **$13,650.00**

Debtor   **Flexible Funding Ltd. Liability Co.**                                Case number (if known)   **21-42215-mxm11**

## Part 1:   Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.21**   Priority creditor's name and mailing address

**Texas Workforce Commission**

**101 East 15th Street**

**Austin, TX 78778-001**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  **$763.77**     Priority amount  **$763.77**

**Basis for the claim:**

**Unemployment**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

Debtor    **Flexible Funding Ltd. Liability Co.**          Case number (if known)  **21-42215-mxm11**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address

**A Bigger Bottom Line**

**4470 W. Sunset Blvd**

**Unit 90599**

**Los Angeles**      **CA**   **90027**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Service**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Unknown**

### 3.2 Nonpriority creditor's name and mailing address

**ADP**

**2735 N. Stemmons Fwy,**

**Dallas**      **TX**   **75027**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

### 3.3 Nonpriority creditor's name and mailing address

**Advanced Funding Group**

**9 Declaration Drive,**

**Newtown**      **PA**   **18940**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

### 3.4 Nonpriority creditor's name and mailing address

**Alex Cervantes**

**9417 Victoria Av #B,**

**Southgate**      **CA**   **90280**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

Debtor    **Flexible Funding Ltd. Liability Co.**      Case number (if known)   **21-42215-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Andew Spitz**

**145 Jackson Dr,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Orange**    **OH**   **44022**

**Basis for the claim:**
**Contract**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**AP Shale Logistics Management Co, LLC**

**5600 Clearfork Main St.**

**Suite 420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**    **TX**   **76109**

**Basis for the claim:**
**Landlord - Fort Worth, TX Location**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ASG Renaissance, LLC**

**22226 Garrison Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Dearborn**    **MI**   **48128**

**Basis for the claim:**
**Operating Agreement**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**AT&T**

**P.O. Box 2969**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Omaha**    **NE**   **68103-2969**

**Basis for the claim:**
**Service**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

Boston Properties Limited Partnership

Prudential Tower

800 Boylston Street

Boston                    MA      02199

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Landlord - San Francisco, CA Location

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.10** Nonpriority creditor's name and mailing address

C Douglas Gregory

6207 Riverchase Village Drive

Kingwood                  TX      77345

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Non-priority pre-petition wages

Is the claim subject to offset?
☑ No
☐ Yes

**$2,138.47**

**3.11** Nonpriority creditor's name and mailing address

Canfield Funding, LLC, d/b/a Millennium

John Benkovich

1775 Wehrle Drive

Williamsville             NY      14221

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Participation Agreement

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**3.12** Nonpriority creditor's name and mailing address

Capital Equity Partner

800 N. Haven Ave

Suite 240,

Ontario                   CA      91764

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Contract

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **Flexible Funding Ltd. Liability Co.**      Case number (if known)   **21-42215-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,000,000.00 |
|---|---|---|---|

**Capper Investment Company, LLC,**

**c/o Norman Capper**

**1101 Fifth Avenue #350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Rafael**    **CA**    **94901**

Basis for the claim: **Loan**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9,009.00 |
|---|---|---|---|

**Carle Mackie Power & Ross LLP**

**100 B Street**

**Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Santa Rosa**    **CA**    **95401**

Basis for the claim: **Professional Services**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,450.09 |
|---|---|---|---|

**Carrie R. Mtchell, Esq.**

**PO Box 849**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Canton**    **TX**    **75103-1011**

Basis for the claim: **Professional Services**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $350,000.00 |
|---|---|---|---|

**Charisse Castagnoli**

**6905 Peppervine Cv.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**    **TX**    **78750**

Basis for the claim: **Loan**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Flexible Funding Ltd. Liability Co.**                   Case number (if known)   **21-42215-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

Cheng Chin Liao

6163 Sagebrush Bend Way

San Diego                    CA       92130

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,500,000.00

| 3.18 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

Cheng Te Liao

940 Camino Verde Cir

Walnut Creek                 CA       94597

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,000,000.00

| 3.19 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

Cheng Te Liao

940 Camino Verde Cir

Walnut Creek                 CA       94597

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Expense Reimbursement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$40,957.36

| 3.20 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

Cheng Te Liao

940 Camino Verde Cir

Walnut Creek                 CA       94597

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non-priority pre-petition wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,846.16

