Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Ft. Worth, TX  76102
Telephone: (817) 877-8855
Facsimile:  (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASE |
| | ) | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., | ) | CASE NO. 21-42215-mxm-11 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

**GLOBAL NOTES REGARDING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS**

*These Global Notes (the "Global Notes") regarding the Statement of Financial Affairs of Flexible Funding Ltd. Liability Co. (the "Debtor" or "Flexible") comprise an integral part of the Statement of Financial Affairs and should be referred to and considered in connection with any review of them.*

The Debtor's Statement of Financial Affairs (the "Statement") has been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by personnel of the Debtor with the assistance of its advisors.  The Global Notes pertain to all of the Statements.  The financial data in the Statements are unaudited.

The financial affairs and business of the Debtor are complex.  While the Debtor's management has made reasonable efforts to ensure that the Statement is accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Statement. Moreover, because the Statement contains unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Statement is complete and accurate.  Furthermore, nothing contained in the Statement shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Information Subject to Confidentiality.**  There may be instances within the Statement where names, addresses, amounts or other details have been omitted.  Due to the nature of certain agreements between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts or providing such details.

**Amendment.**  While reasonable efforts were made to file complete and accurate Statements, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement its Statements as is necessary and appropriate.

**Basis of Presentation.**  While the Statements, at times, may incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Statements do not purport to represent financial information prepared in accordance with GAAP.

**Insiders.**  Persons listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved.  Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under

2

applicable law.  The Debtor presumes that persons who are not corporate officers of the Debtor are not "officers" for purposes of determining insider status, regardless of job title.

**<u>Statements No. 4 and 30</u>.**  In response to Statements 4 and 30, the Debtor has listed certain distributions to its equity members.  These transfers include tax payment distributions to the Debtor's members for purposes of paying the Debtor's pass-through tax liability.

\* \* \*

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

L:\JPROSTOK\Flexible Funding (C11) #6264\Info for Schedules\Global Notes - Flexible SOFA 11.5.21.docx

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Flexible Funding Ltd. Liability Co.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-42215-mxm11** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/19

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2021** to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$10,722,499.00** |
| **For prior year:** | From **01/01/2020** to **12/31/2020**<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$13,544,783.00** |
| **For the year before that:** | From **01/01/2019** to **12/31/2019**<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$11,549,705.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **Please see attached** | | | |

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) | **21-42215-mxm11** |
| --- | --- | --- | --- |
| | Name | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| **Please see attached** | | | |

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Flexible Funding v. Pinnacle Construction | debt | San Diego Superior Court<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>37-2020-0031087 | | San Diego          CA<br>City          State   ZIP Code | |
| 7.2. | Flexible Funding v. AEG & AEG Cycling | debt | San Francisco Superior Court<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>CGC-19-579812 | | San Francisco          CA<br>City          State   ZIP Code | |
| 7.3. | Flexible Funding v. El Gallo Bakery | debt | San Francisco Superior Court<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CGC-19-578772 | | San Francisco          CA<br>City          State   ZIP Code | |
| 7.4. | Flexible Funding v. El Gallo Grill | debt | San Francisco Superior Court<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CGC-19-576659 | | San Francisco          CA<br>City          State   ZIP Code | |

| Debtor | Flexible Funding Ltd. Liability Co. | | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Flexible Funding v. Fresh Packing | debt | **First Appellate Division**<br>Name | ☒ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number**<br>A161972 | | | |
| | | | City          State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | Flexible Funding v. Marquez Brothers Foods | debt | **San Francisco Superior Court**<br>Name | ☒ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number**<br>CGC-19-578880 | | **San Francisco          CA** | |
| | | | City          State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | Flexible Funding v. Marquez Brothers Enterprises | debt | **San Francisco Superior Court**<br>Name | ☒ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number**<br>CGC-19-578776 | | **San Francisco          CA** | |
| | | | City          State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | Flexible Funding v. Que Moles | debt | **San Francisco Superior Court**<br>Name | ☒ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number**<br>CGC-19-576217 | | **San Francisco          CA** | |
| | | | City          State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | Flexible Funding v. Tijuana Produce | debt | **San Francisco Superior Court**<br>Name | ☒ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number**<br>CGC-19-576218 | | **San Francisco          CA** | |
| | | | City          State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | Flexible Funding v. Tilley HVR | debt | **San Francisco Superior Court**<br>Name | ☒ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number**<br>CGC-19-578523 | | **San Francisco          CA** | |
| | | | City          State   ZIP Code | |

