# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In Re. FLEXIBLE FUNDING LTD. LIABILITY CO. § Case No. 21-42215
§
§ Lead Case No. 21-42215
Debtor(s) §
☒ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 10/31/2021　　　　　　　　Petition Date: 09/19/2021

Months Pending: 1　　　　　　　　　　　　　　　Industry Classification: 5 2 2 2

Reporting Method:　　Accrual Basis ●　　Cash Basis ○

Debtor's Full-Time Employees (current): 3

Debtor's Full-Time Employees (as of date of order for relief): 19

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Lynda Lankford　　　　　　　　　　　　　　　Lynda L. Lankford
Signature of Responsible Party　　　　　　　　　　Printed Name of Responsible Party

11/23/2021
Date　　　　　　　　　　　　　　　　　　　　　777 Main Street, Suite 1550, Fort Worth, TX 76102
　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)　　　　　　　1

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                                             Case No. 21-42215

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $8,911,379 | |
| b. | Total receipts (net of transfers between accounts) | $-3,586,783 | $5,631,638 |
| c. | Total disbursements (net of transfers between accounts) | $438,745 | $762,584 |
| d. | Cash balance end of month (a+b-c) | $4,885,852 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $438,745 | $762,584 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $103,290,382 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d. | Total current assets | $109,743,007 |
| e. | Total assets | $111,019,439 |
| f. | Postpetition payables (excluding taxes) | $716,848 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $716,848 |
| k. | Prepetition secured debt | $96,055,350 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $13,024,038 |
| n. | Total liabilities (debt) (j+k+l+m) | $109,796,236 |
| o. | Ending equity/net worth (e-n) | $1,223,203 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $1,176,219 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $462,177 | |
| c. | Gross profit (a-b) | $714,042 | |
| d. | Selling expenses | $36,538 | |
| e. | General and administrative expenses | $678,931 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $2,224 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-3,651 | $90,485 |

UST Form 11-MOR (06/07/2021)                                    2

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                                Case No.  21-42215

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | Forshey & Prostok, LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | Candlewood Partners LLC | Financial Professional | $0 | $0 | $0 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $52,416 | $0 | $52,416 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | Carle Mackie Power & Ross LLP | Local Counsel | $0 | $736 | $0 | $736 |
| | ii | Hanson Bridgett LLP | Local Counsel | $0 | $2,188 | $0 | $2,188 |
| | iii | Levinson Arshonsky & Kurtz, L | Local Counsel | $0 | $11,492 | $0 | $11,492 |
| | iv | PAHL & McCAY | Local Counsel | $0 | $38,000 | $0 | $38,000 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $52,416 | $0 | $52,416 |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● | No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○  N/A ○ |

Debtor's Name FLEXIBLE FUNDING LTD. LIABILITY CO.  Case No. 21-42215

| | | | | | |
|---|---|---|---|---|---|
| i. | Do you have: | Worker's compensation insurance? | Yes ● | No ○ | |
| | | If yes, are your premiums current? | Yes ● | No ○  N/A ○ | (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ● | No ○ | |
| | | If yes, are your premiums current? | Yes ● | No ○  N/A ○ | (if no, see Instructions) |
| | | General liability insurance? | Yes ● | No ○ | |
| | | If yes, are your premiums current? | Yes ● | No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ○ | No ● | |
| k. | Has a disclosure statement been filed with the court? | | Yes ○ | No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ● | No ○ | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                                       Case No.  21-42215

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/Steven Sala | Steven Sala |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CFO | 11/22/2021 |
| Title | Date |

