# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In Re. FLEXIBLE FUNDING LTD. LIABILITY CO. §
§
§ 
§
Debtor(s)

Case No. 21-42215

Lead Case No. 21-42215

☒ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 11/30/2021   Petition Date: 09/19/2021

Months Pending: 2   Industry Classification: 5 2 2 2

Reporting Method:  Accrual Basis ⦿   Cash Basis ◯

Debtor's Full-Time Employees (current): 3

Debtor's Full-Time Employees (as of date of order for relief): 19

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Lynda Lankford                          Lynda L. Lankford
Signature of Responsible Party             Printed Name of Responsible Party

02/18/2022
Date

777 Main Street, Suite 1550, Fort Worth, TX 76102
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)        1

Debtor's Name FLEXIBLE FUNDING LTD. LIABILITY CO.  Case No. 21-42215

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $4,885,851 | |
| b. | Total receipts (net of transfers between accounts) | $5,169,652 | $10,801,290 |
| c. | Total disbursements (net of transfers between accounts) | $2,168,493 | $2,931,077 |
| d. | Cash balance end of month (a+b-c) | $7,887,010 | |
| e. | Disbursements made by third party for the benefit of the estate | $51,706,220 | $51,706,220 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $53,874,713 | $54,637,297 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $28,777,086 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory   (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d | Total current assets | $37,670,024 |
| e. | Total assets | $42,914,240 |
| f. | Postpetition payables (excluding taxes) | $457,266 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $457,266 |
| k. | Prepetition secured debt | $17,700,000 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $17,442,084 |
| n. | Total liabilities (debt) (j+k+l+m) | $35,599,350 |
| o. | Ending equity/net worth (e-n) | $7,314,890 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $58,350,719 | $58,350,719 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $52,308,507 | $52,308,507 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $6,042,212 | $6,042,212 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $-176,389 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $444,961 | |
| c. | Gross profit (a-b) | $-621,350 | |
| d. | Selling expenses | $14,224 | |
| e. | General and administrative expenses | $1,010,006 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $19,399 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $6,127,046 | $6,217,531 |

UST Form 11-MOR (12/01/2021) 2

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.     Case No. 21-42215

**Part 5: Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i   Forshey & Prostock, LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii   Candlewood Partners LLC | Financial Professional | $0 | $0 | $0 | $0 |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                Case No.  21-42215

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                    Case No. 21-42215

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $52,416 | $0 | $52,416 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Carle Mackie Power & Ross LL | Local Counsel | $0 | $736 | $0 | $736 |
| | ii | Hanson Bridgett LLP | Local Counsel | $0 | $2,188 | $0 | $2,188 |
| | iii | Levinson Arshonsky & Kurts L | Local Counsel | $0 | $11,492 | $0 | $11,492 |
| | iv | Pahl & McCay | Lead Counsel | $0 | $38,000 | $0 | $38,000 |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                                   Case No.  21-42215

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                               Case No.  21-42215

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| lvii |  |  |  |  |  |  |
| lviii |  |  |  |  |  |  |
| lix |  |  |  |  |  |  |
| lx |  |  |  |  |  |  |
| lxi |  |  |  |  |  |  |
| lxii |  |  |  |  |  |  |
| lxiii |  |  |  |  |  |  |
| lxiv |  |  |  |  |  |  |
| lxv |  |  |  |  |  |  |
| lxvi |  |  |  |  |  |  |
| lxvii |  |  |  |  |  |  |
| lxviii |  |  |  |  |  |  |
| lxix |  |  |  |  |  |  |
| lxx |  |  |  |  |  |  |
| lxxi |  |  |  |  |  |  |
| lxxii |  |  |  |  |  |  |
| lxxiii |  |  |  |  |  |  |
| lxxiv |  |  |  |  |  |  |
| lxxv |  |  |  |  |  |  |
| lxxvi |  |  |  |  |  |  |
| lxxvii |  |  |  |  |  |  |
| lxxvii |  |  |  |  |  |  |
| lxxix |  |  |  |  |  |  |
| lxxx |  |  |  |  |  |  |
| lxxxi |  |  |  |  |  |  |
| lxxxii |  |  |  |  |  |  |
| lxxxii |  |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |  |
| lxxxv |  |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |  |
| lxxxix |  |  |  |  |  |  |
| xc |  |  |  |  |  |  |
| xci |  |  |  |  |  |  |
| xcii |  |  |  |  |  |  |
| xciii |  |  |  |  |  |  |
| xciv |  |  |  |  |  |  |
| xcv |  |  |  |  |  |  |
| xcvi |  |  |  |  |  |  |
| xcvii |  |  |  |  |  |  |
| xcviii |  |  |  |  |  |  |

