Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:  817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., et al.,[1] | § § § | Case No. 21-42215-11-mxm |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NON-MATERIAL MODIFICATION TO
AMENDED CHAPTER 11 JOINT PLAN OF LIQUIDATION**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Flexible Funding Ltd. Liability Co. and Instapay Flexible, LLC (collectively, the "Debtors"), file this *Non-Material Modification to Amended Chapter 11 Joint Plan of Liquidation* (the "Non-Material Modification").

1.  The Debtors hereby make this nonmaterial modification to the *Amended Chapter 11 Joint Plan of Liquidation for Flexible Funding Ltd. Liability Co. and Instapay Flexible, LLC* dated May 17, 2022 [Dkt. No. 382] (the "Plan") as follows:

> Exhibit A to the Plan is hereby replaced in its entirety with the Amended Exhibit A attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Flexible Funding Ltd. Liability Co. (4495) and Instapay Flexible, LLC (7648).

2. All references made to Exhibit A in the Plan shall be deemed to reference the attached Amended Exhibit A.

Dated: June 24, 2022.

/s/ *Jeff P. Prostok*
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Dylan T.F. Ross
State Bar No. 24104435
Forshey & Prostok LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:   817-877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties entitled to receive ECF electronic notice and on those parties listed on the attached Service List via U.S. Mail, first class, on June 24, 2022.

/s/Jeff P. Prostok
Jeff P. Prostok

L:\JPROSTOK\Flexible Funding (C11) #6264\Pleadings\Notice of Filing Non-Material Mod to Amended Plan.docx