**FLEXIBLE FUNDING LTD.
LIABILITY CO., et al.,** [1]
*Service List*

Bison Investors, LLC
c/o M. Jermaine Watson
Cantey Hanger LLP
600 West 6th St., Suite 300
Fort Worth, TX 76102

Bison Investors, LLC
c/o William F. Savino
Woods Oviatt Gilman LLP
1900 Main Place Tower
Buffalo, NY 14202

Bison Investors, LLC
c/o Levinson, Arshonsky
15303 Ventura Blvd.
Suite 1650
Sherman Oaks, CA 91403

Medalist Partners Opportunity Master
Fund II-A, LP c/o Brent R. McIlwain
Holland & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201

Pahl & McCay
225 West Santa Clara St.
Suite 1500
San Jose, CA 95113

Medalist Partners Opportunity Master
Fund II-A, LP
Attn: John Slonieski
777 Third Ave., Suite 1402
New York, NY 10017

C Douglas Gregory
6207 Riverchase Village Dr.
Kingwood, TX 77345

Capper Investment Company, LLC
c/o Norman Capper
The Frances Capper Marital Trust FBO
Frances Capper, c/o Norman Capper
1101 Fifth Avenue #350
San Rafael, CA 94901

Bill Hansen
1322 So. 2670 E
St. George, UT 84790

Carrie R. Mitchell, Esq.
PO Box 849
Canton, TX 75103-1011

Hanson Bridgett LLP
425 Market St., 26th Floor
San Francisco, CA 94105

Carle Mackie Power & Ross LLP
100 B St., Suite 400
Santa Rosa, CA 95401

Chen Te Liao & Chi Wei Liao
940 Camino Verde Cir
Walnut Creek, CA 94597

Flexible Support Group, LLC
Attn: Lizbeth Ardisana
2226 Garrison St.
Dearborn, MI 48124

Cheng Chin Liao
6163 Sagebrush Bend Way
San Diego, CA 92130

Instapay Flexible, LLC
Flexible Funding Ltd. Liability Co.
121 San Anselmo Ave., Box 2604
San Anselmo, CA 94979

Corporation Service Co.
251 Little Falls Dr.
Wilmington, DE 19808

James Burke
422 Fulton St.
Camarillo, CA 93010

Focus Management Group
6585 N Avondale Ave.
Chicago, IL 60631

Jerry & Rosemary Fong
7700 Marker Rd.
San Diego, CA 92130

Fresh Packing Corp.
c/o Raymond Perez, Esq.
5161 Pomona Blvd., Suite 208
Los Angeles, CA 90022

\Cort Business Services
5432 West Chester Rd.
Westchester, OH 45069

Ropes & Gray LLP
PO Box 70280
Philadelphia, PA 19176-0280

Embarcadero Financial Group
Attn: David Rockman
1 Embarcadero Center, #1540
San Francisco, CA 94111

Prime Financial Recruiting
4713 Kyle Dr.
Balch Springs, TX 75180

Steve Sala
9876 E Gamble Ln.
Scottsdale, AZ 85262

Jan Marcus Capper
Steve Capper
1350 Butterfield Rd.
San Anselmo, CA 94960

Keystone Marketing
Bill Hansen
1322 South 2670 East St.
George, UT 84790

Umpqua Bank
7777 Alvarado Road, Suite 501
La Mesa, CA 91942

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Flexible Funding Ltd. Liability Co. (4495) and Instapay Flexible, LLC (7648).

| | | |
|---|---|---|
| Robinn Mikalic<br>1949 Lakeside Dr.<br>Harveys Lake, PA 18618 | Scott Dirvonas<br>PO Box 665<br>Edwards, CO 81632 | 2Cocom Skyvia.com<br>2230/4 Na Zertvach St.<br>Prague, Czech Republic 180 00 |
| Keystone Marketing LLC<br>777 E. 700 So. St.<br>George, UT 84790 | Maher Accountancy<br>John W. Maher<br>1101 Fifth Ave., Suite 200<br>San Rafael, CA 94901 | Amelia Caroline Dipprey<br>7320 Spring Ranch Ct.<br>Godley, TX 76044 |
| Omninet CV Townsgate, LLC<br>c/o Scot Pierce<br>Whitaker, Chalk, Swindle, et al.<br>301 Commerce St., Suite 3500<br>Fort Worth, TX 76102 | Terrence A. Greiner PC<br>25 South Cayuga Dr.<br>Williamsville, NY 14221 | First Corporate Solutions, Inc.<br>914 S St.<br>Sacramento, CA 95811 |
| One Embarcadero Center Venture<br>c/o Douglas B. Rosner<br>Goulston & Storrs, PC<br>400 Atlantic Ave.<br>Boston, MA 02110 | The Original Mowbray's Tree Service Incorporated<br>c/o Paul D. Moak<br>1300 Post Oak Blvd., Suite 2000<br>Houston, TX 77056 | Hellosign<br>1800 Owens St.<br>San Francisco, CA 94158 |
| The Steve & Jyoti Elias Trust & Steve Elias<br>109 Mariner Green Dr.<br>Corte Madera, CA 94925 | Paul DeLuca<br>4900 Gage Ave., Apt. 347<br>Fort Worth, TX 76109 | Mahonri Jared Cruz Velazquez<br>7179 Richland Rd.<br>Richland Hills, TX 76118 |
| Voco Vilya, Inc.<br>& Charisse Castagnoli<br>6905 Peppervine Cove<br>Austin, TX 78750 | Ward & Smith, P.A.<br>c/o Lance P. Martin, Esq.<br>PO Box 2020<br>Asheville, NC 28802-2020 | Raintank, Inc.<br>29 Broadway, 31st Floor<br>New York, NY 10006 |
| Mailchimp<br>675 Ponce De Leon Ave NE<br>Suite 5000<br>Atlanta, GA 30308 | Adobe Creative Cloud<br>345 Park Ave.<br>San Jose, CA 95110-2704 | Truckstop.com<br>222 N Plymouth Ave.<br>New Plymouth, ID 83655 |
| Atlassian<br>303 Colorado, Suite 1600<br>Austin, TX 78701 | CNA Insurance<br>151 N. Franklin St., Floor 9<br>Chicago, IL 60606 | Zapier, Inc.<br>548 Market St., #62411<br>San Francisco, CA 94104 |
| J&K Services & Power Washing LLC<br>2804 Bethel Rd.<br>Weatherford, TX 76087 | Go Transport<br>2020 Herbert<br>Salt Lake City, UT 84108 | Chris Sullivan<br>Diamond McCarthy, LLP<br>150 California St., Suite 2200<br>San Francisco, CA 94111 |
| Paddle.net<br>3811 Ditmars Blvd., Suite 1071<br>Astoria, NY 11105-1803 | Lucas Ross Hodges<br>5239 Baldwin Lane<br>Marietta, GA 30068 | Webflow.com<br>398 11th St., 2nd Floor<br>San Francisco, CA 94103 |

RingCentral, Inc.
20 Davis Drive
Belmont, CA 94002

Prime Financial Recruiting
4713 Kyle Dr.
Balch Springs, TX 75180

TMS Cloud
12381 Tonopah Ct.
Apple Valley, CA 92308

Wall Street Journal
1211 Avenue of the Americas
New York, NY 10036

City and County of San Francisco
Tax Collector
Bureau of Dilenquent Revenue
San Francisco, CA 94120-7027

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Bldg.
111 East 17th St.
Austin, TX 78774

Texas Workforce Commission
101 East 15th St.
Austin, TX 78778-001