



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 30, 2022**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., | § | |
| *et al.,* | § | Case No. 21-42215-mxm-11 |
| | § | |
| Debtors. | § | |
| | § | (Jointly Administered) |

### ORDER GRANTING FINAL APPROVAL OF DISCLOSURE STATEMENT

On June 28, 2022, the Court held a combined hearing (the "Combined Hearing") to consider the final approval of the *Amended Disclosure Statement for Chapter 11 Amended Joint Plan of Liquidation for Flexible Funding Ltd. Lility Co. and Instapay Flexible, LLC* [Dkt. No. 383] (collectively with all exhibits and any other modifications, amendments or supplements, the "Disclousre Statement") and confirmation of the *Amended Chapter 11 Joint Plan of Liquidation for Flexible Funding Ltd. Lility Co. and Instapay Flexible, LLC* [Dkt. No. 382] (collectively with and including all exhibits, modifications, amendments or

supplements, the "Plan"); the Court having entered on May 18, 2022, the *Order (A) Conditionally Approving Disclosure Statement; (B) Scheduling Combined Hearing on Final Approval of Disclosure Statement and Confirmation of Plan and Setting Related Deadlines; (C) Approving Forms for Voting and Notice; and (D) Granting Related Relief* [Dkt. No. 386] (the "Conditional Approval Order"), conditionally approving the Disclousre Statement and establishing, *inter alia*, certain solicitation and voting-tabulation procedures associated with the Plan; true and correct copies of the Plan; and the Court having considered the testimony proffered by the Debtor, the exhibits, the record of the case, the statemetns of counsel and applicable law and for the reasonse set forth at the hearing and as contained herein,

       IT IS HEREBY FOUND AND ORDERED THAT:

1. The Disclosure Statement contains adequate information within the meaning of section 1125 of the Bankruptcy Code.

2. The Debtors' use of the Disclosure Statement to solicit votes to accept or reject the Plan was authorized by the Conditional Approval Order and was appropriate.

3. Solicitation of votes on the Plan was in compliance with the Conditional Approval Order.

4. The Disclosure Statement is hereby approved on a final basis pursuant to section 1125 of the Bankruptcy Code.

5. This Court shall retain jurisdiction over all matters arising from or related to this Order.

###End of Order###