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21**   Nonpriority creditor's name and mailing address

Chi Wei Liao

940 Camino Verde Cir

Walnut Creek     CA    94597

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,000,000.00**

---

**3.22**   Nonpriority creditor's name and mailing address

Cogent Communications

PO Box 791087

Baltimore     MD    21279-1087

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Unknown**

---

**3.23**   Nonpriority creditor's name and mailing address

Corporate Finance New

2905 S. Federal Hwy, Ste C12

Delray Beach     FL    33483

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Contract

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.24**   Nonpriority creditor's name and mailing address

Corporate Finance New

14280 S Military Trail # 7892

PO Box 7892,

Delray Beach     FL    33482

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Contract

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

Corporation Service Company

801 Stevenson Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Springfield | IL | 62703 |

Service

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

Danilo Tenorio Raisi

Rua Jua, 65 Apt. 22,

Sao Paolo, SP Brazil

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Contract

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

Dave Kooiman

2910 Inland Empire Blvd.,

Ste 100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Ontario | CA | 91761 |

Contract

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.28 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

Demsker Consulting

3446 Lawton Ln.,

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Pepper Pike | OH | 44124 |

Contract

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor    **Flexible Funding Ltd. Liability Co.**                         Case number (if known)   **21-42215-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**DFW Office Systems**

**13719 Gamma Rd.,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Farmers Branch               TX       75244**          **Copier Lease/Service Agreement**

Date or dates debt was incurred                         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                                          ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Dirvonas and Associates**

**PO Box 665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Edwards                        CO      81632**          **Landlord - Denver, CO Location**

Date or dates debt was incurred                         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                                          ☐ Yes

**see attachment to Schedule G - Executory Contracts and Unexpired Leases**

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Dirvonas Interactive**

**PO Box 665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Edwards                        CO      81632**          **Service**

Date or dates debt was incurred                         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                                          ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Duesenberg Investment Company, LLC**

**c/o Topa Property Group, Inc.**

**1800 Avenue of the Stars**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Suite 650**                                                   Basis for the claim:

**Los Angeles                  CA      90067**          **Landlord - Los Angeles, CA Location**

Date or dates debt was incurred                         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                                          ☐ Yes

---

Debtor    **Flexible Funding Ltd. Liability Co.**                              Case number (if known)  **21-42215-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- | --- |

Check all that apply.

**Embarcadero Financial Group**

**Attn: David Rockman**                              ☐ Contingent

**1 Embarcadero Center**                              ☐ Unliquidated

                                                   ☐ Disputed

**#1540**

**San Francisco**       **CA**    **94111**       Basis for the claim:

                                                   **Notice Only**

Date or dates debt was incurred

                                                   Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                   ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**EmployInsure**

**Michael DiManno**                              ☐ Contingent

**2365 Iron Point Rd., Ste 100,**               ☐ Unliquidated

                                                   ☐ Disputed

**Folsom**       **CA**    **95630**            Basis for the claim:

                                                   **Contract**

Date or dates debt was incurred

                                                   Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                   ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- | --- |

Check all that apply.

**Experian**

**Department 1971**                              ☐ Contingent

                                                   ☐ Unliquidated

                                                   ☐ Disputed

**Los Angeles**       **CA**    **90088**       Basis for the claim:

                                                   **Service**

Date or dates debt was incurred

                                                   Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**Factor Finders, LLC**

**25101 Chagrin Boulevard**                      ☐ Contingent

**Suite 250**                                    ☐ Unliquidated

                                                   ☐ Disputed

**Cleveland**       **OH**    **44122**         Basis for the claim:

                                                   **Contract**

Date or dates debt was incurred

                                                   Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                   ☐ Yes

---

Debtor    **Flexible Funding Ltd. Liability Co.**                           Case number (if known)   **21-42215-mxm11**

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fastmetrics**

**PO Box 77267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Francisco**          **CA    94107**      **Service**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Federal Express**

**PO Box 7221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pasadena**          **CA    91109-7321**      **Service**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Flexible Support Group, LLC**