| Debtor | Flexible Funding Ltd. Liability Co. | | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | The Original Mowbray's Tree Service v. Flexible Funding | breach of contract | San Francisco Superior Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | Case number | | | |
| | CGC-21-589522 | | San Francisco          TX | |
| | | | City              State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | Flexible Funding v. Aseptic & Joshua Cua Flexible Funding Ltd. Liability Co. v. Aseptic Technologies, LLC et al, | debt | San Francisco Superior Court | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☑ Concluded |
| | Case number | | | |
| | 20-582487 | | San Francisco          CA | |
| | | | City              State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.13. | Apollo Reseach, LLC et al | debt | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☑ Concluded |
| | Case number | | | |
| | | | City              State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | Flexible Funding Ltd. Liability Co. | | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|---|
| | Name | | | |

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Forshey & Prostok, LLP** | | **September 2021** | **$150,000.00** |

**Address**

**777 Main Street, Suite 1550**
Street

**Fort Worth**          **TX**     **76102**
City                          State    ZIP Code

**Email or website address**

**forsheyprostok.com**

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Candlewood Partners, LLC** | | **September 2021** | **$100,000.00** |

**Address**

**600 Superior Ave. E**
Street
**Suite 1800**

**Cleveland**          **OH**     **44114**
City                          State    ZIP Code

**Email or website address**

**candlewoodpartners.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|
| | Name | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Flexible Support Group, LLC** | starting capital contribution | 12/31/2021 | $50,000.00 |

Address

**22226 Garrison Street**
Street

**Dearborn          MI      48128**
City          State    ZIP Code

Relationship to debtor

---

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | **One Embarcadero Center** | | From _____ | To _____ |
| | Street | | | |
| | **Suite 1510** | | | |
| | **San Francisco          CA      94111** | | | |
| | City          State    ZIP Code | | | |

---

## Part 8:    Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:    Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☐ No.
☑ Yes.  State the nature of the information collected and retained

Does the debtor have a privacy policy about that information?
☐ No.
☑ Yes.

---

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|
| | Name | | |

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

    ☐ No.  Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Mini Storage**<br>Name<br><br>**990 Anderson Drive**<br>Street<br><br>_____<br><br>**San Rafael**　　**CA**　**94901**<br>City　　　State　ZIP Code | **Steve Capper**<br><br>**Address**<br>**1350 Butterfield Road**<br>**San Anselmo, CA 94960** | **Files** | ☐ No<br>☑ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

Refunds due to customers collected and remitted daily.

Revenue collected pursuant to participation agreements.

| Debtor | Flexible Funding Ltd. Liability Co. | | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|---|
| | Name | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☒ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Instapay Flexible, LLC** | **Commercial Finance Company** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **5600 Clearfork Main St.** | | EIN: 8  2 – 4  6  4  7  6  4  8 |
| | Street | | |
| | **Suite 420** | | Dates business existed |
| | **Fort Worth**        TX    76109 | | From _____ To  **present** |
| | City                        State    ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number |
| | **Flexible Support Group, LLC** | **Staffing Company Back Office Services** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **22226 Garrison Street** | | EIN: 8  4 – 1  8  7  4  1  1  2 |
| | Street | | |
| | | | Dates business existed |
| | **Dearborn**        MI    48128 | | From _____ To  **present** |
| | City                        State    ZIP Code | | |

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) | **21-42215-mxm11** |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | | | **Dates of service** | |
|---|---|---|---|---|
| 26a.1. | **Cheng Te Liao** | | From _____ | To __present__ |
| | Name | | | |
| | **940 Camino Verde Cir** | | | |
| | Street | | | |
| | | | | |
| | **Walnut Creek** | **CA** | **945947** | |
| | City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | | | **Dates of service** | |
|---|---|---|---|---|
| 26b.1. | **Maher Accountancy** | | From _____ | To __present__ |
| | Name | | | |
| | **1101 Fifth Avenue** | | | |
| | Street | | | |
| | **Suite 200** | | | |
| | | | | |
| | **San Rafael** | **CA** | **94901** | |
| | City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|
| 26c.1. | **Flexible Funding Ltd. Liability Co.** | | |
| | Name | | |
| | **5600 Clearfork Main St.** | | |
| | Street | | |
| | **Suite 420** | | |
| | | | |
| | **Fort Worth** | **TX** | **76109** |
| | City | State | ZIP Code |