**Flexible Funding, LLC**
**Profit and Loss**
**Accrual Basis**

Accruals Adjusted for Partial Month

|  | Sep 20-30, 2021 | Oct 2021 |
|---|---:|---:|
| **Income** | | |
| Loan Revenue | $ 621,073.60 | $ 1,174,316.09 |
| Services | | 1,902.60 |
| **Total Income** | $ 621,073.60 | $ 1,176,218.69 |
| **Cost of Goods Sold** | | |
| Amortization of Debt Issuance Costs | | |
| Amortization - Medalist Loan Fees | 7,398.47 | 20,177.64 |
| Amortization - Umpqua Loan Fees | 16,900.45 | |
| Total Amortization of Debt Issuance Costs | $ 24,298.92 | $ 20,177.64 |
| Interest Exp | 126,436.79 | 423,844.03 |
| Interest Exp - Participation | 0.00 | 18,154.91 |
| **Total Cost of Goods Sold** | 150,735.71 | $ 462,176.58 |
| **Gross Profit** | $ 470,337.89 | $ 714,042.11 |
| **Expenses** | | |
| Advertising | 9,749.32 | 21,679.34 |
| Auto | 30.00 | 296.17 |
| Bank Chrg | 19,037.73 | 31,176.18 |
| Contract Employees | 3,745.21 | 12,310.59 |
| Credit Reports | 2,451.47 | 6,868.33 |
| Entertainment Meals | 623.08 | 1,739.38 |
| Legal & Professional | 72,823.67 | 231,397.52 |
| Loan Loss Reserve | 64,166.67 | 175,000.00 |
| Office | 5,337.71 | 2,947.79 |
| Payroll Expenses | 0.00 | 0.00 |
| Benefits | -1,591.14 | 4,991.35 |
| Gross Wages | 152,487.41 | 177,716.79 |
| Payroll Taxes (employer) | 11,455.49 | 12,036.10 |
| Workers Comp | | |
| Total Payroll Expenses | $ 162,351.76 | $ 195,850.02 |
| Promotional Meals | 0.00 | 0.00 |
| referral fee | 3,847.97 | 7,989.83 |
| Rent | 700.00 | 700.00 |
| Software | 930.46 | 12,127.53 |
| Telephone | 732.11 | 2,970.59 |
| Travel | 9,662.29 | 11,926.26 |
| Travel Meals | 424.56 | 489.36 |
| **Total Expenses** | $ 356,614.01 | $ 715,468.89 |
| **Net Operating Income** | $ 113,723.88 | -$ 1,426.78 |
| **Other Expenses** | | |
| Amortization of covenant not-to-compete | 17,364.84 | |
| Depreciation Expense | 2,223.55 | 2,223.55 |
| **Total Other Expenses** | $ 19,588.39 | $ 2,223.55 |
| **Net Other Income** | -$ 19,588.39 | -$ 2,223.55 |
| **Net Income** | $ 94,135.49 | -$ 3,650.33    $ 90,485.16 |