Debtor's Name FLEXIBLE FUNDING LTD. LIABILITY CO.   Case No. 21-42215

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | xcix |   |   |   |   |   |
|   | c |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | $0 |   |   |   |   |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $26,474 | $49,965 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● | No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○ N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● | No ○ |

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.  Case No. 21-42215

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Steven Sala  
Signature of Responsible Party

CFO  
Title

Steven Sala  
Printed Name of Responsible Party

02/18/2022  
Date

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                              Case No.  21-42215


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.              Case No.  21-42215


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

Debtor's Name  FLEXIBLE FUNDING LTD. LIABILITY CO.                              Case No.  21-42215


PageThree


PageFour

**Flexible Funding, LLC**
**Profit and Loss**
January - December 2021

| | Nov 2021 | Dec 2021 |
|---|---:|---:|
| **Income** | | |
|   **+FlexEstate** | | |
|     CONSTRUCTURE, INC | -116,056.08 | 0.00 |
|     ESSENTIAL STAFFING COMPANY | 10,346.83 | |
|     GRAHAM COUNTY LAND COMPANY | -261,707.83 | 0.00 |
|     HORIZON HEALTH CONSULTANTS | | |
|     MHC LLC | 213.29 | |
|     R&R OUTDOOR SERVICES | 390.69 | 3,459.43 |
|     SUNCAP TECHNOLOGIES | 4,583.16 | 4,757.40 |
|     TEMPS PLUS | 4,717.27 | |
|   **Total +FlexEstate** | -$ 357,512.67 | $ 8,216.83 |
|   **+Loans** | -72,299.00 | |
|   **Total +Loans** | $ 181,123.74 | $ 0.00 |
|   Exchange Rate gain or loss | | |
|   Services | | |
| **Total Income** | -$ 176,388.93 | $ 8,216.83 |
| **Cost of Goods Sold** | | |
|   Total Amortization of Debt Issuance Costs | $ 20,177.64 | $ 20,177.64 |
|   Interest Exp | 423,380.68 | 179,455.55 |
|   Interest Exp - Participation | 1,403.23 | |
| **Total Cost of Goods Sold** | $ 444,961.55 | $ 199,633.19 |
| **Gross Profit** | -$ 621,350.48 | -$ 191,416.36 |
| **Expenses** | | |
|   Advertising | 8,002.28 | 10,700.17 |
|   Auto | 1,588.09 | 81.91 |
|   Bad Debt | | 19,943,868.22 |
|   Bank Chrg | 6,532.79 | 19,214.59 |
|   Contract Employees | 2,688.00 | |
|   Credit Reports | 159.50 | |
|   Dues | | |
|   Entertainment Meals | 2,176.66 | |
|   Insurance | | |
|   Legal & Professional | 302,225.37 | 953,728.92 |
|   Loan Loss Reserve | 175,000.00 | |
|   Office | 3,179.66 | 2,589.29 |
|   **Payroll Expenses** | | |
|     401k contributions | 37,189.00 | 3,728.97 |
|     Benefits | -11,875.67 | 7,296.61 |
|     Gross Wages | 449,716.16 | 81,536.11 |
|     Guaranteed Payments to Members | | |
|     Payroll Taxes (employer) | 26,473.74 | 3,116.44 |
|     Workers Comp | | |
|   **Total Payroll Expenses** | $ 501,503.23 | $ 95,678.13 |
|   Promotional Meals | 0.00 | |
|   referral fee | -59.74 | 3,524.14 |
|   Rent | 3,612.04 | |
|   Software | 2,109.71 | |
|   Taxes | 1,860.07 | 17.35 |
|   Telephone | 2,832.76 | |
|   Travel | 10,266.87 | 1,211.58 |
|   Travel Meals | 552.59 | 29.83 |
|   Uncategorized Expenses | | |
| **Total Expenses** | $ 1,024,229.88 | $ 21,030,644.13 |
| **Net Operating Income** | -$ 1,645,580.36 | -$ 21,222,060.49 |
| **Other Income** | | |
|   Gain on Sale to eCapital | 7,792,025.43 | 250,000.00 |
| **Total Other Income** | $ 7,792,025.43 | $ 250,000.00 |
| **Other Expenses** | | |
|   Amortization of covenant not-to-compete | 17,364.85 | |
|   Depreciation Expense | 2,034.39 | |
| **Total Other Expenses** | $ 19,399.24 | $ 0.00 |
| **Net Other Income** | $ 7,772,626.19 | $ 250,000.00 |
| **Net Income (FF)** | **$ 6,127,046** | **-$ 20,972,060** |