**22226 Garrison Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Dearborn**          **MI    48128**      **Operating Agreement**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,835.54** |

**Focus Management Group**

**6585 N Avondale Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**          **IL    60631**      **Professional Services**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Flexible Funding Ltd. Liability Co.**    Case number (if known)  **21-42215-mxm11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
| --- | --- | --- | --- |

**Fox Rothschild LLP**

**2000 Market Street**

**20th Floor**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia                PA      19103**

Basis for the claim:
**Professional Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,050.00** |
| --- | --- | --- | --- |

**Fresh Packing Corporation**

**c/o Raymond Perez, Esq.**

**5161 Pomona Blvd., Suite 208**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles                CA      90022**

Basis for the claim:
**Attorney Fees - Litigation**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**GRB Associates**

**2 Nicols Court**

**West Harrison, NY, 10604**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$749.00** |
| --- | --- | --- | --- |

**Hanson Bridgett LLP**

**425 Market Street, 26th Floor**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Francisco                CA      94105**

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Hunter Reid

82 Main Street East,

Grimsby, ON L3M1N3

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Contract**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Intuit

5601 Headquarters Dr.

Plano          TX     75024

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Service**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,362.35 |

James Burke

422 Fulton Street

Camarillo          CA     93010

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Employee Expense Reimbursement**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $776,475.09 |

Jan Marcus Capper

1350 Butterfield Road

San Anselmo          CA     94960

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Loan**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49**   Nonpriority creditor's name and mailing address

Jerry & Rosemary Fong

7700 Marker Road

San Diego                    CA      92130

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$500,000.00

---

**3.50**   Nonpriority creditor's name and mailing address

JS Platinum Insurance

4835 Hallmark Parkway,

San Bernardino             CA      92407

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.51**   Nonpriority creditor's name and mailing address

JVRC

Jesse Gutierrez

5707 Corsa Ave., #105,

Westlake Village           CA      91362

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.52**   Nonpriority creditor's name and mailing address

Keystone Marketing

Bill Hansen

1322 South 2670 East St.

George                      UT      84790

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

Debtor    **Flexible Funding Ltd. Liability Co.**                    Case number (if known) **21-42215-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**Keystone Marketing LLC**

**777 E. 700 So, St.**

**George**         **UT**     **84790**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**Larry Holstein**

**20600 Chagrin Blvd, Ste 350,**

**Cleveland**       **OH**     **44122**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**Levinson, Arshonsky & Kurtz, LP**

**15303 Ventura Blvd.,**

**Suite 1650**

**Sherman Oaks**     **CA**     **91403**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Professional Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,081.70**

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**Lilogy**

**Andrew James**

**60 Broad Street., Ste 2404,**

**NY**           **NY**     **10004**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) | **21-42215-mxm11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57**   Nonpriority creditor's name and mailing address

Maher Accountancy

1101 Fifth Avenue

Suite 200

San Rafael      CA     94901

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Professional Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$31,010.00**

---

**3.58**   Nonpriority creditor's name and mailing address

Marcos Hass Wakamatsu

Rua Rio Claro, n. 65 Apt 31

Barirro Olimpico

Sao Caetano do Sut Sao Paulo

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.59**   Nonpriority creditor's name and mailing address

Marcum LLP

6685 Beta Drive

Mayfield Village      OH     44143

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.60**   Nonpriority creditor's name and mailing address

McCarthy Lebit Crystal Liffman

101 W. Prospect Ave.

Ste. 1800

Cleveland      OH     44115

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Professional Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

Debtor    **Flexible Funding Ltd. Liability Co.**          Case number (if known)   **21-42215-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                    Amount of claim

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**Meritus Capital, Inc**

**1751 River Run**

**Ste 200**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Fort Worth          TX     76107**          **Contract**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**Metro Business Solutions**

**Sunny Arora**

**260 Middlesex Essex Turpike,**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Iselin          NJ     08830**          **Contract**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**Michael Santos Insuran**

**5666 La Jolla Blvd**

**#303,**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**La Jolla          CA     92037**          **Contract**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