| **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|
| 26c.2. | **Maher Accountancy** | | |
| | Name | | |
| | **1101 Fifth Avenue** | | |
| | Street | | |
| | **Suite 200** | | |
| | | | |
| | **San Rafael** | **CA** | **94901** |
| | City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | | |
|---|---|---|
| 26d.1. | **Senior secured lenders** | |
| | Name | |
| | | |
| | Street | |
| | | |
| | | |
| | City | State | ZIP Code |

| Debtor | **Flexible Funding Ltd. Liability Co.** | Case number (if known) | **21-42215-mxm11** |
|---|---|---|---|
| | Name | | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Capper | 1350 Butterfield Road<br>San Anselmo, CA 94960 | Managing Member | 50% |
| Paul DeLuca | 4900 Gage Ave.<br>Apt 347<br>Fort Worth, TX 76109 | Managing Member | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.   **See response to Questions #3 / #4**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 11

Debtor   **Flexible Funding Ltd. Liability Co.**                    Case number if known   **21-42215-mxm11**
         Name

| Part | : | Signature and Declaration |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/05/2021
             MM /DD/ YYYY


**X**   /s/ Steve Capper                                    Printed name   **Steve Capper**
        Signature of individual signing on behalf of the debtor


        Position or relationship to debtor   **Managing Member**


**X**   /s/ Paul DeLuca                                     Printed name   **Paul DeLuca**
        Signature of individual signing on behalf of the debtor


        Position or relationship to debtor   **Managing Member**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 07) attached?

   ✓  Yes

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
| --- | --- | --- | --- |
| | Name | | |

| 3.1 Certain Payments or transfers to creditors with 90 day (6/20/21 thru 9/19/21) | | | |
| --- | --- | --- | --- |
| **Reason: Secured Debt** | | | |
| Name | Address | Date | Amount |
| Medalist Partners Opportunity Master Fund II-A, L.P | 777 Third Avenue, 1402, New York, NY 10017 | 6/30/2021 | 157,000.00. |
| Medalist Partners Opportunity Master Fund II-A, L.P | | 7/29/2021 | 162,233.33 |
| Medalist Partners Opportunity Master Fund II-A, L.P | | 8/31/2021 | 162,233.33 |
| Medalist Partners Opportunity Master Fund II-A, L.P | | 9/30/2021 | 157,000.00 |
| Bison Investors LLC | 1775 Wehrle Dr, Ste 300, Williamsville, NY 14221 | 6/30/2021 | 16,666.67 |
| Bison Investors LLC | | 7/29/2021 | 17,222.22 |
| Bison Investors LLC | | 8/31/2021 | 17,222.22 |
| Bison Investors LLC | | 9/30/2021 | 16,666.67 |
| Umpqua | | 6/30/2021 | 17,999.25 |
| Umpqua | | 7/1/2021 | 18,960.93 |
| Umpqua | | 7/1/2021 | 219,395.07 |
| Umpqua | | 8/2/2021 | 24,421.36 |
| Umpqua | | 8/2/2021 | 254,710.31 |
| Umpqua | | 9/1/2021 | 13,811.23 |
| Umpqua | | 9/1/2021 | 228,283.96 |
| Umpqua | | 7/2/2021 | 13,300.00 |
| Umpqua | | 7/20/2021 | 7,678.07 |
| Umpqua | | 8/20/2021 | 7,526.16 |
| | | | |

| 3.2 Certain Payments or transfers to creditors with 90 day (6/20/21 thru 9/19/21) | | | |
| --- | --- | --- | --- |
| **Reason: Unsecured Debt** | | | |
| Name | Address | Date | Amount |
| Capper Investment. LLC | | 6/30/2021 | 4,726.03 |
| Capper Investment. LLC | | 7/29/2021 | 4,883.56 |
| Capper Investment. LLC | | 8/31/2021 | 4,883.56 |
| Charisse Castagnoli | 6905 Peppervine Cv, Austin, TX 78750 | 6/30/2021 | 2,301.37 |
| Charisse Castagnoli | | 7/29/2021 | 2,378.08 |
| Charisse Castagnoli | | 8/31/2021 | 2,378.08 |
| Cheng Chin Liao | 6163 Sagebrush Bend Way, San Diego, CA 92130 | 6/30/2021 | 10,273.97 |
| Cheng Chin Liao | | 7/29/2021 | 10,616.44 |
| Cheng Chin Liao | | 8/31/2021 | 10,616.44 |
| Cheng Te Liao | 940 Camino Verde Circle, Walnut Creek, CA 94597 | 6/30/2021 | 6,575.34 |
| Cheng Te Liao | | 7/29/2021 | 6,794.52 |
| Cheng Te Liao | | 8/31/2021 | 6,794.52 |
| Chi-Wei Liao | 940 Camino Verde Circle, Walnut Creek, CA 94597 | 6/30/2021 | 4,602.74 |
| Chi-Wei Liao | | 7/29/2021 | 4,756.16 |
| Chi-Wei Liao | | 8/31/2021 | 4,756.16 |