Monday, Nov 15, 2021 09:47:12 AM GMT-8 - Accrual Basis

**Flexible Funding, LLC**
**Balance Sheet**
As of September 30, 2021

| | Sep'2021 | Oct 2021 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| Ares - UnionBank AC 0615 | 299.86 | 0.00 |
| Ares - UnionBank AP 4097 | 0.00 | 20,169.65 |
| City National Bank | 14,362.77 | 18,972.55 |
| Ecommerce - WFB | 205.65 | 964.59 |
| Instapay - WFB | 823,607.82 | 267,252.84 |
| RBC Canadian Acct | 148.38 | 118.38 |
| RBC USD Acct | 68.35 | 68.35 |
| Umpqua Bank | 6,514,092.44 | 3,514,216.52 |
| WFB | 1,558,593.93 | 1,064,088.52 |
| **Total Bank Accounts** | $ 8,911,379.20 | $ 4,885,851.40 |
| **Accounts Receivable** | | |
| Accounts Receivable | 1,718.03 | 0.00 |
| **Total Accounts Receivable** | $ 1,718.03 | $ 0.00 |
| **Other Current Assets** | | |
| Allowance for Doubtful Accounts | -6,691,384.69 | -6,866,384.69 |
| Employee Cash Advances | 15,000.00 | 15,000.00 |
| Factor Receivable Gross Up | 1,115,173.00 | 1,115,173.00 |
| Total Loans | $ 109,720,032.10 | $ 102,924,706.43 |
| Participation Receivables | 5,624,865.12 | 5,624,865.12 |
| Prepaid Expense – Elias | 0.00 | 0.00 |
| Prepaid Expenses | -46,000.00 | -46,000.00 |
| Total Term Loans | $ 5,381,100.77 | $ 6,362,902.02 |
| Unapplied Cash Payment / Suspense | -10,403,109.42 | -4,755,706.71 |
| Uncategorized Asset | 482,600.00 | 482,600.00 |
| **Total Other Current Assets** | $ 105,198,276.88 | $ 104,857,155.17 |
| **Total Current Assets** | $ 114,111,374.11 | $ 109,743,006.57 |
| **Total Fixed Assets** | $ 4,257.94 | $ 2,034.39 |
| **Other Assets** | | |
| Covenant Non-Compete | 17,364.85 | 17,364.85 |
| Debt Issuance Costs | 0.00 | 0.00 |
| Goodwill | 1,127,382.16 | 1,127,382.16 |
| Investment in Subsidiary | -613,714.00 | -613,714.00 |
| Platform Development | | 0.00 |
| Accum Amort of Platform Development | -184,711.00 | -184,711.00 |
| Platform Development Costs | 900,914.00 | 909,714.00 |
| **Total Platform Development** | $ 716,203.00 | $ 725,003.00 |
| Rent Deposit | 18,361.36 | 18,361.36 |
| Software Purchase | 0.66 | 0.66 |
| **Total Other Assets** | $ 1,265,598.03 | $ 1,274,398.03 |
| **TOTAL ASSETS** | $ 115,381,230.08 | $ 111,019,438.99 |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | 401,794.92 | 716,129.44 |
| Credit Cards | $ 37,325.19 | $ 718.91 |
| **Other Current Liabilities** | | |
| Accrued Expenses | 393,621.90 | 429,825.99 |
| Accrued Interest | 110,186.45 | 291,370.42 |
| Total Customer Deposits / Escrow | $ 1,688,618.21 | $ 1,688,772.87 |
| Total Notes | $ 26,702,997.10 | $ 26,723,174.74 |
| Total Participation | $ 2,500,000.00 | $ 1,148,094.76 |
| Total Payroll Liabilities | $ 933.88 | $ 933.88 |
| PPP Loan | 482,600.00 | 482,600.00 |
| Refunds Due to Others (no-offset to loans) | 1,156,956.94 | 629,537.83 |
| Umpqua / Syndicated LOC | 0.00 | 0.00 |
| Debt Issuance Cost - Umpqua | -670,272.67 | -670,272.67 |
| Items In-Transit | 3,570,880.00 | 576,683.00 |
| Umpqua Line | 77,778,666.87 | 77,778,666.87 |
| Total Umpqua / Syndicated LOC | $ 80,679,274.20 | $ 77,685,077.20 |
| Unearned revenue | 0.00 | 0.00 |
| **Total Other Current Liabilities** | $ 113,715,188.68 | $ 109,079,387.69 |
| **Total Current Liabilities** | $ 114,154,308.79 | $ 109,796,236.04 |
| **Total Liabilities** | $ 114,154,308.79 | $ 109,796,236.04 |
| **Equity** | | |
| Current Earnings Allocation Contra | 253,932.97 | 253,932.97 |
| Total Member Capital - Capper | $ 2,542,191.55 | $ 2,542,191.55 |
| Total Member Capital - DeLuca | -$ 1,166,319.41 | -$ 1,166,319.41 |
| Net Income | -402,884.07 | -406,602.16 |
| **Total Equity** | $ 1,226,921.29 | $ 1,223,202.95 |
| **TOTAL LIABILITIES AND EQUITY** | $ 115,381,230.08 | $ 111,019,438.99 |