# Flexible Funding, LLC
## Balance Sheet
### As of December 31, 2021

|  | Nov 2021 | Dec 2021 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Total Bank Accounts** | $ 7,887,010.30 | $ 13,840,163.19 |
| **Accounts Receivable** | | |
| Accounts Receivable | 0.00 | 0.00 |
| **Total Accounts Receivable** | $ 0.00 | $ 0.00 |
| **Other Current Assets** | | |
| Allowance for Doubtful Accounts | -3,618,578.69 | 0.00 |
| eCapital Purchase Receivable | 2,341,050.17 | 0.00 |
| Employee Cash Advances | 15,000.00 | 15,000.00 |
| Factor Receivable Gross Up | 0.00 | 0.00 |
| Total FlexEstate (Loans Retained | 32,851,556.48 | 11,585,989.73 |
| Offset BBC Gross-Up | $ 0.00 | $ 0.00 |
| Total INSTAPAY - FLEXIBLE (eCommerce Intercompany) | 508,327.68 | -52,328.77 |
| Total Loans (Sold) | 0.00 | 0.00 |
| Participation Receivables | 2,202,059.00 | -0.12 |
| Prepaid Expense – Elias | 0.00 | 0.00 |
| Total Term Loans | 0.00 | 0.00 |
| Unapplied Cash Payment / Suspense | -4,999,000.97 | -1,937,408.56 |
| Uncategorized Asset | 482,600.00 | 482,600.00 |
| Undeposited Funds | $ 0.00 | $ 0.00 |
| **Total Other Current Assets** | $ 29,783,013.67 | $ 10,093,852.28 |
| **Total Current Assets** | 37,670,023.97 | 23,934,015.47 |
| **Fixed Assets** | | |
| Accumulated Depreciation | -182,545.30 | -182,545.30 |
| Furniture, Fixtures & equipment | $ 182,545.30 | $ 182,545.30 |
| **Total Fixed Assets** | 0.00 | 0.00 |
| **Other Assets** | | |
| Goodwill | 1,127,382.16 | 1,127,382.16 |
| Investment in Subsidiary | 4,109,672.95 | -6,857,006.36 |
| Platform Development | 0.00 | 0.00 |
| Accum Amort of Platform Development | -184,711.00 | -184,711.00 |
| Platform Development Costs | $ 173,511.00 | $ 184,711.00 |
| Total Platform Development | -11,200.00 | 0.00 |
| Rent Deposit | 18,361.36 | 18,361.36 |
| Software Purchase | $ 0.00 | $ 0.00 |
| **Total Other Assets** | $ 5,244,216.47 | -$ 5,711,262.84 |
| **TOTAL ASSETS** | 42,914,240.44 | 18,222,752.63 |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| Accounts Payable | $ 786,815.78 | $ 546,907.94 |
| Credit Card | $ 0.00 | $ 0.00 |
| Total Credit Cards | 0.00 | 0.00 |
| **Other Current Liabilities** | | |
| Accrued Expenses | 0.00 | 0.00 |
| Total Customer Deposits / Escrow | $ 641,715.69 | $ 641,715.69 |
| Direct Deposit Liabilities | 0.00 | 0.00 |
| Direct Deposit Payable | 0.00 | 0.00 |
| eCapital - Instapay | 3,663,679.14 | 829,864.91 |
| eCapital Payable - Flexible Funding | 2,965,567.47 | 2,472,810.93 |
| **Total Notes** | $ 26,743,352.38 | $ 26,763,530.02 |