**Microsoft**

**One Microsoft Way,**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Redmond          WA     98052**          **Contract**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 24

Debtor   **Flexible Funding Ltd. Liability Co.**                    Case number (if known) **21-42215-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                              **Amount of claim**

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

**Mowbray's Tree Service**

**171 S Waterman Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**San Bernardino**        **CA**      **92408**

**Basis for the claim:** **Litigation**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,178.60 |
| --- | --- | --- | --- |

**Omninet CV Townsgate, LLC**

**9420 Wilshire Blvd.**

**#400**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Beverly Hills**        **CA**      **90212**

**Basis for the claim:** **Lease**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120,036.79 |
| --- | --- | --- | --- |

**Pahl & McCay**

**225 West Santa Clara St**

**Ste 1500**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Jose**        **CA**      **95113-1700**

**Basis for the claim:** **Attorney Fees**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,000.00 |
| --- | --- | --- | --- |

**Paul DeLuca**

**4900 Gage Ave.**

**Apt 347**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fort Worth**        **TX**      **76109**

**Basis for the claim:** **Employee Expense Reimbursement**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Flexible Funding Ltd. Liability Co.**       Case number (if known)   **21-42215-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69**    Nonpriority creditor's name and mailing address

**Paul DeLuca**

**4900 Gage Ave.**

**Apt 347**

**Fort Worth**      **TX**    **76109**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-priority pre-petition wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,503.84**

---

**3.70**    Nonpriority creditor's name and mailing address

**Paul McClintock**

**2524 Rivertowne Pkwy,**

**Mount Pleasant**      **SC**    **29466**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.71**    Nonpriority creditor's name and mailing address

**PEO Analysis**

**Chris Fitzjarrald**

**2028 S. Bentley Ave., #PH1,**

**Los Angeles**      **CA**    **90025**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.72**    Nonpriority creditor's name and mailing address

**Perk Benefits**

**Ryan Scott**

**2034 E. Marquette Dr.,**

**Gilbert**      **AZ**    **85234**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.73**   Nonpriority creditor's name and mailing address

**Prestige Capital**

**400 Kelby Street**

**10th Floor,**

**Fort Lee**           **NJ**    **07024**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.74**   Nonpriority creditor's name and mailing address

**Prime Financial Recruiting**

**4713 Kyle Drive**

**Balch Springs**      **TX**    **75180**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$15,000.00**

---

**3.75**   Nonpriority creditor's name and mailing address

**QuickBooks**

**2632 Marine Way**

**Mountain View**      **CA**    **94043**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.76**   Nonpriority creditor's name and mailing address

**Reinhart Boerner Van Deuren**

**1100 N. Water Street,**

**Ste 1700**

**Milwaukee**          **WI**    **53202**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Professional Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

---

Debtor  **Flexible Funding Ltd. Liability Co.**    Case number (if known) **21-42215-mxm11**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address |

**Ring Central**

**20 Davis Drive,**

**Belmont**　　　　　　**CA**　　**94002**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$0.00**

Date or dates debt was incurred

Basis for the claim: **Contract**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.78 | Nonpriority creditor's name and mailing address |

**Ropes & Gray LLP**

**PO Box 70280**

**Philadelphia**　　　　**PA**　　**19176-0280**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$133,262.50**

Date or dates debt was incurred

Basis for the claim: **Professional Services**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.79 | Nonpriority creditor's name and mailing address |

**Rupen Shah**

**506 New Dover Rd.,**

**Colonia**　　　　　　**NJ**　　**07067**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$0.00**

Date or dates debt was incurred

Basis for the claim: **Contract**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.80 | Nonpriority creditor's name and mailing address |

**Salesforce**

**2300 N Field St,**

**Dallas**　　　　　　**TX**　　**75201**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$0.00**

Date or dates debt was incurred

Basis for the claim: **Contract**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81** Nonpriority creditor's name and mailing address

Scott Dirvonas

108 Creamery Trail

Edwards     CO    81632

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$250,000.00

---

**3.82** Nonpriority creditor's name and mailing address

Shady Lane Partners, LLC

2131 Theo Drive,

Austin     TX    78723

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Landlord - Austin, TX Location

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

---

**3.83** Nonpriority creditor's name and mailing address

Shared Management Resources, Ltd.