Debtor  ___Flexible Funding Ltd. Liability Co.___   Case number (if known)  ___21-42215-mxm11___
        Name

| | | | |
|---|---|---|---|
| EFTPS (For Chi-Wei Liao) | | 6/30/2021 | 1,972.60 |
| EFTPS (For Chi-Wei Liao) | | 7/30/2021 | 2,038.36 |
| EFTPS (For Chi-Wei Liao) | | 8/31/2021 | 2,038.36 |
| Frances Capper Administrative Trust | | 6/30/2021 | 9,945.21 |
| Frances Capper Administrative Trust | | 7/29/2021 | 10,276.71 |
| Frances Capper Administrative Trust | | 8/31/2021 | 10,276.71 |
| Jan Marcus Capper | 1350 Butterfield Road, San Anselmo, CA 94960 | 6/30/2021 | 4,686.77 |
| Jan Marcus Capper | | 7/29/2021 | 4,842.99 |
| Jan Marcus Capper | | 8/31/2021 | 4,842.99 |
| Jerry Fong | 7700 Marker Road, San Diego, CA 92130 | 6/30/2021 | 3,287.67 |
| Jerry Fong | | 7/29/2021 | 3,397.26 |
| Jerry Fong | | 8/31/2021 | 3,397.26 |
| Scott t Dirvonas | PO Box 665, Edward, CO 81632 | 6/30/2021 | 1,849.32 |
| Scott t Dirvonas | | 7/29/2021 | 1,910.96 |
| Scott t Dirvonas | | 8/31/2021 | 1,910.96 |
| Steven Elias  - 1099 interest portion | 109 Mariner Green Drive, Corte Madera, CA 94925 | 6/30/2021 | 12,726.07 |
| Steven Elias  - 1099 interest portion | | 7/29/2021 | 13,150.27 |
| Steven Elias  - 1099 interest portion | | 8/31/2021 | 13,150.27 |
| | | | |

| 3.3 Certain Payments or transfers to creditors with 90 day (6/20/21 thru 9/19/21) | | | |
|---|---|---|---|
| **Reason: Suppliers or Vendors** | | | |
| **Name** | **Address** | **Date** | **Amount** |
| A Bigger Bottom Line | | | |
| | | 7/3/2021 | 5,000.00 |
| | | 8/2/2021 | 5,000.00 |
| | | 9/2/2021 | 5,000.00 |
| Total for A Bigger Bottom Line | | | 15,000.00 |
| Amelia Dipprey | | | |
| *Employee Expense Reports | | 8/23/2021 | 714.91 |
| | | 8/23/2021 | 16.23 |
| | | 8/23/2021 | 1,534.63 |
| | | 8/23/2021 | 169.33 |
| | | 8/23/2021 | 1,585.95 |
| | | 8/23/2021 | 3,103.19 |
| Total for Amelia Dipprey | | | 7,124.24 |
| Berkshire Funding Group, Inc. | | | |
| | | 7/6/2021 | 8,370.03 |
| | | 8/6/2021 | 7,490.01 |
| | | 9/7/2021 | 757.68 |
| Total for Berkshire Funding Group, Inc. | | | 16,617.72 |
| Boston Properties | | | |
| | | 7/3/2021 | 15,691.56 |