**Flexible Funding, LLC**
**A/P Aging Detail**
As of October 31, 2021

| Date | Vendor | Open Balance | |
|---|---|---:|---|
| 09/01/2021 | Quench USA | 68.01 | Pre-Petition |
| 09/01/2021 | EXPERIAN | 3,663.00 | Pre-Petition |
| 09/06/2021 | Voco Vilya, Inc. | 38,718.99 | Pre-Petition |
| 09/10/2021 | Thompson, Welch, Soroko & Gilbert LLP | 1,142.50 | Pre-Petition |
| 09/17/2021 | Maher Accountancy | 17,300.00 | Pre-Petition |
| 09/17/2021 | Maher Accountancy | 13,710.00 | Pre-Petition |
| 09/19/2021 | Levinson Arshonsky & Kurtz, LLP | 25,081.70 | Pre-Petition |
| 09/19/2021 | Terrence A. Greiner P.C. | 20,073.29 | Pre-Petition |
| 09/19/2021 | Carle Mackie Power & Ross LLP | 9,009.00 | Pre-Petition |
| 09/19/2021 | Tax Guard, Inc. | 2,453.25 | Pre-Petition |
| 09/19/2021 | Hanson Bridgett LLP | 749.00 | Pre-Petition |
| 09/19/2021 | PAHL & McCAY | 120,036.79 | Pre-Petition |
| 09/19/2021 | Ward and Smith, P.A. Attorneys at Law | 77,544.50 | Pre-Petition |
| 09/24/2021 | FedEX | 352.58 | |
| 09/27/2021 | EXPERIAN | 3,747.83 | |
| 09/29/2021 | CSC | 514.00 | |
| 09/30/2021 | Steven Elias - 1099 interest portion | 12,726.07 | |
| 09/30/2021 | Cheng Chin Liao | 10,273.97 | |
| 09/30/2021 | Frances Capper Administrative Trust | 9,945.21 | |
| 09/30/2021 | Cheng Te Liao | 6,575.34 | |
| 09/30/2021 | Capper Investment. LLC | 4,726.03 | |
| 09/30/2021 | Jan Marcus Capper | 4,686.77 | |
| 09/30/2021 | Chi-Wei Liao | 4,602.74 | |
| 09/30/2021 | Jerry Fong | 3,287.67 | |
| 09/30/2021 | Charisse Castagnoli | 2,301.37 | |
| 09/30/2021 | Scott t Dirvonas | 1,849.32 | |
| 09/30/2021 | First Corporate Solutions | 2,174.00 | |
| 09/30/2021 | Maher Accountancy | 4,550.00 | |
| 10/01/2021 | Quench USA | 68.01 | |
| 10/04/2021 | First Corporate Solutions | 80.00 | |
| 10/15/2021 | Maher Accountancy | 12,945.00 | |
| 10/20/2021 | WOLLBORG - MICHELSON PERSONNEL - 1099 | 504.00 | |
| 10/28/2021 | Levinson Arshonsky & Kurtz, LLP | 15,115.71 | |
| 10/28/2021 | Carle Mackie Power & Ross LLP | 4,835.30 | |
| 10/28/2021 | WOLLBORG - MICHELSON PERSONNEL - 1099 | 1,176.00 | |
| 10/28/2021 | Ward and Smith, P.A. Attorneys at Law | 116,127.21 | |
| 10/28/2021 | CSC | 771.50 | |
| 10/29/2021 | Steve Sala | 5,622.46 | |
| 10/29/2021 | Voco Vilya, Inc. | 38,175.08 | |
| 10/29/2021 | PAHL & McCAY | 22,382.68 | |
| 10/29/2021 | Terrence A. Greiner P.C. | 16,910.00 | |
| 10/29/2021 | Voco Vilya, Inc. | 3,766.61 | |
| 10/31/2021 | Steven Elias - 1099 interest portion | 13,150.27 | |
| 10/31/2021 | Cheng Chin Liao | 10,616.44 | |
| 10/31/2021 | Frances Capper Administrative Trust | 10,276.71 | |
| 10/31/2021 | Cheng Te Liao | 6,794.52 | |
| 10/31/2021 | Capper Investment. LLC | 4,883.56 | |
| 10/31/2021 | Jan Marcus Capper | 4,842.99 | |
| 10/31/2021 | Chi-Wei Liao | 4,756.16 | |
| 10/31/2021 | Jerry Fong | 3,397.26 | |
| 10/31/2021 | Charisse Castagnoli | 2,378.08 | |
| 10/31/2021 | Scott t Dirvonas | 1,910.96 | |
| 10/31/2021 | Maher Accountancy | 12,780.00 | |
| | | 716,129.44 | |