| | | | | |
|---|---:|---:|---:|---:|
| Other Current Liabilities | | 0.00 | | 0.00 |
| **Total Participation** | $ | **0.00** | $ | **0.00** |
| **Total Payroll Liabilities** | $ | **0.00** | $ | **0.00** |
| PPP Loan | | 482,600.00 | | 482,600.00 |
| Refunds Due to Others (no-offset to loans) | | 141,953.00 | | 142,493.32 |
| Unapplied Payments due to non-customers | | 0.00 | | 0.00 |
| Total Refunds Due to Others (no-offset to loans) | $ | 141,953.00 | $ | 142,493.32 |
| Umpqua / Syndicated LOC | | 0.00 | | 0.00 |
| Total Umpqua / Syndicated LOC | $ | 0.00 | $ | 0.00 |
| Unearned revenue | | 0.00 | | 0.00 |
| Total Other Current Liabilities | $ | 34,812,534.35 | $ | 31,333,014.87 |
| **Total Current Liabilities** | $ | **35,599,350.13** | $ | **31,879,922.81** |
| **Long-Term Liabilities** | | | | |
| Obligation under Installment Agreement | | 0.00 | | 0.00 |
| **Total Long-Term Liabilities** | $ | **0.00** | $ | **0.00** |
| **Total Liabilities** | $ | **35,599,350.13** | $ | **31,879,922.81** |
| **Equity** | | | | |
| Current Earnings Allocation Contra | | 253,932.97 | | 253,932.97 |
| **Total Member Capital - Capper** | $ | **2,542,191.55** | $ | **2,542,191.55** |
| **Total Member Capital - DeLuca** | -$ | **1,166,319.41** | -$ | **1,166,319.41** |
| **Total Member Capital - Elias** | $ | **0.00** | $ | **0.00** |
| Opening Bal Equity | | 0.00 | | 0.00 |
| Retained Earnings | | 0.13 | | 0.13 |
| Net Income | | 5,685,085.07 | | -15,286,975.42 |
| **Total Equity** | $ | **7,314,890.31** | -$ | **13,657,170.18** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **42,914,240.44** | $ | **18,222,752.63** |