28026 Gates Mills Blvd.

Pepper Pike     OH    44124

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Service

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

---

**3.84** Nonpriority creditor's name and mailing address

Steve Capper

1350 Butterfield Road

San Anselmo     CA    94960

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Non-priority pre-petition wages

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,503.84

---

Debtor    **Flexible Funding Ltd. Liability Co.**                    Case number (if known)  **21-42215-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

| 3.85 | **Nonpriority creditor's name and mailing address** |
|------|--------------------------------------------------------|

**As of the petition filing date, the claim is:**  *Check all that apply.*    **$3,697,287.64**

**Steve Capper**

**1350 Butterfield Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Anselmo**          CA    **94960**    **Note**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** |
|------|--------------------------------------------------------|

**As of the petition filing date, the claim is:**  *Check all that apply.*    **$7,503.84**

**Steve Sala**

**3358 East La Vie Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cottonwood Heights**        UT    **84093**    **Non-priority pre-petition wages**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** |
|------|--------------------------------------------------------|

**As of the petition filing date, the claim is:**  *Check all that apply.*    **Unknown**

**Steven Elias**

**109 Mariner Green Dr,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Corte Madera**          CA    **94925**    **Notice Only**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** |
|------|--------------------------------------------------------|

**As of the petition filing date, the claim is:**  *Check all that apply.*    **Unknown**

**Sweet Memory**

**545 Sansome Street**

**Suite E**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Francisco**          CA    **94111**    **Service**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

---

Debtor  __Flexible Funding Ltd. Liability Co._____  Case number (if known) __21-42215-mxm11__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

T, L, & S LLC

Trey Pearce

6000 Fairview Rd, Ste 1200

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Charlotte               NC      28210

Basis for the claim: **Contract**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

T. Jeff Stone & Associates

1920 Woodbridge Dr,

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

McKinney               TX      75072

Basis for the claim: **Contract**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

Tax Guard, Inc.

11800 Ridge Parkway

Suite 400

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Broomfield               CO      80021

Basis for the claim: **Service**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,073.29 |
|---|---|---|---|

Terrence A. Greiner P.C.

25 South Cayuga Dr.

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Williamsville               NY      14221

Basis for the claim: **Professional Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor  **Flexible Funding Ltd. Liability Co.**  Case number (if known)  **21-42215-mxm11**

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  Amount of claim

| | |
|---|---|
| **3.93**  Nonpriority creditor's name and mailing address | **$0.00** |

**The Corporate Advocate**

**Ray Blom**

**1455 S. Auto Center Drive, Ste 125,**

**Ontario**  CA  **91761**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.94**  Nonpriority creditor's name and mailing address | **$1,100,000.00** |

**The Frances Capper Marital Trust FBO**

**Frances Capper, c/o Norman Capper**

**1101 Fifth Avenue #350**

**San Rafael**  CA  **94901**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.95**  Nonpriority creditor's name and mailing address | **$1,821,574.06** |

**The Steve & Jyoti Elias Trust & Steve El**

**109 Mariner Green Dr,**

**Corte Madera**  CA  **94925**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.96**  Nonpriority creditor's name and mailing address | **Unknown** |

**Thompson, Welch, Soroko & Gilbert LLP**

**3950 Civic Center Drive**

**Suite 300**

**San Rafael**  CA  **94903**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.97**    Nonpriority creditor's name and mailing address

**Trust Funding Solutions**

**John Harraghy**

**7 Rozella St.,**

**Newtown**    **PA**    **18940**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.98**    Nonpriority creditor's name and mailing address

**Umpqua Bank**

**PO Box 1580**

**Roseburg**    **OR**    **97470**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Payroll Protection Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.99**    Nonpriority creditor's name and mailing address

**United Commercial Collections**

**4455 Genesee St.**

**# 116**

**Buffalo**    **NY**    **14225**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.100**    Nonpriority creditor's name and mailing address

**Verizon Wireless**

**PO Box 96088**

**Bellevue**    **WA**    **98009**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) | **21-42215-mxm11** |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.101** Nonpriority creditor's name and mailing address

Voco Vilya, Inc.

c/o Charisse Castagnoli

6905 Peppervine Cove

Austin                         TX        78750

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Professional Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$38,718.99**

---

**3.102** Nonpriority creditor's name and mailing address

Ward & Smith

82 Patton Avenue, Suite 300 (28801)

Asheville                      NC        28802-2020

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Professional Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$77,544.50**

---

**3.103** Nonpriority creditor's name and mailing address

Wells Fargo Bank N.A.