Debtor    **Flexible Funding Ltd. Liability Co.**                    Case number (if known)  **21-42215-mxm11**
          Name

| | | | |
|---|---|---|---|
| | | 8/3/2021 | 16,440.56 |
| | | 9/3/2021 | 16,440.56 |
| Total for Boston Properties | | | 48,572.68 |
| Candlewood Partners LLC | | | |
| | | 9/13/2021 | 100,000.00 |
| Total for Candlewood Partners LLC | | | 100,000.00 |
| Carle Mackie Power & Ross LLP | | | |
| | | 7/15/2021 | 1,039.50 |
| | | 8/16/2021 | 396.00 |
| | | 8/16/2021 | 346.50 |
| | | 9/3/2021 | 3,612.50 |
| Total for Carle Mackie Power & Ross LLP | | | 5,394.50 |
| Cloudstaff HK Limited | | | |
| | | 6/21/2021 | 5,783.22 |
| | | 7/22/2021 | 6,033.22 |
| | | 8/23/2021 | 5,783.22 |
| Total for Cloudstaff HK Limited | | | 17,599.66 |
| Corporate Finance New York | | | |
| | | 7/6/2021 | 7,155.33 |
| | | 8/6/2021 | 6,206.82 |
| | | 9/7/2021 | 6,372.25 |
| Total for Corporate Finance New York | | | 19,734.40 |
| Dirvonas Associates | | | |
| | | 7/14/2021 | 700.00 |
| | | 8/16/2021 | 700.00 |
| Total for Dirvonas Associates | | | 1,400.00 |
| Dirvonas Interactive | | | |
| | | 7/14/2021 | 1,863.00 |
| | | 8/16/2021 | 1,863.00 |
| Total for Dirvonas Interactive | | | 3,726.00 |
| EXPERIAN | | | |
| | | 6/26/2021 | 3,963.00 |
| | | 8/31/2021 | 7,326.00 |
| | | 9/1/2021 | 3,663.00 |
| Total for EXPERIAN | | | 14,952.00 |
| JS Platinum Insurance Inc. | | | |
| | | 7/6/2021 | 2,834.41 |
| | | 8/6/2021 | 3,235.67 |
| | | 9/7/2021 | 3,098.68 |
| Total for JS Platinum Insurance Inc. | | | 9,168.76 |
| Maher Accountancy | 1101 Fifth Ave, San Rafael CA 94901 | | |
| | | 7/8/2021 | 20,000.00 |
| | | 7/8/2021 | 11,710.00 |

Debtor    __Flexible Funding Ltd. Liability Co._____    Case number (if known) __21-42215-mxm11_____
      Name

| | | | |
|---|---|---|---|
| | | 7/8/2021 | 4,160.00 |
| | | 7/8/2021 | 1,555.00 |
| | | 7/8/2021 | 4,945.00 |
| | | 8/9/2021 | 18,290.00 |
| | | 9/6/2021 | 2,035.00 |
| | | 9/6/2021 | 3,820.00 |
| | | 9/6/2021 | 585.00 |
| | | 9/6/2021 | 9,360.00 |
| Total for Maher Accountancy | | | 76,460.00 |
| Marcum LLP | | | |
| | | 7/12/2021 | 13,052.62 |
| | | 8/12/2021 | 13,052.62 |
| Total for Marcum LLP | | | 26,105.24 |
| Meritus Capital | | | |
| | | 7/6/2021 | 19,169.44 |
| | | 8/6/2021 | 18,018.11 |
| | | 9/7/2021 | 13,833.42 |
| Total for Meritus Capital | | | 51,020.97 |
| Omninet CV Townsgate, LLC | | | |
| | | 7/1/2021 | 2,739.80 |
| | | 8/1/2021 | 2,739.80 |
| | | 9/1/2021 | 2,739.80 |
| Total for Omninet CV Townsgate, LLC | | | 8,219.40 |
| PAHL & McCAY | | | |
| | | 7/16/2021 | 38,000.00 |
| | | 8/16/2021 | 38,000.00 |
| Total for PAHL & McCAY | | | 76,000.00 |
| Paul DeLuca | | | |
| | | 6/30/2021 | 15,500.00 |
| | | 6/30/2021 | 12,500.00 |
| | | 7/29/2021 | 12,500.00 |
| | | 7/29/2021 | 15,500.00 |
| | | 8/31/2021 | 15,500.00 |
| | | 8/31/2021 | 12,500.00 |
| Total for Paul DeLuca | | | 84,000.00 |
| Paul McClintock | | | |
| | | 7/6/2021 | 5,031.62 |
| | | 8/6/2021 | 4,478.32 |
| | | 9/7/2021 | 5,044.60 |
| Total for Paul McClintock | | | 14,554.54 |

| | | | |
|---|---|---|---|
| Prime Financial Recruiting | | | |
| | | 8/3/2021 | 30,000.00 |