**Flexible Funding**
**Cash Disbursements Detail - October MOR**

*Because Debtor's business is providing loans and collecting receivables, we have excluded portfolio related disbursements and receipts. There are no receipts included in the report, as all receipts are collections related to loan activity.

| Date | Name | Memo/Description | Amount | Budget Line Item |
|---|---|---|---|---|
| 10/01/2021 | | Service Fee | $695.57 | Bank and transaction fees |
| 10/01/2021 | | Ancillary Product Fees | $42.81 | Bank and transaction fees |
| 10/01/2021 | | employee benefit payback | $0.00 | Personnel |
| 10/01/2021 | | employee benefit | $177.95 | Personnel |
| 10/01/2021 | | Earning | $43,409.18 | Personnel |
| 10/01/2021 | | Employer Taxes | $3,057.22 | Personnel |
| 10/01/2021 | | Eileen - airport parking, uber, airline | $560.07 | Travel |
| 10/01/2021 | | Eileen - Texas hotel | $679.67 | Travel |
| 10/01/2021 | | Eileen - travel meal | $13.95 | Travel |
| 10/01/2021 | | Umpqua Interest Expense | $265,599.13 | ABL Interest Expense |
| 10/01/2021 | | Umpqua Interest Expense | $8,223.81 | ABL Interest Expense |
| 10/01/2021 | | Umpqua Interest Expense Reimbursement | ($163,636.49) | ABL Interest Expense |
| 10/04/2021 | WOLLBORG - MICHELSON PERSONNEL - 1099 | Contract Employees | $1,680.00 | Outside Services |
| 10/04/2021 | WOLLBORG - MICHELSON PERSONNEL - 1099 | Contract Employees | $924.00 | Outside Services |
| 10/04/2021 | WOLLBORG - MICHELSON PERSONNEL - 1099 | Contract Employees | $1,512.00 | Outside Services |
| 10/04/2021 | WOLLBORG - MICHELSON PERSONNEL - 1099 | Contract Employees | $567.00 | Outside Services |
| 10/04/2021 | WOLLBORG - MICHELSON PERSONNEL - 1099 | Contract Employees | $1,428.00 | Outside Services |
| 10/04/2021 | bill.com ACH verify | Office | ($0.01) | Office and administration |
| 10/04/2021 | Texas office copier lease - Invoice 73900658 | Office | $95.26 | Office and administration |
| 10/04/2021 | TX entertainment and shreeder | Office | $291.16 | Office and administration |
| 10/04/2021 | Jeremy Hare restitution | Office | ($75.00) | Office and administration |
| 10/04/2021 | WFB API ACH test | Office | ($0.05) | Office and administration |
| 10/04/2021 | Steve - airfare and Lyft | Travel | $684.95 | Travel |
| 10/04/2021 | Steve - hotel | Travel | $617.21 | Travel |
| 10/04/2021 | Steve - travel meal | Travel Meals | $84.63 | Travel |
| 10/05/2021 | Millennium | referral fee | ($118.18) | Marketing & Promotion (Commissions) |
| 10/06/2021 | WOLLBORG - MICHELSON PERSONNEL - 1099 | Contract Employees | $1,680.00 | Outside Services |
| 10/08/2021 | Eileen - milieage to and from Denver airport | Auto | $169.12 | Personnel |
| 10/08/2021 | Service Fee | Legal & Professional | $675.14 | Office and administration |
| 10/08/2021 | Ancillary Product Fees | Legal & Professional | $42.81 | Office and administration |
| 10/08/2021 | Boosted eCommerc AP Verify 016BRMIZA1YW | Office | ($0.01) | Office and administration |
| 10/08/2021 | employee benefit payback | Payroll Expenses:Benefits | ($905.64) | Personnel |
| 10/08/2021 | employee benefit | Payroll Expenses:Benefits | $0.00 | Personnel |
| 10/08/2021 | Earning | Doug - overnight NOA | $43,200.87 | Personnel |
| 10/08/2021 | Employer Taxes | Payroll Expenses:Payroll Taxes (employer) | $2,946.55 | Personnel |
| 10/09/2021 | Steve- entertainment meal with Scott and Eileen | Entertainment Meals | $137.53 | Travel |