**Flexible Funding, LLC**
**A/P Aging Detail**
As of November 30, 2021

| Date | Vendor | Open Balance | |
|---|---|---:|---|
| 09/01/2021 | Quench USA | 68.01 | Pre-Petition |
| 09/01/2021 | EXPERIAN | 3,663.00 | Pre-Petition |
| 09/06/2021 | Voco Vilya, Inc. | 38,718.99 | Pre-Petition |
| 09/10/2021 | Thompson, Welch, Soroko & Gilbert LLP | 1,142.50 | Pre-Petition |
| 09/17/2021 | Maher Accountancy | 17,300.00 | Pre-Petition |
| 09/17/2021 | Maher Accountancy | 13,710.00 | Pre-Petition |
| 09/19/2021 | Levinson Arshonsky & Kurtz, LLP | 25,081.70 | Pre-Petition |
| 09/19/2021 | Terrence A. Greiner P.C. | 20,073.29 | Pre-Petition |
| 09/19/2021 | Carle Mackie Power & Ross LLP | 9,009.00 | Pre-Petition |
| 09/19/2021 | Tax Guard, Inc. | 2,453.25 | Pre-Petition |
| 09/19/2021 | Hanson Bridgett LLP | 749.00 | Pre-Petition |
| 09/19/2021 | PAHL & McCAY | 120,036.79 | Pre-Petition |
| 09/19/2021 | Ward and Smith, P.A. Attorneys at Law | 77,544.50 | Pre-Petition |
| 09/24/2021 | FedEX | 352.58 | |
| 09/29/2021 | CSC | 514.00 | |
| 09/30/2021 | Steven Elias - 1099 interest portion | 12,726.07 | |
| 09/30/2021 | Cheng Chin Liao | 10,273.97 | |
| 09/30/2021 | Frances Capper Administrative Trust | 9,945.21 | |
| 09/30/2021 | Cheng Te Liao | 6,575.34 | |
| 09/30/2021 | Capper Investment. LLC | 4,726.03 | |
| 09/30/2021 | Jan Marcus Capper | 4,686.77 | |
| 09/30/2021 | Chi-Wei Liao | 4,602.74 | |
| 09/30/2021 | Jerry Fong | 3,287.67 | |
| 09/30/2021 | Charisse Castagnoli | 2,301.37 | |
| 09/30/2021 | Scott t Dirvonas | 1,849.32 | |
| 09/30/2021 | First Corporate Solutions | 2,174.00 | |
| 09/30/2021 | Maher Accountancy | 4,550.00 | |
| 10/01/2021 | Quench USA | 68.01 | |
| 10/04/2021 | First Corporate Solutions | 80.00 | |
| 10/15/2021 | Maher Accountancy | 12,945.00 | |
| 10/28/2021 | Levinson Arshonsky & Kurtz, LLP | 11,734.90 | |
| 10/28/2021 | Carle Mackie Power & Ross LLP | 4,835.30 | |
| 10/28/2021 | Ward and Smith, P.A. Attorneys at Law | 116,127.21 | |
| 10/29/2021 | PAHL & McCAY | 22,382.68 | |
| 10/29/2021 | Terrence A. Greiner P.C. | 16,910.00 | |
| 10/31/2021 | Steven Elias - 1099 interest portion | 13,150.27 | |
| 10/31/2021 | Cheng Chin Liao | 10,616.44 | |
| 10/31/2021 | Frances Capper Administrative Trust | 10,276.71 | |
| 10/31/2021 | Cheng Te Liao | 6,794.52 | |
| 10/31/2021 | Capper Investment. LLC | 4,883.56 | |
| 10/31/2021 | Jan Marcus Capper | 4,842.99 | |
| 10/31/2021 | Chi-Wei Liao | 4,756.16 | |
| 10/31/2021 | Jerry Fong | 3,397.26 | |
| 10/31/2021 | Charisse Castagnoli | 2,378.08 | |
| 10/31/2021 | Scott t Dirvonas | 1,910.96 | |
| 10/31/2021 | Maher Accountancy | 12,780.00 | |
| 11/01/2021 | Quench USA | 68.01 | |
| 11/01/2021 | EXPERIAN | 3,747.83 | |
| 11/03/2021 | Levinson Arshonsky & Kurtz, LLP | 4,741.81 | |
| 11/03/2021 | First Corporate Solutions | 2,269.00 | |
| 11/05/2021 | Carle Mackie Power & Ross LLP | 27,110.30 | |
| 11/11/2021 | AP Shale Logistics Managementco LLC | 454.65 | |
| 11/12/2021 | Voco Vilya, Inc. | 40,000.00 | |
| 11/12/2021 | Voco Vilya, Inc. | 18,460.39 | |
| 11/23/2021 | Steve Capper | 14,291.64 | |
| 11/23/2021 | Steve Capper | 1,317.00 | |
| 11/30/2021 | Maher Accountancy | 15,370.00 | |
| **TOTAL** | | **$ 786,815.78** | |
| | PrePetition | 329,550.03 | |
| | PostPetition | $ 457,265.75 | |

Friday, Feb 18, 2022 10:38:42 AM GMT-8

**Flexible Funding**
**Cash Disbursements Detail - November December MOR**

*Because Debtor's business is providing loans and collecting receivables, we have excluded portfolio related disbursements and receipts. There are no receipts included in the report, as all receipts are collections related to loan activity.