420 Montgomery St.

9th Floor

San Francisco                  CA        94104

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.104** Nonpriority creditor's name and mailing address

William Blenderman

62 Golf Club Circle,

Pawleys Island                 SC        29585

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address |
|---|---|

**Wollburg - Milchelson Personnel - 1099**

**315 Montgomery Street**

**Suite 1029**

| San Francisco | CA | 94104 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.106 | Nonpriority creditor's name and mailing address |
|---|---|

**WorkComp Solutions LLC**

**9668 Milliken Ave**

**Ste. 104-189,**

| Rancho Cucamonga | CA | 91730 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.107 | Nonpriority creditor's name and mailing address |
|---|---|

**Workers Comp Access**

**Mike Santos**

**4179 Adams Ave,**

| San Diego | CA | 92116 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor      **Flexible Funding Ltd. Liability Co.**                        Case number (if known)  **21-42215-mxm11**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$149,515.09** |
| 5b. | **Total claims from Part 2** | 5b. + | **$13,596,152.65** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$13,745,667.74** |

| Fill in this information to identify the case: |
|---|

| Debtor name | **Flexible Funding Ltd. Liability Co.** |
|---|---|

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

| Case number (if known) | **21-42215-mxm11** | Chapter | **11** |
|---|---|---|---|

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Please see attached list** | **Please see attached list** |
|---|---|---|---|

**Flexible Funding Ltd. Liability Co., et al**

**Case No. 21-42215-mxm11**

## Schedule G – Executory Contracts and Unexpired Leases

| Name | Address | Description |
|---|---|---|
| ADP | 2735 N. Stemmons Fwy, Dallas, TX 75027 | PEO Payroll Provider with included health benefits |
| Advanced Funding Group | 9 Declaration Drive, Newtown, PA 18940 | Customer referral payment agreement |
| Alex Cervantes | 9417 Victoria Av #B, Southgate, CA 90280 | Customer referral payment agreement |
| Andew Spitz | 145 Jackson Dr, Orange, OH 44022 | Customer referral payment agreement |
| AP Shale Logistics Management Co, LLC | 5600 Clearfork Main Street, Ste 420 Fort Worth, TX 76109 | Fort Worth, Texas Office Lease |
| Boston Properties | Boston Properties, Inc, 800 Boylston Street, Ste. 1900, Boston, MA 02199 | San Francisco - One Embarcardero Lease |
| Capital Equity Partner | 800 N. Haven Ave Suite 240, Ontario, CA 91764 | Customer referral payment agreement |
| Corporate Finance New | 14280 S Military Trail # 7892 PO Box 7892, Delray Beach, FL 33482 | Customer referral payment agreement |
| Corporate Finance New (Jack Tyger) | 2905 S. Federal Hwy, Ste C12, Delray Beach, FL 33483 | Customer referral payment agreement |
| Danilo Tenorio Raisi | Rua Jua, 65 Apt. 22, Sao Paolo, SP Brazil | Contract software engineer |
| Dave Kooiman | 2910 Inland Empire Blvd., Ste 100, Ontario, CA 91761 | Customer referral payment agreement |
| Demsker Consulting (Rob Demsker) | 3446 Lawton Ln., Pepper Pike, OH 44124 | Customer referral payment agreement |
| DFW Office Systems | 13719 Gamma Rd., Farmers Branch, TX 75244 | Copier Service Agreement |
| DFW Office Systems | 13720 Gamma Rd., Farmers Branch, TX 75244 | Office Copier Lease |