Debtor     <u>**Flexible Funding Ltd. Liability Co.**</u>               Case number (if known)   <u>**21-42215-mxm11**</u>
          Name

| | | | |
|---|---|---|---|
| | | 8/16/2021 | 35,000.00 |
| | | 9/6/2021 | 9,600.00 |
| Total for Prime Financial Recruiting | | | 74,600.00 |
| SAN FRANCISCO TAX COLLECTOR | | | |
| | | 7/26/2021 | 16,471.19 |
| Total for SAN FRANCISCO TAX COLLECTOR | | | 16,471.19 |
| Shared Management Resources, Ltd. | | | |
| | | 7/16/2021 | 17,000.00 |
| | | 7/26/2021 | 14,286.00 |
| | | 8/2/2021 | 17,559.00 |
| | | 8/9/2021 | 14,419.00 |
| | | 8/17/2021 | 17,756.00 |
| | | 8/25/2021 | 2,923.00 |
| Total for Shared Management Resources, Ltd. | | | 83,943.00 |
| Steve Sala | | | |
| | | 8/16/2021 | 60.30 |
| | | 8/16/2021 | 2,248.74 |
| | | 8/16/2021 | 852.70 |
| | | 8/16/2021 | 564.27 |
| | | 8/16/2021 | 2,437.76 |
| | | 8/23/2021 | 89.55 |
| | | 8/23/2021 | 956.75 |
| | | 8/23/2021 | 368.02 |
| | | 8/23/2021 | 505.71 |
| | | 8/23/2021 | 192.06 |
| | | 8/30/2021 | 596.82 |
| | | 8/30/2021 | 962.19 |
| | | 8/30/2021 | 152.28 |
| | | 8/30/2021 | 649.48 |
| | | 9/13/2021 | 246.10 |
| | | 9/13/2021 | 1,239.00 |
| | | 9/13/2021 | 793.79 |
| | | 9/13/2021 | 1,704.57 |
| Total for Steve Sala | | | 14,620.09 |
| Terrence A. Greiner P.C. | | | |
| | | 8/3/2021 | 2,880.00 |
| | | 8/3/2021 | 405.00 |
| | | 8/3/2021 | 4,725.00 |
| | | 8/3/2021 | 720.00 |
| Total for Terrence A. Greiner P.C. | | | 8,730.00 |
| TCA / Capital Equity Partner | | | |
| | | 8/5/2020 | 1,373.20 |

Debtor   <u>Flexible Funding Ltd. Liability Co.</u>                         Case number (if known)  <u>**21-42215-mxm11**</u>
Name

|  |  |  |
|---|---|---|
|  | 9/4/2020 | 1,529.66 |
|  | 10/5/2020 | 2,511.97 |
|  | 11/4/2020 | 1,607.58 |
|  | 12/7/2020 | 1,537.20 |
|  | 1/5/2021 | 1,936.10 |
|  | 2/5/2021 | 1,821.20 |
|  | 3/5/2021 | 1,514.13 |
|  | 4/5/2021 | 2,098.06 |
|  | 5/5/2021 | 1,818.27 |
|  | 6/5/2021 | 1,765.23 |
|  | 7/6/2021 | 3,057.45 |
|  | 8/6/2021 | 3,594.70 |
|  | 9/7/2021 | 4,670.21 |
| Total for TCA / Capital Equity partner |  | 30,834.96 |
| The Corporate Advocate. |  |  |
|  | 7/6/2021 | 3,057.45 |
|  | 8/6/2021 | 3,594.70 |
|  | 9/7/2021 | 4,670.21 |
| Total for The Corporate Advocate. |  | 11,322.36 |
| The Law Offices of Scott A. Gursky |  |  |
|  | 9/13/2021 | 8,426.85 |
| Total for The Law Offices of Scott A. Gursky |  | 8,426.85 |
| United Commercial Collections |  |  |
|  | 7/16/2021 | 4,000.00 |
|  | 9/3/2021 | 10,000.00 |
| Total for United Commercial Collections |  | 14,000.00 |
| Voco Vilya, Inc. |  |  |
|  | 6/30/2021 | 30,000.00 |
|  | 8/31/2021 | 25,000.00 |
| Total for Voco Vilya, Inc. |  | 93,718.99 |
| Ward and Smith, P.A. Attorneys at Law |  |  |
|  | 9/13/2021 | 35,114.50 |
|  | 9/19/2021 | 77,544.50 |
| Total for Ward and Smith, P.A. Attorneys at Law |  | 112,659.00 |
| William G Blenderman |  |  |
|  | 7/6/2021 | 1,628.28 |
|  | 8/6/2021 | 1,625.04 |
|  | 9/7/2021 | 1,538.00 |
| Total for William G Blenderman |  | 4,791.32 |
| WOLLBORG - MICHELSON PERSONNEL - 1099 |  |  |
|  | 6/30/2021 | 777.00 |