| 10/09/2021 | Steve - airfare, Lyft | Travel | $929.24 | Travel |
| 10/09/2021 | Steve -hotel | Travel | $578.75 | Travel |
| 10/12/2021 | Bank Charges | account analysis | $10,815.72 | Bank and transaction fees |
| 10/12/2021 | Bank Charges | Account analysis | $9,246.69 | Bank and transaction fees |
| 10/12/2021 | Cheng Te Liao | Cell, Internet, Phone. Nash | $189.51 | Office and administration |
| 10/12/2021 | Cheng Te Liao | Transportation / Embarcadero Parking | $18.00 | Travel |
| 10/13/2021 | Office | SENSCO ACH verify | ($0.01) | Office and administration |
| 10/13/2021 | Office | | ($250.00) | Office and administration |
| 10/13/2021 | Office | | ($250.00) | Office and administration |
| 10/14/2021 | Contract Employees | WOLLBORG - MICHELSON PERSONNEL - 1099 | $1,680.00 | Outside Services |
| 10/14/2021 | Office | Hwy Labs Inc. DB AP Verify | ($0.01) | Office and administration |
| 10/15/2021 | Wages | Earning | $45,526.06 | Personnel |
| 10/15/2021 | | Employer Taxes | $3,134.21 | Personnel |
| 10/15/2021 | Steve Sala | MSFT, Ring Central. Flexible Funding | $2,836.06 | Software |
| 10/15/2021 | | Scott- hotel, air, uber | $2,200.61 | Travel |
| 10/15/2021 | Steve Sala | Ring Central | $1,702.27 | Software |
| 10/15/2021 | | Paul - rental car and uber | $1,457.58 | Travel |
| 10/15/2021 | | Paul - group meal | $1,418.31 | Personnel |
| 10/15/2021 | | Eileen - airfare to Texas | $935.40 | Travel |
| 10/15/2021 | Office | Paul - state fair tickets, office decor | $763.60 | Office and administration |
| 10/15/2021 | Steve Sala | Instapay MSFT and Slack | $738.49 | Software |
| 10/15/2021 | | Service Fee | $710.59 | Office and administration |
| 10/15/2021 | | Eileen - Texas hotel | $696.36 | Travel |
| 10/15/2021 | Lloyd & McDaniel | File suit for R&R | $450.00 | Office and administration |
| 10/15/2021 | Office | Doug - overnight NOA | $404.08 | Office and administration |
| 10/15/2021 | | Scott- Travel meal | $200.60 | Travel |
| 10/15/2021 | | Eileen - Lyft | $177.67 | Travel |
| 10/15/2021 | | Eileen - dinner with James | $72.48 | Personnel |
| 10/15/2021 | | Ancillary Product Fees | $42.81 | Office and administration |
| 10/15/2021 | | Eileen - airport parking | $30.00 | Travel |
| 10/15/2021 | | Eileen - travel meal | $12.94 | Travel |
| 10/15/2021 | Benefits | employee benefit | $0.00 | Personnel |
| 10/15/2021 | | employee benefit payback | ($1,476.37) | Personnel |
| 10/17/2021 | Steve Sala | Steve - dinner with Scott | $111.06 | Travel |
| 10/17/2021 | Steve Sala | Steve- Lyft | $251.81 | Travel |
| 10/17/2021 | Steve Sala | Steve - Hotel | $454.90 | Travel |
| 10/19/2021 | Steve Sala | Internet AT&T | $129.03 | Software |
| 10/19/2021 | Dirvonas Associates | Colorado office rent October 2021 | $700.00 | Occupancy |
| 10/19/2021 | Steve Sala | Instapay CC Expense Reimbursement | $1,631.54 | Personnel |
| 10/19/2021 | Steve Sala | Flexible MSFT | $704.30 | Software |
| 10/19/2021 | Dirvonas Interactive | October Azure server | $1,863.00 | Software |
| 10/20/2021 | | account analysis | $9,065.31 | Bank and transaction fees |
| 10/20/2021 | | ACCT ANALYSIS CHG ANALYSIS ACTIVITY FOR 09/21/ | $143.31 | Bank and transaction fees |
| 10/20/2021 | | CloudStaff | $5,590.59 | Outside Services |
| 10/20/2021 | | Referral Fees | $33,777.81 | Marketing & Promotion (Commissions) |