| Date | Name | Memo/Description | Amount | Budget Line Item |
|---|---|---|---:|---|
| 11/01/21 | | | $6,666.66 | Interest Exp |
| 11/01/21 | | | $62,800.00 | Interest Exp |
| 11/01/21 | Umpqua | interest on the Main line | $284,648.32 | Interest Exp |
| 11/01/21 | Umpqua | interest on the swing line | $6,722.10 | Interest Exp |
| 11/01/21 | Steve Sala | MSFT | $2,974.48 | Software |
| 11/01/21 | Steve Sala | Instapay Software services | $1,379.66 | Software |
| 11/01/21 | Employee | Employee Travel | $1,268.32 | Telephone |
| 11/01/21 | Employee | Employee Travel | $980.53 | Travel |
| 11/01/21 | Employee | Employee Travel | $109.31 | Travel |
| 11/01/21 | Employee | Employee Travel | $82.23 | Travel |
| 11/02/21 | ADP | ADP 401 Contribution | $712.87 | Payroll |
| 11/02/21 | | | ($22.15) | referral fee |
| 11/02/21 | AP Shale Logistics Managementco LLC | Texas 25% rent | $3,612.04 | Rent |
| 11/03/21 | WOLLBORG - MICHELSON PERSONNEL - 1099 | | $504.00 | Contract Employees |
| 11/03/21 | WOLLBORG - MICHELSON PERSONNEL - 1099 | | $1,176.00 | Contract Employees |
| 11/03/21 | CSC | post -peititon CSC | $771.50 | Credit Reports |
| 11/03/21 | | | ($250.00) | Office |
| 11/04/21 | | ACH test | ($0.01) | Office |
| 11/04/21 | | ADP benefit invoice | $12,080.01 | Payroll |
| 11/05/21 | | Paul - parking | $27.00 | Auto |
| 11/05/21 | EXPERIAN | Pre-petition Experian | $3,747.83 | Credit Reports |
| 11/05/21 | Employee | entertainment meals | $1,943.25 | Entertainment Meals |
| 11/05/21 | | Proceed from Instapay sale used to pay interest | $156,914.39 | Interest Exp |
| 11/05/21 | | October interest | $18,154.91 | Interest Exp |
| 11/05/21 | | November interest | $1,403.23 | Interest Exp |
| 11/05/21 | | Service Fee | $684.59 | Legal & Professional |
| 11/05/21 | | Ancillary Product Fees | $42.81 | Legal & Professional |
| 11/05/21 | | Office Expense Reimbursement | $317.26 | Office |
| 11/05/21 | | employee benefit payback | ($3,339.22) | Payroll |
| 11/05/21 | | Earning | $43,956.62 | Payroll |
| 11/05/21 | | Employer Taxes | $2,932.07 | Payroll |
| 11/05/21 | | Millennium | ($37.59) | referral fee |
| 11/08/21 | | | $30.00 | Bank Chrg |
| 11/08/21 | Employee | Employee Travel | $120.69 | Entertainment Meals |
| 11/08/21 | Steve Sala | Instapay HelloSign | $290.32 | Software |
| 11/08/21 | Steve Sala | Flexible Ninjarm LLC | $225.00 | Software |
| 11/08/21 | Steve Sala | Instapay Raintank Inc | $49.00 | Software |
| 11/08/21 | Steve Sala | Instapay Amazon web services | $798.08 | Software |
| 11/08/21 | Employee | Employee Travel | $573.56 | Travel |
| 11/08/21 | Employee | Employee Travel | $1,237.20 | Travel |
| 11/08/21 | Employee | Employee Travel | $155.85 | Travel |
| 11/09/21 | | 401k | $3,512.11 | Payroll |
| 11/11/21 | WOLLBORG - MICHELSON PERSONNEL - 1099 | | $1,344.00 | Contract Employees |