| Name | Address | Description |
|------|---------|-------------|
| Duesenberg Investment Company, LLC,  c/o Topa Property Group, Inc., | 1800 Avenue of the Stars, Ste 650, LA, CA  90067 | LA Office Lease |
| Factor Finders, LLC | 25101 Chagrin Boulevard Suite 250, Cleveland, OH 44122 | Customer referral payment agreement |
| GRB Associates (Gary Baker) | 2 Nicols Court, West Harrison, NY, 10604 | Customer referral payment agreement |
| Hunter Reid (PFC) | 82 Main Street East, Grimsby, ON L3M1N3 | Customer referral payment agreement |
| James Shalinsky (Advanced Funding Group) | 9 Declaration Dr, Newtown, PA 18940 | Customer referral payment agreement |
| Jeff Stone (T. Jeff Stone & Associates) | 1920 Woodbridge Dr, McKinney, TX  75072 | Customer referral payment agreement |
| John Harraghy (Trust Funding Solutions) | 7 Rozella St., Newtown, PA  18940 | Customer referral payment agreement |
| JS Platinum Insurance | 4835 Hallmark Parkway, San Bernardino, CA 92407 | Customer referral payment agreement |
| JVRC (Jesse Gutierrez) | 5707 Corsa Ave., #105, Westlake Village, CA  91362 | Customer referral payment agreement |
| Keystone Marketing (Bill Hansen) | 1322 South 2670 East, St. George, UT  84790 | Customer referral payment agreement |
| Keystone Marketing LLC | 777 E. 700 So, St. George, UT 84790 | Customer referral payment agreement |
| Larry Holstein | 20600 Chagrin Blvd, Ste 350, Cleveland, OH  44122 | Customer referral payment agreement |
| Lilogy (Andrew James) | 60 Broad Street., Ste 2404,  NY, NY 10004 | Customer referral payment agreement |
| Marcos Hass Wakamatsu | Rua Rio Claro, n. 65 Apt 31 Barirro Olimpico, Sao Caetano do Sut Sao Paulo | Contract software engineer |
| Meritus Capital | 1751 River Run Suite 200 Fort Worth, TX 76107 | Customer referral payment agreement |
| Michael DiManno (EmployInsure) | 2365 Iron Point Rd., Ste 100, Folsom, CA  95630 | Customer referral payment agreement |
| Michael Santos Insuran | 5666 La Jolla Blvd #303, La Jolla, CA 92037 | Customer referral payment agreement |
| Microsoft | One Microsoft Way, Redmond, WA 98052 | Software provider |
| Mike Santos (Workers Comp Access) | 4179 Adams Ave, San Diego, CA 92116 | Customer referral payment agreement |
| Paul McClintock | 2524 Rivertowne Pkwy, Mount Pleasant, SC 29466 | Customer referral payment agreement |

| Name | Address | Description |
|---|---|---|
| PEO Analysis (Chris Fitzjarrald) | 2028 S. Bentley Ave., #PH1, Los Angeles, CA 90025 | Customer referral payment agreement |
| Phil Cohen (Factor Finders) | 25101 Chagrin Blvd, Ste 250, Cleveland, OH 44122 | Customer referral payment agreement |
| Prestige Capital | 400 Kelby Street 10th Floor, Fort Lee, NJ 07024 | Customer referral payment agreement |
| QuickBooks | 2632 Marine Way Mountain View, CA 94043 | Software provider |
| Ring Central | 20 Davis Drive, Belmont, CA 94002 | Phone system software |
| Rupen Shah | 506 New Dover Rd., Colonia, NJ 07067 | Customer referral payment agreement |
| Ryan Scott (Perk Benefits) | 2034 E. Marquette Dr., Gilbert, AZ 85234 | Customer referral payment agreement |
| Salesforce | 2300 N Field St, Dallas, TX 75201 | Software provider |
| Sunny Arora (Metro Business Solutions) | 260 Middlesex Essex Turpike, Iselin, NJ 08830 | Customer referral payment agreement |
| The Corporate Advocate (Ray Blom) | 1455 S. Auto Center Drive, Ste 125, Ontario, CA 91761 | Customer referral payment agreement |
| Tipalti | 1810 Gateway Dr., Ste 300, San Mateo, CA 94404 | Offshore staffing provider |
| Trey Pearce (T, L, & S LLC) | 6000 Fairview Rd, Ste 1200, Charlotte, NC 28210 | Customer referral payment agreement |
| Wells Fargo Bank N.A. | 420 Montgomery St., 9th Flr, San Francisco, CA 94104 | Treasury Management service provider |
| William Blenderman | 62 Golf Club Circle, Pawleys Island, SC 29585 | Customer referral payment agreement |
| WorkComp Solutions LLC | 9668 Milliken Ave Ste. 104-189, Rancho Cucamonga, CA 91730 | Customer referral payment agreement |