Debtor    **Flexible Funding Ltd. Liability Co.**                     Case number (if known)    **21-42215-mxm11**
         Name

| | | 6/30/2021 | 546.00 |
|---|---|---|---|
| | | 6/30/2021 | 1,680.00 |
| | | 6/30/2021 | 336.00 |
| | | 7/30/2021 | 378.00 |
| | | 7/30/2021 | 336.00 |
| | | 7/30/2021 | 0.00 |
| | | 7/30/2021 | 609.00 |
| | | 8/30/2021 | 735.00 |
| | | 8/30/2021 | 546.00 |
| | | 8/30/2021 | 882.00 |
| | | 8/30/2021 | 798.00 |
| Total for WOLLBORG - MICHELSON PERSONNEL - 1099 | | | 7,623.00 |

| Debtor | Flexible Funding Ltd. Liability Co. | Case number (if known) | 21-42215-mxm11 |
|---|---|---|---|
| | Name | | |

| 4. Payments that benefited an insider (9/20/20 thru 9/19/21) | | | |
|---|---|---|---|
| | | | |
| | Equity Distributions | | |
| Payee | | Date: | Amount: |
| Steven Capper | | 8/31/2021 | 10,205.53 |
| | | 8/31/2021 | 15,500.00 |
| | | 7/29/2021 | 10,205.53 |
| | | 7/29/2021 | 15,500.00 |
| | | 6/30/2021 | 15,500.00 |
| | | 6/30/2021 | 9,876.32 |
| | | 5/31/2021 | 10,205.53 |
| | | 5/31/2021 | 15,500.00 |
| | | 4/30/2021 | 15,500.00 |
| | | 4/30/2021 | 9,876.32 |
| | | 3/31/2021 | 15,500.00 |
| | | 3/31/2021 | 10,205.53 |
| | | 2/26/2021 | 15,500.00 |
| | | 2/26/2021 | 9,217.90 |
| | | 1/28/2021 | 15,500.00 |
| | | 1/28/2021 | 10,205.53 |
| | | 1/14/2021 | 286,493.59 |
| | | 12/31/2020 | 12,500.00 |
| | | 12/31/2020 | 15,500.00 |
| | | 12/31/2020 | 10,205.53 |
| | | 11/30/2020 | 12,500.00 |
| | | 11/30/2020 | 15,500.00 |
| | | 11/30/2020 | 9,876.32 |
| | | 10/30/2020 | 12,500.00 |
| | | 10/30/2020 | 15,500.00 |
| | | 10/30/2020 | 10,205.53 |
| | | 10/2/2020 | 12,500.00 |
| | | 9/30/2020 | 15,500.00 |
| | | 9/30/2020 | 9,876.32 |
| Paul DeLuca | | 8/31/2021 | 15,500.00 |
| | | 7/29/2021 | 15,500.00 |
| | | 6/30/2021 | 15,500.00 |
| | | 5/31/2021 | 15,500.00 |
| | | 4/30/2021 | 15,500.00 |
| | | 3/31/2021 | 15,500.00 |
| | | 2/26/2021 | 15,500.00 |
| | | 1/28/2021 | 15,500.00 |
| | | 1/14/2021 | 286,493.59 |

Debtor    **Flexible Funding Ltd. Liability Co.**                    Case number (if known)   **21-42215-mxm11**
          Name

|  |  |  |  |
|---|---|---|---|
|  |  | 12/31/2020 | 12,500.00 |
|  |  | 12/31/2020 | 15,500.00 |
|  |  | 11/30/2020 | 15,500.00 |
|  |  | 11/30/2020 | 12,500.00 |
|  |  | 10/30/2020 | 15,500.00 |
|  |  | 10/30/2020 | 12,500.00 |
|  |  | 10/2/2020 | 12,500.00 |
|  |  | 9/30/2020 | 15,500.00 |