| Date | Category | Description | Amount | Category |
|---|---|---|---:|---|
| 10/21/2021 | | Ancillary Product Fees | $42.81 | Office and administration |
| 10/21/2021 | | Service Fee | $684.30 | Office and administration |
| 10/21/2021 | | employee benefit | $0.00 | Personnel |
| 10/21/2021 | | employee benefit payback | ($1,460.36) | Personnel |
| 10/21/2021 | | Earning | $43,940.99 | Personnel |
| 10/21/2021 | | Employer Taxes | $2,994.15 | Personnel |
| 10/21/2021 | | The momentum, might return, stale check | ($4,811.10) | Office and administration |
| 10/22/2021 | FedEX | FedEx | $28.69 | Office and administration |
| 10/24/2021 | Office | Steve - wifi and cell | $127.12 | Office and administration |
| 10/24/2021 | Travel | Steve- Lyft | $222.95 | Travel |
| 10/24/2021 | Travel | Steve- Hotel | $652.48 | Travel |
| 10/24/2021 | Travel | Steve- airfare | $796.61 | Travel |
| 10/24/2021 | Travel | Steve - meal | $177.24 | Travel |
| 10/27/2021 | ADP | ADP TotalSource, Inc. | $47,512.18 | Personnel |
| 10/28/2021 | Credit Reports | CSC | $771.50 | Credit Reports |
| 10/29/2021 | Legal & Professional | Return of the retainer. Originally for 17k. 4568 charged to Graham | ($12,432.00) | Legal & Professional |
| 10/29/2021 | Software | Instapay Software services | $1,379.66 | Software |
| 10/29/2021 | Software | MSFT | $2,974.48 | Software |
| 10/29/2021 | Software | RingCentral | $1,268.32 | Software |
| | | | **$438,744.53** | |

**Flexible Funding**

Payments on Pre Petition Debt

MOR - September 20-30, 2021

Further explanation for 7(a): Paid employee wages and reimbursements, per Wage Order; Paid interest to lenders, per Cash Collateral Orders; paid certain other expenses, per Critical Vendor Order

Interest Payments:

| Date | Vendor | Amount | Description |
|---|---|---|---|
| 10/01/2021 | Umpqua | $265,599.13 | Interest Expense |
| 10/01/2021 | Umpqua | $8,223.81 | Interest Expense |
| | | $273,822.94 | |

**Flexible Funding**
Payments To Insiders
MOR - October 2021

| Date | Vendor | Amount | Description |
|---|---|---|---|
| 10/1/2021 | Capper, Steven | $4,086.75 | Weekly Paycheck |
| 10/8/2021 | Capper, Steven | $4,086.76 | Weekly Paycheck |
| 10/15/2021 | Capper, Steven | $4,086.75 | Weekly Paycheck |
| 10/22/2021 | Capper, Steven | $4,086.77 | Weekly Paycheck |
| 10/29/2021 | Capper, Steven | $4,086.74 | Weekly Paycheck |
| 10/1/2021 | DeLuca, Paul | $4,667.92 | Weekly Paycheck |
| 10/8/2021 | DeLuca, Paul | $4,667.91 | Weekly Paycheck |
| 10/15/2021 | DeLuca, Paul | $4,667.91 | Weekly Paycheck |
| 10/15/2021 | DeLuca, Paul | $3,639.49 | Expense Reimbursement |
| 10/22/2021 | DeLuca, Paul | $4,667.93 | Weekly Paycheck |
| 10/29/2021 | DeLuca, Paul | $4,667.91 | Weekly Paycheck |
| 10/29/2021 | DeLuca, Paul | $1,080.83 | Expense Reimbursement |
| | | $48,493.67 | |