| 11/11/21 | WOLLBORG - MICHELSON PERSONNEL - 1099 | | $1,680.00 | Contract Employees |
| 11/12/21 | | Factor Finders | $1,136.88 | Advertising |
| 11/12/21 | | Corporate Finance | $7,617.26 | Advertising |
| 11/12/21 | | TCA / Capital Equity partner | $4,624.43 | Advertising |
| 11/12/21 | | William Blenderman | $2,664.72 | Advertising |
| 11/12/21 | | Prestige Capital | $924.05 | Advertising |
| 11/12/21 | | Alex Cervantes /WorkComp Solutions, LLC | $87.64 | Advertising |
| 11/12/21 | | JS Platinum Insurance | $3,043.59 | Advertising |
| 11/12/21 | | Mike Santos | $1,330.62 | Advertising |
| 11/12/21 | | Advanced Funding Group | $250.15 | Advertising |
| 11/12/21 | | Instapay October analysis | $12,262.64 | Bank Chrg |
| 11/12/21 | | Flexible October analysis | $8,499.78 | Bank Chrg |
| 11/12/21 | | | $15.00 | Bank Chrg |
| 11/12/21 | | eCap payment covered ending interest/fees on RLOC thru blocked ac | $13,300.00 | Interest Exp |
| 11/12/21 | | eCap payment covered ending interest/fees on RLOC thru blocked ac | $41.36 | Interest Exp |
| 11/12/21 | | eCap payment covered ending interest/fees on RLOC thru blocked ac | $79,458.26 | Interest Exp |
| 11/12/21 | | Ancillary Product Fees | $42.81 | Legal & Professional |
| 11/12/21 | | Candlewood closing fees paid thru escrow | $602,287.57 | Legal & Professional |
| 11/12/21 | | Service Fee | $686.69 | Legal & Professional |
| 11/12/21 | | employee benefit payback | ($3,011.17) | Payroll |
| 11/12/21 | | Earning | $44,080.12 | Payroll |
| 11/12/21 | | Employer Taxes | $2,941.49 | Payroll |
| 11/12/21 | | Meritus Capital | $7,989.83 | referral fee |
| 11/15/21 | | | $1,092.32 | Auto |
| 11/15/21 | Employee | Employee Travel | $154.73 | Auto |
| 11/15/21 | Employee | credit card finance fee | $179.15 | Bank Chrg |
| 11/15/21 | Employee | Employee Travel | $112.72 | Entertainment Meals |
| 11/15/21 | | Ancillary Product Fees | $42.81 | Legal & Professional |
| 11/15/21 | | Service Fee | $689.38 | Legal & Professional |
| 11/15/21 | Tax Guard, Inc. | post-petition TaxGuard | $2,375.00 | Legal & Professional |
| 11/15/21 | Employee | Office Expense Reimbursement | $8.70 | Office |
| 11/15/21 | Employee | Office Expense Reimbursement | $127.12 | Office |
| 11/15/21 | Employee | Office Expense Reimbursement | $45.52 | Office |
| 11/15/21 | Employee | Office Expense Reimbursement | $30.00 | Office |
| 11/15/21 | | employee benefit payback | ($2,837.83) | Payroll |
| 11/15/21 | | Earning | $44,147.24 | Payroll |
| 11/15/21 | | Employer Taxes | $2,946.64 | Payroll |
| 11/15/21 | DEPARTMENT OF BUSINESS OVERSIGHT | annual due | $250.00 | Taxes |
| 11/15/21 | Employee | Employee Travel | $2,478.59 | Travel |
| 11/15/21 | Employee | Employee Travel | $683.13 | Travel |
| 11/15/21 | Employee | Employee Travel | $213.45 | Travel |