L:\JPROSTOK\Flexible Funding (C11) #6264\Pleadings\Flexible Sale Motion\Flexible Rev. List of Executory Contracts 10.26.21.docx

| Fill in this information to identify the case: |
|---|

| Debtor name | **Flexible Funding Ltd. Liability Co.** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-42215-mxm11** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Instapay Flexible, LLC** | **5600 Clearfork Main St.** <br> Number Street <br> **Suite 420** <br> **Fort Worth** **TX** **76109** <br> City State ZIP Code | **CIT Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Instapay Flexible, LLC** | **5600 Clearfork Main St.** <br> Number Street <br> **Suite 420** <br> **Fort Worth** **TX** **76109** <br> City State ZIP Code | **First Horizon Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **Instapay Flexible, LLC** | **5600 Clearfork Main St.** <br> Number Street <br> **Suite 420** <br> **Fort Worth** **TX** **76109** <br> City State ZIP Code | **Umpqua Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 **Instapay Flexible, LLC** | **5600 Clearfork Main St.** <br> Number Street <br> **Suite 420** <br> **Fort Worth** **TX** **76109** <br> City State ZIP Code | **Medalist Partners, L.P.** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 **Instapay Flexible, LLC** | **5600 Clearfork Main St.** <br> Number Street <br> **Suite 420** <br> **Fort Worth** **TX** **76109** <br> City State ZIP Code | **Umpqua Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) | **21-42215-mxm11** |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|

**2.6** Paul DeLuca
4900 Gage Ave.
*Number     Street*
Apt 347
Fort Worth     TX   76109
*City          State  ZIP Code*

Medalist Partners, L.P.
☑ D
☐ E/F
☐ G

**2.7** Paul DeLuca
4900 Gage Ave.
*Number     Street*
Apt 347
Fort Worth     TX   76109
*City          State  ZIP Code*

Umpqua Bank
☑ D
☐ E/F
☐ G

**2.8** Steve Capper
1350 Butterfield Road
*Number     Street*

San Anselmo     CA   94960
*City          State  ZIP Code*

Medalist Partners, L.P.
☑ D
☐ E/F
☐ G

**2.9** Steve Capper
1350 Butterfield Road
*Number     Street*

San Anselmo     CA   94960
*City          State  ZIP Code*

Umpqua Bank
☑ D
☐ E/F
☐ G

**2.10** Steve Capper
1350 Butterfield Road
*Number     Street*

San Anselmo     CA   94960
*City          State  ZIP Code*

The Steve & Jyoti Elias Trust & Steve El
☐ D
☑ E/F
☐ G

**Fill in this information to identify the case:**

Debtor Name   **Flexible Funding Ltd. Liability Co.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number (if known):   **21-42215-mxm11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................... $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................ $105,676,373.81

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................... $105,676,373.81

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................... $95,478,666.86

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F....................................................... $149,515.09

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. + $13,596,152.65

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................ $109,224,334.60

**Fill in this information to identify the case and this filing:**

Debtor Name **Flexible Funding Ltd. Liability Co.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **21-42215-mxm11**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/05/2021            X  **/s/ Steve Capper**
MM / DD / YYYY            Signature of individual signing on behalf of debtor

**Steve Capper**
Printed name
**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case and this filing:**

Debtor Name __**Flexible Funding Ltd. Liability Co.**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number __**21-42215-mxm11**__
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/05/2021__          X  __/s/ Paul DeLuca__
     MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                       __Paul DeLuca__
                                       Printed name

                                       __Managing Member__
                                       Position or relationship to debtor