| | | Sub-debt Interest | |
|---|---|---|---|
| Capper Investment. LLC |  | 8/31/2020 | 4,883.56 |
|  |  | 9/30/2020 | 4,726.03 |
|  |  | 10/30/2020 | 4,883.56 |
|  |  | 11/30/2020 | 4,726.03 |
|  |  | 12/31/2020 | 4,883.56 |
|  |  | 1/28/2021 | 4,883.56 |
|  |  | 2/26/2021 | 4,410.96 |
|  |  | 3/31/2021 | 4,883.56 |
|  |  | 4/30/2021 | 4,726.03 |
|  |  | 5/31/2021 | 4,883.56 |
|  |  | 6/30/2021 | 4,726.03 |
|  |  | 7/29/2021 | 4,883.56 |
|  |  | 8/31/2021 | 4,883.56 |
| Frances Capper |  | 8/31/2020 | 2,158.11 |
|  |  | 9/30/2020 | 2,088.49 |
| Frances Capper Administrative Trust |  | 11/24/2020 | 2,158.11 |
|  |  | 11/30/2020 | 9,945.21 |
|  |  | 12/31/2020 | 10,276.71 |
|  |  | 1/28/2021 | 10,276.71 |
|  |  | 2/26/2021 | 9,282.19 |
|  |  | 3/31/2021 | 10,276.71 |
|  |  | 4/30/2021 | 9,945.21 |
|  |  | 5/31/2021 | 10,276.71 |
|  |  | 6/30/2021 | 9,945.21 |
|  |  | 7/29/2021 | 10,276.71 |
|  |  | 8/31/2021 | 10,276.71 |
| Frances Capper Marital Trust |  | 8/31/2020 | 8,118.60 |
|  |  | 9/30/2020 | 7,856.71 |
|  |  | 10/30/2020 | 8,118.60 |
|  |  |  |  |

Debtor    __Flexible Funding Ltd. Liability Co.__                    Case number (if known)   __21-42215-mxm11__
        Name

| Bank Interest Guaranteed by Paul DeLuca & Steve Capper | | | |
|---|---|---|---|
| Umpqua | | 8/3/2020 | 56,512.91 |
| | | 8/3/2020 | 6,202.24 |
| | | 9/1/2020 | 7,869.17 |
| | | 9/1/2020 | 66,348.09 |
| | | 9/30/2020 | 35,614.69 |
| | | 10/1/2020 | 88,104.13 |
| | | 10/1/2020 | 10,357.22 |
| | | 11/2/2020 | 110,406.32 |
| | | 11/2/2020 | 7,970.91 |
| | | 12/1/2020 | 6,980.96 |
| | | 12/1/2020 | 111,462.74 |
| | | 1/4/2021 | 8,356.31 |
| | | 1/4/2021 | 153,266.71 |
| | | 2/1/2021 | 3,881.08 |
| | | 2/1/2021 | 113,498.28 |
| | | 3/1/2021 | 9,381.62 |
| | | 3/1/2021 | 109,543.71 |
| | | 4/1/2021 | 12,785.00 |
| | | 4/1/2021 | 121,029.90 |
| | | 4/2/2021 | 17,825.88 |
| | | 5/4/2021 | 28,361.96 |
| | | 5/4/2021 | 236,201.25 |
| | | 6/1/2021 | 200,413.19 |
| | | 6/1/2021 | 23,732.37 |
| | | 6/30/2021 | 17,999.25 |
| | | 7/1/2021 | 18,960.93 |
| | | 7/1/2021 | 219,395.07 |
| | | 8/2/2021 | 24,421.36 |
| | | 8/2/2021 | 254,710.31 |
| | | 9/1/2021 | 13,811.23 |
| | | 9/1/2021 | 228,283.96 |
| | | | |
| Referral fees to affiliate of Paul DeLuca | | | |
| Meritus Capital | | 08/05/2020 | 12,292.42 |
| | | 09/04/2020 | 13,431.27 |
| | | 10/05/2020 | 14,746.52 |
| | | 11/04/2020 | 15,179.45 |
| | | 12/07/2020 | 16,505.55 |
| | | 01/05/2021 | 17,746.06 |
| | | 02/05/2021 | 16,298.86 |
| | | 03/05/2021 | 13,995.91 |
| | | 04/05/2021 | 18,926.21 |
| | | 05/05/2021 | 17,921.14 |

Debtor     **Flexible Funding Ltd. Liability Co.**                    Case number (if known)   **21-42215-mxm11**
          Name

| | | | |
|---|---|---|---|
| | | 06/05/2021 | 15,553.52 |
| | | 07/06/2021 | 19,169.44 |
| | | 08/06/2021 | 18,018.11 |
| | | 09/07/2021 | 13,833.42 |