| Date | Payee | Description | Amount | Category |
|---|---|---|---|---|
| 11/15/21 | Employee | Employee Travel | $152.01 | Travel |
| 11/15/21 | Employee | Employee Travel | $355.83 | Travel |
| 11/15/21 | Employee | Employee Travel | $27.66 | Travel |
| 11/16/21 | | overdraft fee | $0.27 | Bank Chrg |
| 11/16/21 | ADP | 401K | $2,991.84 | Payroll |
| 11/17/21 | Employee | Office Expense Reimbursement | $129.03 | Office |
| 11/17/21 | Steve Sala | Mail a letter for IF | $500.00 | Software |
| 11/17/21 | Steve Sala | Slack for IF | $247.31 | Software |
| 11/17/21 | Employee | Employee Travel | $1,515.76 | Telephone |
| 11/18/21 | WOLLBORG - MICHELSON PERSONNEL - 1099 | | $1,344.00 | Contract Employees |
| 11/18/21 | Office of the US Trustee | Quarter fee for both BK filing | $1,610.07 | Taxes |
| 11/19/21 | Employee | Employee Travel | $193.67 | Auto |
| 11/19/21 | | ACCT ANALYSIS CHG ANALYSIS ACTIVITY FOR 10/21/ | $141.00 | Bank Chrg |
| 11/19/21 | | Service Fee | $5,123.75 | Legal & Professional |
| 11/19/21 | | employee benefit payback | ($17,150.00) | Payroll |
| 11/19/21 | | Earning | $345,000.00 | Payroll |
| 11/19/21 | | Employer Taxes | $19,677.50 | Payroll |
| 11/19/21 | Employee | Employee Travel | $419.78 | Travel |
| 11/19/21 | Employee | Employee Travel | $44.87 | Travel |
| 11/22/21 | Umpqua | October analysis | $9,469.48 | Bank Chrg |
| 11/23/21 | ADP | ADP 401k          AD PREAUTHORIZED ACH DEBIT ADP 401k | $2,719.41 | Payroll |
| 11/23/21 | ADP | ADP 401k          AD PREAUTHORIZED ACH DEBIT ADP 401k | $26,337.50 | Payroll |
| 11/26/21 | | Service Fee | $138.27 | Legal & Professional |
| 11/26/21 | | Ancillary Product Fees | $11.13 | Legal & Professional |
| 11/26/21 | | employee benefit payback | ($956.68) | Payroll |
| 11/26/21 | | Earning | $2,046.49 | Payroll |
| 11/26/21 | | Earning | $14,442.31 | Payroll |
| 11/26/21 | | Employer Taxes | $908.11 | Payroll |
| 11/29/21 | Voco Vilya, Inc. | Post-petition Charisse Amazon collections | $3,766.61 | Legal & Professional |
| 11/29/21 | Voco Vilya, Inc. | Post-petition Charisse Amazon collections | $38,175.08 | Legal & Professional |
| 11/30/21 | | PERIODIC FEE CNTRL. AGRMNT. FEE/ | $100.00 | Bank Chrg |
| 11/30/21 | | LOC fee | $6,296.05 | Bank Chrg |
| 11/30/21 | | | $370.35 | Bank Chrg |
| 11/30/21 | | | ($370.35) | Bank Chrg |
| 11/30/21 | | Haynes and Boone | $41,489.00 | Legal & Professional |
| 11/30/21 | | McGuire Woods LLP | $167,819.03 | Legal & Professional |
| 11/30/21 | | Brandlin & Associate | $26,500.00 | Legal & Professional |
| 11/30/21 | ADP | ADP 401k          AD PREAUTHORIZED ACH DEBIT ADP 401k | $915.27 | Payroll |
| | **TOTAL NOVEMBER DISBURSEMENTS** | | **$2,168,492.63** | |

**Flexible Funding**
Payments on Pre Petition Debt
MOR - November 2021

Further explanation for 7(a): Paid employee wages and reimbursements, per Wage Order; Paid interest to lenders, per Cash Collateral Orders; paid certain other expenses, per Critical Vendor Order
Also paid down senior lender with
proceeds from sale.

**Flexible Funding**
Payments To Insiders
MOR - November / December 2021

| November | Vendor | Amount |
|---|---|---|
| November Payroll | Capper, Steven | $20,867.55 |
| November Expense Reimbursement | Capper, Steven | $4,086.76 |
| November Payroll | DeLuca, Paul | $28,821.06 |
| November Expense Reimbursement | DeLuca, Paul | $2,287.51 |
| | | $56,062.88 |

| December | Vendor | Amount |
|---|---|---|
| December Payroll | Capper, Steven | $0.00 |
| December Expense Reimbursement | Capper, Steven | $4,413.70 |
| December Payroll | DeLuca, Paul | $28,821.06 |
| December Expense Reimbursement | DeLuca, Paul | $0.00 |
| | | $33,234.76 |